```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE A05-0214--CV (JKS)
           "JACK HIVELY V BBA AVIATION BENEFIT PLAN ET AL"

        Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
     Referral Rule:
             Filed: 09/01/05
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (791) Employee Retirement Income Security Act of 1974
                   ERISA
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $250.00 on 09/01/05 receipt # 00126495
          Trial by:
```

Parties of Record:                                Counsel of Record:

PLF 1.1            HIVELY, JACK                   David D. Clark
                                                  Law Offices of David D. Clark
                                                  101 E. 9th Avenue, Suite 12-B
                                                  Anchorage, AK 99501
                                                  907-272-7989
                                                  FAX 907-274-9829

DEF 1.1            BBA AVIATION BENEFIT PLAN      David A. Devine
                                                  Groh Eggers LLC
                                                  3201 C Street, Suite 400
                                                  Anchorage, AK 99503
                                                  907-562-6474
                                                  FAX 907-562-6044

DEF 2.1            BBA AVIATION SHARED SERVICES INC   David A. Devine
                                                      (see above)

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A05-0214--CV (JKS)
                     "JACK HIVELY V BBA AVIATION BENEFIT PLAN ET AL"

                                  For all filing dates
```

```
    Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
    Magistrate Judge:
       Referral Rule:
              Filed: 09/01/05
             Closed: NO

        Jurisdiction: (3) Federal Question (US Govt not a Party)
       PLF Diversity:
       DEF Diversity:

      Nature of Suit: (791) Employee Retirement Income Security Act of 1974
                      ERISA
              Origin: (1) Original Proceeding
              Demand:
          Filing fee: Paid $250.00 on 09/01/05 receipt # 00126495
            Trial by:


 Document #  Filed      Docket text

      1 -  1 09/01/05   Complaint filed.

      2 -  1 10/11/05   DEF 1-2 Attorney Appearance of D. Devine.

      3 -  1 10/19/05   PLF 1 Complaint (First Amended).

      4 -  1 11/08/05   DEF 1-2 Answer to First Amended Complaint.

      5 -  1 11/08/05   DEF 1-2 Disclosure Statement.

      6 -  1 11/08/05   JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                        due w/in 28 days from svc of this ord. cc: cnsl
```