David A. Devine (AK Bar No. 7906015)
GROH EGGERS, LLC
3201 "C" Street - Suite 400
Anchorage, AK 99503
Phone: (907) 562-6474
Fax:   (907) 562-6044
Email: devined@groheggers.com
Attorneys for Defendants BBA Aviation Benefit Plan
and BBA Aviation Shared Services, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK HIVELY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. A 05-214 CV (JKS) |
| ) | |
| BBA AVIATION BENEFIT PLAN ) | |
| and BBA AVIATION SHARED ) | |
| SERVICES, INC., ) | **DEFENDANTS' PRELIMINARY** |
| ) | **WITNESS LIST** |
| Defendants. ) | |
| _____) | |

COME NOW the Defendants, BBA Aviation Benefit Plan and BBA Aviation Shared Services, Inc., by and through counsel, and file this list of the following persons who may be called to testify at trial in the above captioned case:

1. Janie L. Wallace
   Director – Benefits Administration
   BBA Aviation Shared Services, Inc.
   201 S. Orange Avenue, Suite 1400
   Orlando, FL 32801
   **ATTORNEY-CLIENT PRIVILEGE CLAIMED**

2. Alec S. Scroggins
   Consultant
   Watson Wyatt & Company
   2001 Ross Avenue, Suite 4200
   Dallas, TX 75201-2989

Law Offices of
GROH EGGERS, LLC
3201 C Street, Suite 400
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044

3. Martha Skinner
   Strategic Account Executive
   United Healthcare
   5800 Granite Parkway, Suite 900
   Plano, TX 75024

4. Michael D. Lynn
   Account Management
   United Healthcare
   5800 Granite Parkway, Suite 900
   Plano, TX 75024

5. Brandon L. Coney
   Appeals Coordinator
   United Healthcare
   P.O. Box 30432
   Salt Lake City, UT 81430-0432

6. Dendra Jackson
   Appeals Coordinator
   United Healthcare
   P.O. Box 30432
   Salt Lake City, UT 81430-0432

7. Katherine M. Cherry
   Healthcare Recoveries
   P.O. Box 37440
   Louisville, KY 40233-7440

8. Jack Hively
   c/o David D. Clark, Esq.
   LAW OFFICE OF DAVID CLARK
   101 E. 9th Ave., Suite 12-B
   Anchorage, AK  99501

9. Galina Hively
   c/o David D. Clark, Esq.
   LAW OFFICE OF DAVID CLARK
   101 E. 9th Ave., Suite 12-B
   Anchorage, AK  99501

10. Medical, psychological, or counseling providers who have treated, counseled, tested, or evaluated Jack Hively or Galina Hively during their lifetimes.

11. Any witness identified by plaintiff on any preliminary, expert or final witness list.

12. Any witness needed to lay a foundation for the admission into evidence of any medical record or other exhibit.

13. Any witness whose deposition is taken before trial.

14. Any witness made known during the course of discovery.

15. Any witness necessary in rebuttal.

Respectfully submitted this 20th day of January, 2006.

> GROH EGGERS, LLC
>
> Attorneys for Defendants BBA
>
> By: s/ David A. Devine
> David A. Devine (AK Bar No. 7906015)
> GROH EGGERS, LLC
> 3201 C Street, Suite 400
> Anchorage, AK 99503
> Phone: (907) 562-6474
> Fax: (907) 562-6044
> E-Mail: devined@groheggers.com

I HEREBY CERTIFY that on January 20, 2006,
a copy of the foregoing was served **electronically** on:

David D. Clark, Esq.
LAW OFFICE OF DAVID CLARK
101 E. 9th Ave., Suite 12-B
Anchorage, AK  99501
Attorney for Plaintiff

  s/ David A. Devine

Law Offices of
GROH EGGERS, LLC
3201 C Street, Suite 400
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044

Defendants' Preliminary Witness List                    *Hively v. BBA Aviation*
Page 3 of 3                                             Case No. A 05-214 CV (JKS)