**LAW OFFICE OF DAVID CLARK**
**101 EAST NINTH AVE., SUITE 12-B**
**ANCHORAGE, AK  99501**
 Phone          (907) 272-7989
 Fax             (907) 274-9829
 Email           dclark@lawddc.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK HIVELY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. A-05-214 CI (JKS) |
| ) | |
| BBA AVIATION BENEFIT PLAN ) | |
| AND BBA AVIATION SHARED ) | |
| SERVICES, INC. ) | **PLAINTIFF'S PRELIMINARY** |
| ) | **WITNESS LIST** |
| ) | |
| Defendants. ) | |
| ) | |

COMES NOW Plaintiff Jack Hively, by and through his counsel, David D. Clark of the Law Office of David D. Clark, submits his preliminary witness list.

1. Jack Hively
   c/o David Clark, Esq.
   (Privilege applies).

2. Galina Hively
   c/o David Clark, Esq.
   (Privilege applies)

3. Kari (last name unknown)
   Accounting Manager for Anchorage Radiation Therapy
    Alaska Regional Hospital
   2841 DeBarr Road, Suite 100
   Anchorage, AK 99508
   276-2400 / FAX 276-4888

Preliminary Witness List
Hively v. BBB Health Trust
Case No. 3AN-05-214 CI
Page 1 of 3

      4.      Ryan Wood
              5203 Trafalgarsq
              Paradise, CA 95969
              530-877-4955

\*      5.      Representitive of PC Inc.
              4001 Dale Street
              Anchorage, AK
              561-2230

      6.      Anderson Cronen
              Lohr HealthCare Consultants
              341 W. Tudor Rd., Suite 102
              770-9600

      7.      Ronaldo Naval
              3805 West 79th. Ave., Apt. No. 6
              Anchorage, Alaska 99502
              245-0504

      8.      Aaron P. Roberts
              3504 North Star, Apt. #1
              Anchorage, Alaska 99503

      9.      Jamie Wallace
              C/O Groh Eggers and Price

     10.     Any witness identified by the defendant

     11.     Any witness deposed

DATED this 20th day of January, 2006.

                                      LAW OFFICE OF DAVID .D CLARK
                                      Attorneys for Plaintiff


                                      By:__s/ David Clark_____
                                            DAVID D. CLARK
                                            AK Bar No. 8310110

I HEREBY CERTIFY that on January 20, 2006
a copy of the foregoing was served on :

David A. Devine
Groh Eggers, LLC
3201 C Street, Suite 400
Anchorage, AK  99503

  s/ David Clark

Preliminary Witness List
Hively v. BBB Health Trust
Case No. 3AN-05-214 CI
Page 3 of 3