**LAW OFFICE OF DAVID CLARK**
**101 EAST NINTH AVE., SUITE 12-B**
**ANCHORAGE, AK  99501**
**Phone     (907) 272-7989**
**Fax        (907) 274-9829**
**Email     dclark@lawddc.com**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK HIVELY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. A-05-214 CI (JKS) |
| ) | |
| BBA AVIATION BENEFIT PLAN ) | |
| AND BBA AVIATION SHARED ) | |
| SERVICES, INC. ) | **JOINT STATUS REPORT** |
| ) | |
| ) | |
| Defendants. ) | |

Pursuant to Court Order dated May 9, 2006 the parties provide the following:

    A.    Nature of the Case.

        1. The lead attorneys for the case are:

            Plaintiff:    David Clark

            Defendants:  David Devine

        2.    Basis for federal jurisdiction:

            Statutory: 29 U.S.C. Sec. 1132(e).

        3.    Nature of the Claims asserted in the complaint and any counterclaims:

Claims: ERISA claims for unpaid health benefits 29 USC §1001 et seq, and statutory penalties, 11 USC §1132(c)(1)

Counterclaims: None

4. All parties have been served

5. Principal legal issues: Liability of defendants for medical bills claimed by plaintiff, liability of defendants for statutory penalties under 29 USC § 1132(c) and liability of defendants for attorney's fees under 29 USC § 1132(g).

6. Principal factual issues: Liability of defendants for medical bills claimed by plaintiff, liability of defendants for statutory penalties under 29 USC § 1132(c) and liability of defendants for attorney's fees under 29 USC § 1132(g)

B. Discovery

1. Brief description of completed discovery and any remaining discovery: The parties are just starting discovery, depositions and interrogatories and requests for admission need to be completed. The parties have exchanged initial Rule 26 disclosures and preliminary witness lists.

2. Brief description of any pending motions and anticipated motions: No motions have been filed. Motions which the parties anticipate will be filed are whether the defendants are liable for statutory penalties under 29 USC § 1132(c).

3. Brief description of any previously entered rulings on substantive issues: None

Status Report
Hively v. BBB Health Trust
Case No. 3AN-05-214 CI
Page 2 of 4

4.     Any previously filed status reports: None. The parties filed a joint Scheduling and Planning Conference Report on December 6, 2005 at Docket No. 7.

C.     Trial

1.     If trial is anticipated, how long the trial will take, and whether a jury is requested: The parties anticipate the trial will take five days and no jury has been or will be requested.

D.     Settlement

1.     Status of any settlement discussions and whether the parties request a settlement conference: There have been no substantive settlement discussions. The parties will confer after discovery closes to determine whether a settlement conference will be requested.

DATED this 23rd day of May, 2006.

        LAW OFFICE OF DAVID D. CLARK
        Attorneys for Plaintiff

By: s/ David Clark
        101 E. 9th Ave., Suite 12-B
        Anchorage, AK 99501
        Phone:     (907) 272-7989
        Fax:        (907) 274-9829
        E-mail     dclark@lawddc.com
        AK Bar No. 8310110

I HEREBY CERTIFY that on May 23, 2006
a copy of the foregoing was served on :

David A. Devine
Groh Eggers, LLC
3201 C Street, Suite 400
Anchorage, AK  99503

     s/ David Clark