**LAW OFFICE OF DAVID CLARK**
**101 EAST NINTH AVE., SUITE 12-B**
**ANCHORAGE, AK  99501**
**Phone      (907) 272-7989**
**Fax         (907) 274-9829**
**Email      dclark@lawddc.com**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK HIVELY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. A-05-214 CI (JKS) |
| ) | |
| BBA AVIATION BENEFIT PLAN ) | |
| AND BBA AVIATION SHARED ) | |
| SERVICES, INC. ) | **STIPULATION TO EXTEND TIME TO** |
| ) | **FILE EXPERT WITNESS** |
| ) | **DISCLOSURES** |
| Defendants. ) | |
| ) | |

Plaintiff, Jack Hively, by and through counsel, David Clark and Defendants by through counsel David A. Devine stipulate and agree that the time for filing expert witness disclosures shall be extended for a period of 14 days.

DATED this 3rd day of July, 2006.

          LAW OFFICE OF DAVID D. CLARK
          Attorneys for Plaintiff

          By:__s/ David Clark_____
              David Clark
              101 E. 9th Ave., Suite 12-B
              Anchorage, AK 99501
              Phone:       (907) 272-7989
              Fax:          (907) 274-9829
              E-Mail       dclark@lawddc.com
              AK Bar No. 8310110

                                  GROH EGGERS, LLC
                                  Attorneys for Defendants BBA Aviation

Dated: July 3, 2006                By: s/ David A. Devine
                                        David A. Devine
                                        Groh Eggers, LLC
                                        3201 C Street, Suite 400
                                        Anchorage, AK  99503
                                        907 562-6474
                                        907 562-6044
                                        E-Mail:  devined@groheggers.com
                                        AK Bar No. 7906015

I HEREBY CERTIFY that on July 3, 2006
a copy of the foregoing was served electronically on :

David A. Devine
Groh Eggers, LLC

      s/ David Clark