**LAW OFFICE OF DAVID CLARK**
**101 EAST NINTH AVE., SUITE 12-B**
**ANCHORAGE, AK  99501**
**Phone      (907) 272-7989**
**Fax         (907) 274-9829**
**Email      dclark@lawddc.com**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK HIVELY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. A-05-214 CI (JKS) |
| ) | |
| BBA AVIATION BENEFIT PLAN ) | |
| AND BBA AVIATION SHARED ) | **PROPOSED** |
| SERVICES, INC. ) | **ORDER GRANTING STIPULATION** |
| ) | **TO EXTEND TIME TO DISCLOSE** |
| ) | **EXPERT WITNESSES** |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff and defendants stipulated to extend the time to disclose experts for a period of two weeks.

The parties' Stipulation is granted and the time for disclosing expert witnesses shall be extended for a period of two weeks.

DATED this _____ day of July, 2006.

FEDERAL DISTRICT COURT JUDGE

By:_____
   Timothy M. Burgess

Order Extend Expert Disclosure
Hively v. BBB Health Trust
Case No. 3AN-05-214 CI
Page 1 of 2

I HEREBY CERTIFY that on July 3, 2006
a copy of the foregoing was served electronically on :

David A. Devine
Groh Eggers, LLC

      <u>s/ David Clark</u>