**LAW OFFICE OF DAVID CLARK**
**101 EAST NINTH AVE., SUITE 12-B**
**ANCHORAGE, AK  99501**
**Phone      (907) 272-7989**
**Fax         (907) 274-9829**
**Email      dclark@lawddc.com**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK HIVELY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. A-05-214 CI (JKS) |
| ) | |
| BBA AVIATION BENEFIT PLAN ) | |
| AND BBA AVIATION SHARED ) | |
| SERVICES, INC. ) | **MOTION TO ADD PARTY AND AMEND COMPLAINT** |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff, Jack Hively moves to amend his complaint in order to add a party to the litigation, Galina Hively, Jack Hively's wife. Part of the medical services at issue were provided to Galina Hively as well as Jack Hively.

Federal Rule of Civil Procedure 15(a) provides that leave to amend shall be granted freely. Pursuant to the SCHEDULING AND PLANNING ORDER Motions to Amend or to Add parties must be filed 90 days before the end of Discovery. This Motion is timely filed and leave to amend should be freely granted.

No new issues are presented nor any new evidence.

        DATED this 3rd day of July, 2006.

                LAW OFFICE OF DAVID D. CLARK
                Attorneys for Plaintiff

                By:__s/ David Clark_____
                      101 E. 9th Ave., Suite 12-B
                      Anchorage, AK 99501
                      Phone:     (907) 272-7989
                      Fax:       (907) 274-9829
                      E-mail     dclark@lawddc.com
                      AK Bar No. 8310110

I HEREBY CERTIFY that on July 3, 2006
a copy of the foregoing was electronically served on :

David A. Devine
Groh Eggers, LLC

      s/ David Clark