**LAW OFFICE OF DAVID CLARK**
**101 EAST NINTH AVE., SUITE 12-B**
**ANCHORAGE, AK  99501**
**Phone       (907) 272-7989**
**Fax          (907) 274-9829**
**Email        dclark@lawddc.com**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK HIVELY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. A-05-214 CI (JKS) |
| ) | |
| BBA AVIATION BENEFIT PLAN ) | |
| AND BBA AVIATION SHARED ) | **PROPOSED** |
| SERVICES, INC. ) | **ORDER GRANTING MOTION TO** |
| ) | **ADD PARTY AND AMEND** |
| ) | **COMPLAINT** |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff, Jack Hively moved to amend his complaint in order to add a party to the litigation, Galina Hively, Jack Hively's wife.  Federal Rule of Civil Procedure 15(a) provides that leave to amend shall be freely given.

Plaintiffs Motion is granted and Galena Hively is added as party and plaintiffs' amended complaint is deemed filed as of the date of this order.

DATED this _____ day of July, 2006.

FEDERAL DISTRICT COURT JUDGE

By:_____
      Timothy M. Burgess

I HEREBY CERTIFY that on July 3, 2006
a copy of the foregoing was served electronically on :

David A. Devine
Groh Eggers, LLC

      <u>s/ David Clark</u>

Motion to Add Party
Hively v. BBB Health Trust
Case No. 3AN-05-214 CI
Page 2 of 2