**LAW OFFICE OF DAVID CLARK**
**101 EAST NINTH AVE., SUITE 12-B**
**ANCHORAGE, AK  99501**
**Phone       (907) 272-7989**
**Fax          (907) 274-9829**
**Email       dclark@lawddc.com**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK HIVELY, Plaintiff, v. BBA AVIATION BENEFIT PLAN AND BBA AVIATION SHARED SERVICES, INC. Defendants. | CASE NO. A-05-214 CI (JKS) **NON OPPOSED MOTION TO EXTEND TIME TO FILE EXPERT WITNESS DISCLOSURES** |

Plaintiff, Jack Hively, by and through counsel, David Clark files this non-opposed motion to extend the time to file Expert Witness Disclosures until August 18, 2006.  The undersigned certifies that he has contacted counsel, David Devine, and he has no objection thereto.

DATED this 17 day of July, 2006.

LAW OFFICE OF DAVID D. CLARK
Attorneys for Plaintiff

By:__s/ David Clark_____
   David Clark
   101 E. 9th Ave., Suite 12-B
   Anchorage, AK 99501
   Phone:      (907) 272-7989
   Fax:        (907) 274-9829
   E-Mail      dclark@lawddc.com
   AK Bar No. 8310110

I HEREBY CERTIFY that on July 17, 2006
a copy of the foregoing was served electronically on :

David A. Devine
Groh Eggers, LLC

     s/ David Clark