**LAW OFFICE OF DAVID CLARK**
**101 EAST NINTH AVE., SUITE 12-B**
**ANCHORAGE, AK  99501**
**Phone       (907) 272-7989**
**Fax           (907) 274-9829**
**Email        dclark@lawddc.com**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK HIVELY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. A-05-214 CI (JKS) |
| ) | |
| BBA AVIATION BENEFIT PLAN ) | |
| AND BBA AVIATION SHARED ) | **PROPOSED** |
| SERVICES, INC. ) | **ORDER GRANTING NON-OPPOSED** |
| ) | **MOTION TO EXTEND TIME TO** |
| ) | **DISCLOSE EXPERT WITNESSES** |
| ) | |
| Defendants. ) | |

Plaintiff filed a non-opposed motion to continue the time to disclose his expert witnesses.

The plaintiff's motion is granted and the time for disclosing expert witnesses shall be extended until August 18, 2006.

DATED this _____ day of July, 2006.

FEDERAL DISTRICT COURT JUDGE

By:_____
Timothy M. Burgess

Order Extend Expert Disclosure
Hively v. BBB Health Trust
Case No. A-05-214 CI (JKS)
Page 1 of 2

I HEREBY CERTIFY that on July 17, 2006
a copy of the foregoing was served electronically on :

David A. Devine
Groh Eggers, LLC

      s/ David Clark