David A. Devine (AK Bar No. 7906015)
GROH EGGERS, LLC
3201 "C" Street - Suite 400
Anchorage, AK  99503
Phone:  (907) 562-6474
Fax:      (907) 562-6044
Email:  devined@groheggers.com
Attorneys for Defendants BBA Aviation Benefit Plan
and BBA Aviation Shared Services, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK HIVELY and GALINA HIVELY )<br>)<br>Plaintiff,                      )<br>)<br>vs.                                         )<br>)<br>BBA AVIATION BENEFIT PLAN  )<br>and BBA AVIATION SHARED    )<br>SERVICES, INC.,                      )<br>)<br>Defendants.                    )<br>_____) | Case No. A 05-214 CV  (JKS)<br><br><br><br><br>**DEFENDANTS' ANSWER TO**<br>**SECOND AMENDED COMPLAINT** |

COME NOW the Defendants, BBA Aviation Benefit Plan and BBA Aviation Shared Services, Inc. (hereinafter "BBA"), by and through counsel, and for their Answer to Plaintiffs' Second Amended Complaint, admit, deny, and allege as follows:

### General Denial

BBA denies each and every allegation in Plaintiffs' Second Amended Complaint that is not specifically admitted in this Answer below.

### Jurisdiction and Parties

1. The allegation contained in paragraph 1 of Plaintiffs' Second Amended Complaint is a purported statement of law to which BBA is not required to respond.

Law Offices of
GROH EGGERS, LLC
3201 C Street, Suite 400
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044

2. The allegation contained in paragraph 2 of Plaintiffs' Second Amended Complaint is a purported statement of law to which BBA is not required to respond.

3. BBA is without sufficient knowledge or information to form a belief as to Plaintiffs' current State of residence. BBA denies that Plaintiff sustained any injuries in the State of Alaska as alleged in paragraph 3 of Plaintiffs' Second Amended Complaint.

4. BBA admits that BBA Aviation Shared Services, Inc. is a Delaware corporation with its principal office in the State of Florida.

Facts Common to All Counts

5. BBA admits the allegations contained in the first sentence of paragraph 5 of Plaintiffs' Second Amended Complaint, but it is without sufficient knowledge or information to definitively admit the allegations in the second sentence.

6. BBA is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 6 of Plaintiffs' Second Amended Complaint and therefore denies the same.

7. BBA denies the allegations contained in paragraph 7 of Plaintiffs' Second Amended Complaint.

8. BBA denies the allegations contained in paragraph 8 of Plaintiffs' Second Amended Complaint.

9. BBA denies the allegations contained in paragraph 9 of Plaintiffs' Second Amended Complaint.

10. BBA denies the allegations contained in paragraph 10 of Plaintiffs' Second

Law Offices of
GROH EGGERS, LLC
3201 C Street, Suite 400
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044

Amended Complaint.

## Count I

11. BBA incorporates herein its answers in paragraphs 1 through 10 above.

12. BBA denies the allegations contained in paragraph 12 of Plaintiffs' Second Amended Complaint.

13. BBA denies the allegations contained in paragraph 13 of Plaintiffs' Second Amended Complaint.

## Count II

14. BBA incorporates herein its answers in paragraphs 1 through 13 above.

15. BBA denies the allegations contained in paragraph 15 of Plaintiffs' Second Amended Complaint.

16. BBA denies the allegations contained in paragraph 16 of Plaintiffs' Second Amended Complaint.

17. BBA denies the allegations contained in paragraph 17 of Plaintiffs' Second Amended Complaint.

## Count III

18. BBA incorporates herein its answers in paragraphs 1 through 17 above.

19. The allegation contained in paragraph 19 of Plaintiffs' Second Amended Complaint is a purported statement of law to which BBA is not required to respond. BBA denies that Plaintiffs are entitled to attorney's fees.

20. BBA denies the allegations contained in paragraph 20 of Plaintiffs' Second

Law Offices of
GROH EGGERS, LLC
3201 C Street, Suite 400
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044

Amended Complaint.

## **AFFIRMATIVE DEFENSES**

### First Affirmative Defense

Plaintiffs' Second Amended Complaint, or various causes of action contained therein, fails to state a claim upon which relief may be granted.

### Second Affirmative Defense

Plaintiffs are estopped from asserting some or all of the causes of action contained in their Second Amended Complaint.

### Third Affirmative Defense

Plaintiffs have waived the right to assert some or all of the causes of action contained in their Second Amended Complaint.

### Fourth Affirmative Defense

Plaintiffs are precluded from maintaining an action for some or all of the causes of action contained in their Second Amended Complaint pursuant to the doctrine of laches, or pursuant to applicable statutes of limitation.

### Fifth Affirmative Defense

Plaintiffs have failed to mitigate their damages.

### Sixth Affirmative Defense

Some or all of the damages, if any, allegedly sustained by Plaintiffs were caused in whole or in part by persons other than BBA, or by events other than those complained of by Plaintiffs in their Second Amended Complaint.

Law Offices of
GROH EGGERS, LLC
3201 C Street, Suite 400
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044

Seventh Affirmative Defense

Plaintiffs failed to pursue or exhaust their contractual or administrative remedies.

RESERVATION OF AFFIRMATIVE DEFENSES

BBA hereby expressly reserves, and does not waive, its right to assert any and all additional affirmative defenses, counterclaims, and third party claims at such time and to such extent as discovery and factual development may establish a basis therefor.

WHEREFORE, having fully answered Plaintiffs' Second Amended Complaint, BBA prays for a judgment in its favor dismissing Plaintiffs' Second Amended Complaint with prejudice, and for an award of its costs and attorney's fees defending this action, and for such other and further relief as the Court may deem just and equitable.

Dated at Anchorage, Alaska this 8th day of August, 2005.

>GROH EGGERS, LLC

>Attorneys for Defendants BBA

>By: s/ David A. Devine
>David A. Devine (AK Bar No. 7906015)
>GROH EGGERS, LLC
>3201 C Street, Suite 400
>Anchorage, AK 99503
>Phone: (907) 562-6474
>Fax: (907) 562-6044
>E-Mail: devined@groheggers.com

I HEREBY CERTIFY that on August 8, 2006,
a copy of the foregoing was served **electronically** on:

David D. Clark, Esq.
LAW OFFICE OF DAVID CLARK

Attorney for Plaintiff

  s/ David A. Devine

Answer to First Amended Complaint                                       *Hively v. BBA Aviation*
Page 5 of 5                                                       Case No. A 05-214 CV (JKS)

Law Offices of
GROH EGGERS, LLC
3201 C Street, Suite 400
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044