**LAW OFFICE OF DAVID CLARK**
**101 EAST NINTH AVE., SUITE 12-B**
**ANCHORAGE, AK  99501**
Phone     (907) 272-7989
Fax         (907) 274-9829
Email     dclark@lawddc.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK HIVELY AND GALINA HIVELY ) ) ) Plaintiffs, ) ) v. ) ) BBA AVIATION BENEFIT PLAN ) AND BBA AVIATION SHARED ) SERVICES, INC. ) ) ) ) Defendants. ) ) | CASE NO. A-05-214 CI (TMB) **NON OPPOSED MOTION TO EXTEND TIME TO FILE EXPERT WITNESS DISCLOSURES** |

Plaintiffs, Jack Hively and Galina Hively, by and through counsel, David Clark files this non-opposed motion to extend the time to file Expert Witness Disclosures until August 25, 2006.  The undersigned certifies that he has contacted counsel, David Devine, and he has no objection thereto.

DATED this 18th day of August, 2006.

                              LAW OFFICE OF DAVID D. CLARK
                              Attorneys for Plaintiff

                              By:__s/ David Clark_____
                                    David Clark
                                    101 E. 9th Ave., Suite 12-B
                                    Anchorage, AK 99501
                                    Phone:       (907) 272-7989
                                    Fax:            (907) 274-9829
                                    E-Mail       dclark@lawddc.com
                                    AK Bar No. 8310110

I HEREBY CERTIFY that on August 18, 2006
a copy of the foregoing was served electronically on :

David A. Devine
Groh Eggers, LLC

     s/ David Clark