David A. Devine (AK Bar No. 7906015)
GROH EGGERS, LLC
3201 "C" Street - Suite 400
Anchorage, AK 99503
Phone: (907) 562-6474
Fax:    (907) 562-6044
Email: devined@groheggers.com
Attorneys for Defendants BBA Aviation Benefit Plan
and BBA Aviation Shared Services, Inc.

Law Offices of
GROH EGGERS, LLC
3201 C Street, Suite 400
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

JACK HIVELY and GALINA HIVELY )
)
          Plaintiff,      )
)
          vs.        )    Case No. A 05-214 CV  (TMB)
)
BBA AVIATION BENEFIT PLAN  )
and BBA AVIATION SHARED    )
SERVICES, INC.,         )
)   **UNOPPOSED MOTION TO CONTINUE**
          Defendants.   )   **PRETRIAL DEADLINES**
_____ )

COME NOW the Defendants, BBA Aviation Benefit Plan and BBA Aviation

Shared Services, Inc., by through counsel, and hereby move this Court for a 2-month

extension of time of the following pretrial deadlines:

      Witness Lists:                to **November 3, 2006**

      Close of Discovery:          to **December 4, 2006**

      Close of Discovery Motions:     to **January 3, 2006**

      Close of Dispositive and In Limine Motions:    to **January 3, 2006**

Counsel for Plaintiffs has indicated that he does **not** oppose this motion.

Respectfully submitted this 5th day of September, 2006.

GROH EGGERS, LLC

Attorneys for Defendants BBA

By: s/ David A. Devine
    David A. Devine (AK Bar No. 7906015)
    GROH EGGERS, LLC
    3201 C Street, Suite 400
    Anchorage, AK 99503
    Phone: (907) 562-6474
    Fax: (907) 562-6044
    E-Mail: devined@groheggers.com

I HEREBY CERTIFY that on September 5, 2006,
a copy of the foregoing was served **electronically** on:

David D. Clark, Esq.
LAW OFFICE OF DAVID CLARK
Attorney for Plaintiff

 s/ David A. Devine

Law Offices of
GROH EGGERS, LLC
3201 C Street, Suite 400
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044