David A. Devine (AK Bar No. 7906015)
GROH EGGERS, LLC
3201 "C" Street - Suite 400
Anchorage, AK  99503
Phone:  (907) 562-6474
Fax:     (907) 562-6044
Email:  devined@groheggers.com
Attorneys for Defendants BBA Aviation Benefit Plan
and BBA Aviation Shared Services, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK HIVELY and GALINA HIVELY )<br>)<br>        Plaintiff,        )<br>)<br>    vs.                           )<br>)<br>BBA AVIATION BENEFIT PLAN  )<br>and BBA AVIATION SHARED    )<br>SERVICES, INC.,                  )<br>)<br>        Defendants.           )<br>_____ ) | Case No. A 05-214 CV  (TMB)<br><br><br>**PROPOSED<br>ORDER CONTINUING<br>PRETRIAL DEADLINES** |

IT IS ORDERED that the deadlines for witness lists, discovery, and pretrial motions in this case are hereby extended by two months, resulting in the following:

| | |
|---|---|
| Witness Lists: | **November 3, 2006** |
| Discovery Closes: | **December 4, 2006** |
| Discovery Motions: | **January 3, 2006** |
| Dispositive and In Limine Motions: | **January 3, 2006** |

Dated:_____                    _____
                                                              Timothy M. Burgess
                                                              United States District Judge

I HEREBY CERTIFY that on September 5, 2006,
a copy of the foregoing was served **electronically** on:

David D. Clark, Esq.
LAW OFFICE OF DAVID CLARK
Attorney for Plaintiff

  s/ David A. Devine