IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK HIVELY and GALINA HIVELY )<br>)<br>      Plaintiff,   )<br>)<br>vs.               )<br>)<br>BBA AVIATION BENEFIT PLAN  )<br>and BBA AVIATION SHARED    )<br>SERVICES, INC.,             )<br>)<br>      Defendants.  )<br>_____) | Case No. 3:05-cv-0214 TMB<br><br>**ORDER CONTINUING**<br>**PRETRIAL DEADLINES** |

IT IS ORDERED that the deadlines for witness lists, discovery, and pretrial motions in this case are hereby extended by two months, resulting in the following:

| | |
|---|---|
| Witness Lists: | **November 3, 2006** |
| Discovery Closes: | **December 4, 2006** |
| Discovery Motions: | **January 3, 2007** |
| Dispositive and In Limine Motions: | **January 3, 2007** |

Dated this 6th day of September, 2006.

                                              /s/ Timothy M. Burgess
                                              TIMOTHY M. BURGESS
                                              United States District Judge