David A. Devine (AK Bar No. 7906015)
GROH EGGERS, LLC
3201 "C" Street - Suite 400
Anchorage, AK 99503
Phone: (907) 562-6474
Fax:   (907) 562-6044
Email: devined@groheggers.com
Attorneys for Defendants BBA Aviation Benefit Plan
and BBA Aviation Shared Services, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK HIVELY | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. A 05-214 CV (JKS) |
| | ) |
| BBA AVIATION BENEFIT PLAN | ) |
| and BBA AVIATION SHARED | ) |
| SERVICES, INC., | ) DEFENDANTS' SECOND |
| | ) DISCOVERY REQUEST TO PLAINTIFF |
| Defendants. | ) |
| | ) |

COME NOW the Defendants, by and through counsel, and hereby request that the Plaintiff answer the following interrogatory, under oath, within thirty (30) days after service hereof:

Interrogatory No. 1: In connection with your claim for statutory penalties pursuant to 29 U.S.C. § 1132(c), for **each** instance where you allege that defendants either failed to respond, responded inadequately, or responded late to a request for information made by plaintiff, please:

1. Describe in detail what information was requested;

BBA's Second Discovery Request
Page 1 of 4

EXHIBIT A
PAGE 1 of 4

Hively v. BBA Aviation
Case No. A 05-214 CV (JKS)

2. State the date of the request for information;

3. State whether the request for information was written or verbal;

4. State by whom the request for information was made;

5. State to whom the request for information was directed;

6. State whether you received a response to the request for information;

7. State the date on which a response to the request for information was made;

8. State who made the response to the request for information;

9. Describe in detail the response you received; and

10. Explain in detail why you believe the response to the request for information was deficient or inadequate.

Answer:

Law Offices of
GROH EGGERS, LLC
3201 C Street, Suite 400
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044

BBA's Second Discovery Request
Page 2 of 4

EXHIBIT A
PAGE 2 of 4

*Hively v. BBA Aviation*
Case No. A 05-214 CV (JKS)

## INTERROGATORY VERIFICATION

STATE OF ALASKA            )
                           ) ss.
THIRD JUDICIAL DISTRICT    )

I, Jack Hively, being first duly sworn, hereby verify that I read the foregoing answers to interrogatories and that they are true, correct, and complete to the best of my knowledge.

Dated this _____ day of _____, 2006.

_____
Jack Hively

SUBSCRIBED and SWORN to before me this _____ day of _____, 2006.

_____
NOTARY PUBLIC in and for Alaska
My commission expires:_____

Law Offices of
GROH EGGERS, LLC
3201 C Street, Suite 400
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044

BBA's Second Discovery Request
Page 3 of 4

EXHIBIT A
PAGE 3 of 4

*Hively v. BBA Aviation*
Case No. A 05-214 CV (JKS)

Respectfully submitted this 8th day of June, 2006.

           GROH EGGERS, LLC

           Attorneys for Defendants BBA

         By: *David A. Devine*
           David A. Devine (AK Bar No. 7906015)
           GROH EGGERS, LLC
           3201 C Street, Suite 400
           Anchorage, AK 99503
           Phone: (907) 562-6474
           Fax: (907) 562-6044
           E-Mail: devined@groheggers.com

I HEREBY CERTIFY that on June 8, 2006,
a copy of the foregoing was served **by first class mail** on:

David D. Clark, Esq.
LAW OFFICE OF DAVID CLARK
101 E. 9th Ave., Suite 12-B
Anchorage, AK 99501
Attorney for Plaintiff

*David A. Devine*
David A. Devine

Law Offices of
GROH EGGERS, LLC
3201 C Street, Suite 400
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044

BBA's Second Discovery Request
Page 4 of 4

EXHIBIT A
PAGE 4 of 4

*Hively v. BBA Aviation*
Case No. A 05-214 CV (JKS)