# RECAP OF DISPUTED UHC MEDICAL COST ALLOWANCES

## JACK and GALINA HIVELY

The following provides background information and Answers to Ten Questions for each item in dispute (Claim Issues).

Note: There are sometimes separate entries below for the same claim number as many times billings had multiple charges and CPT codes, so UHC addressed them separately. Also, UHC in many instances denied charges for non-existent requirements to use a network service (there was no network in Alaska), downcoded services, or ignored the fact that a deductible had been paid, as detailed below.

Below provides information for each item in dispute (by UHC Claim No.) with answers to the 10 questions for each issue to the right. Note that the response to Questions 3 to 10 are the same for each entry. BBA did not respond to any appeals, requests for review, and/or information request letters.

| Item | Claim Number | Description of Disallowance | Reason for UHC Denial | Amount in Dispute | 1. Describe in detail what information was requested. See below in detail: | 2A. State the date for the request for information. (Below is the date of the "appeal" letters) | 2B. State the date for the request for information. (Below is the date of the "request for detailed information" letters) | 3. State whether the request for information was written or verbal. | 4. State by whom the request for information was made. | 5. State to whom the request for information was directed. | 6. State whether you received a response to the request for information. | 7. State date on which response to the request for information was made. | 8. State who made the response to the request for information. | 9. Describe in detail the response you received. | 10. Explain in detail why you believe the response to the request for information was deficient or inadequate. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | A first "appeal" letter was sent requesting a review of UHC's denial (see "Hively v. BBA, Client Doc Nos. 0311 through 0430). When there was no response, Jack Hively declared he considered all issues to be under ERISA claim proceedings and sent a second letter requesting detailed information (see "Hively v. BBA, Client Doc. Nos. 0243 through 0304). The second letter requested the following specific information: | | | | | | | | | | |
| | | | | | 1. What was the CTP Code or Codes used by UHC in establishing its reimbursement amount? | | | | | | | | | | |
| | | | | | 2. Specifically, how did UHC determine the amount it allowed? | | | | | | | | | | |
| | | | | | 3. If database firm was used, what was the name of the company & its relationship with UHC? | | | | | | | | | | |
| | | | | | 4. Did UHC "downcode" the CTP Code submitted by the health service provider? | | | | | | | | | | |
| | | | | | 5. Was Alaska the only area used to determine the amount UHC allowed? | | | | | | | | | | |
| 1a | 6465780201 | A portion of doctor radiology charges. | UHC Code 29 - Your Plan covers reasonable charges for covered health services… | $25.00 | See information at the top of the page, that is appropriate to all of the claims. | 11-Nov-02 | | Both letters were written by Jack Hively on behalf of his wife, Galina Hively. | Both letters were addressed to Ms. Janie Wallace, BBA Benefits Dept. Director | No response was ever received. | N/A - No response was ever received. | N/A - No response was ever received. | N/A - No response was ever received. | N/A - No response was ever received. | N/A - No response was ever received. |
| 1b | Same as above | A portion of doctor radiology charges. | UHC Code 29 - Your Plan covers reasonable charges for covered health services… | $25.00 | See information at the top of the page, that is appropriate to all of the claims. | Same as above | | Both letters were written by Jack Hively on behalf of his wife, Galina Hively. | Both letters were addressed to Ms. Janie Wallace, BBA Benefits Dept. Director | No response was ever received. | N/A - No response was ever received. | N/A - No response was ever received. | N/A - No response was ever received. | N/A - No response was ever received. | N/A - No response was ever received. |
| 2a | 6465780301 | A portion of doctor radiology charges. | UHC Code 29 - Your Plan covers reasonable charges for covered health services… | $25.00 | See information at the top of the page, that is appropriate to all of the claims. | 11-Nov-02 | | Both letters were written by Jack Hively on behalf of his wife, Galina Hively. | Both letters were addressed to Ms. Janie Wallace, BBA Benefits Dept. Director | No response was ever received. | N/A - No response was ever received. | N/A - No response was ever received. | N/A - No response was ever received. | N/A - No response was ever received. | N/A - No response was ever received. |
| 2b | Same as above | A portion of doctor radiology charges. | UHC Code 29 - Your Plan covers reasonable charges for covered health services… | $25.00 | See information at the top of the page, that is appropriate to all of the claims. | Same as above | | Both letters were written by Jack Hively on behalf of his wife, Galina Hively. | Both letters were addressed to Ms. Janie Wallace, BBA Benefits Dept. Director | No response was ever received. | N/A - No response was ever received. | N/A - No response was ever received. | N/A - No response was ever received. | N/A - No response was ever received. | N/A - No response was ever received. |
| 3 | 2572606601 | A portion of doctor radiology charges. | UHC Code 29 - Your Plan covers reasonable charges for covered health services…Note inconsistency of allowed amount…in one case it's $90.00, in another $96.00. Noted to BBA in letter dated 11/22/02. | $19.00 | See information at the top of the page, that is appropriate to all of the claims. | 22-Nov-02 | | Both letters were written by Jack Hively on behalf of his wife, Galina Hively. | Both letters were addressed to Ms. Janie Wallace, BBA Benefits Dept. Director | No response was ever received. | N/A - No response was ever received. | N/A - No response was ever received. | N/A - No response was ever received. | N/A - No response was ever received. | N/A - No response was ever received. |
| 4 | 0640573140 | A portion of a doctor's exam charge. | UHC Code EC - According to your plan, we have applied the maximum allowed expense for the primary procedure. | $26.00 | See information at the top of the page, that is appropriate to all of the claims. | 24-Mar-03 | | Both letters were written by Jack Hively on behalf of his wife, Galina Hively. | Both letters were addressed to Ms. Janie Wallace, BBA Benefits Dept. Director | No response was ever received. | N/A - No response was ever received. | N/A - No response was ever received. | N/A - No response was ever received. | N/A - No response was ever received. | Dif. |
| 5 | 4904933901 | A portion of a malignant tumor biopsy charge. | UHC Code 29 - Your Plan covers reasonable charges for covered health services… | $70.50 | See information at the top of the page, that is appropriate to all of the claims. | 29-Jan-03 | | Both letters were written by Jack Hively on behalf of his wife, Galina Hively. | Both letters were addressed to Ms. Janie Wallace, BBA Benefits Dept. Director | No response was ever received. | N/A - No response was ever received. | N/A - No response was ever received. | N/A - No response was ever received. | N/A - No response was ever received. | N/A - No response was ever received. |
| 6 | Same as above | A portion of a malignant tumor biopsy charge. | UHC Code 29 - Your Plan covers reasonable charges for covered health services… | $20.00 | See information at the top of the page, that is appropriate to all of the claims. | 29-Jan-03 | | Both letters were written by Jack Hively on behalf of his wife, Galina Hively. | Both letters were addressed to Ms. Janie Wallace, BBA Benefits Dept. Director | No response was ever received. | N/A - No response was ever received. | N/A - No response was ever received. | N/A - No response was ever received. | N/A - No response was ever received. | N/A - No response was ever received. |



EXHIBIT B
PAGE 1 of 1