**LAW OFFICE OF DAVID CLARK**
**101 EAST NINTH AVE., SUITE 12-B**
**ANCHORAGE, AK  99501**
**Phone      (907) 272-7989**
**Fax          (907) 274-9829**
**Email       dclark@lawddc.com**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK HIVELY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. A-05-214 CI (JKS) |
| ) | |
| BBA AVIATION BENEFIT PLAN ) | |
| AND BBA AVIATION SHARED ) | |
| SERVICES, INC. ) | **STIPULATION TO EXTEND TIME TO** |
| ) | **OPPOSE DEFENDANT'S FIRST** |
| ) | **MOTION FOR SUMMARY** |
| ) | **JUDGMENT** |
| Defendants. ) | |
| ) | |

Plaintiff, Jack Hively, by and through counsel, David Clark and

Defendants by through counsel David A. Devine stipulate and agree that the time for

plaintiffs' opposition to defendants' Motion for Summary Judgment shall be extended

by 15 days.

DATED this 4th day of October, 2006.

LAW OFFICE OF DAVID D. CLARK
Attorneys for Plaintiff


By:__s/ David Clark_____
      David Clark
      101 E. 9th Ave., Suite 12-B
      Anchorage, AK 99501
      Phone:        (907) 272-7989
      Fax:           (907) 274-9829
      E-Mail       dclark@lawddc.com
      AK Bar No. 8310110

GROH EGGERS, LLC
Attorneys for Defendants BBA Aviation

Dated: October 4, 2006                        By: s/ David A. Devine_____
                                              David A. Devine
                                              Groh Eggers, LLC
                                              3201 C Street, Suite 400
                                              Anchorage, AK  99503
                                              907 562-6474
                                              907 562-6044
                                              E-Mail:  devined@groheggers.com
                                              AK Bar No. 7906015

I HEREBY CERTIFY that on October 4, 2006
a copy of the foregoing was served electronically on :

David A. Devine
Groh Eggers, LLC


        s/ David Clark