**LAW OFFICE OF DAVID CLARK**
**101 EAST NINTH AVE., SUITE 12-B**
**ANCHORAGE, AK 99501**
**Phone    (907) 272-7989**
**Fax       (907) 274-9829**
**Email    dclark@lawddc.com**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK HIVELY AND GALINA HIVELY )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BBA AVIATION BENEFIT PLAN )<br>AND BBA AVIATION SHARED )<br>SERVICES, INC. )<br>)<br>)<br>)<br>Defendants. )<br>) | CASE NO. A-05-214 CI (TMB)<br><br>**PROPOSED**<br>**ORDER GRANTING STIPULATED**<br>**MOTION TO EXTEND TIME TO**<br>**OPPOSE DEFENDANT'S SUMMARY**<br>**JUDGMENT MOTION** |

Plaintiff filed a stipulated motion to extend the time to oppose the Summary Judgment Motion filed by the defendants on September 19, 2006

The plaintiff's motion is granted and the time to Oppose the defendant's Summary Judgment Motion is extended for a period of 15 days.

DATED this _____ day of October, 2006.

FEDERAL DISTRICT COURT JUDGE

By:_____
Timothy M. Burgess

Order Extend Time to Oppose Motion
Hively v. BBB Health Trust
Case No. A-05-214 CI (JKS)
Page 1 of 2

I HEREBY CERTIFY that on October 4, 2006
a copy of the foregoing was served electronically on :

David A. Devine
Groh Eggers, LLC

     <u>       s/ David Clark       </u>