**LAW OFFICE OF DAVID CLARK**
**101 EAST NINTH AVE., SUITE 12-B**
**ANCHORAGE, AK  99501**
Phone       (907) 272-7989
Fax          (907) 274-9829
Email       dclark@lawddc.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK HIVELY ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BBA AVIATION BENEFIT PLAN ) <br> AND BBA AVIATION SHARED ) <br> SERVICES, INC. ) <br> ) <br> ) <br> ) <br> Defendants. ) <br> _____) | CASE NO. A-05-214 CI (TMB) <br><br> **SECOND STIPULATION TO EXTEND TIME TO OPPOSE DEFENDANT'S FIRST MOTION FOR SUMMARY JUDGMENT** |

Plaintiff, Jack Hively, by and through counsel, David Clark and Defendants by through counsel David A. Devine stipulate and agree that the time for plaintiffs' opposition to defendants' Motion for Summary Judgment shall be extended by four (4) additional days.

DATED this 19th day of October, 2006.

> LAW OFFICE OF DAVID D. CLARK
> Attorneys for Plaintiff
>
> By:__s/ David Clark_____
>     David Clark
>     101 E. 9th Ave., Suite 12-B
>     Anchorage, AK 99501
>     Phone:      (907) 272-7989
>     Fax:         (907) 274-9829
>     E-Mail       dclark@lawddc.com
>     AK Bar No. 8310110

                                              GROH EGGERS, LLC
                                       Attorneys for Defendants BBA Aviation

Dated: October 19, 2006                    By: s/ David A. Devine
                                                    David A. Devine
                                                    Groh Eggers, LLC
                                                    3201 C Street, Suite 400
                                                    Anchorage, AK  99503
                                                    907 562-6474
                                                    907 562-6044
                                                    E-Mail:  devined@groheggers.com
                                                    AK Bar No. 7906015

I HEREBY CERTIFY that on October 19, 2006
a copy of the foregoing was served electronically on :

David A. Devine
Groh Eggers, LLC

      s/ David Clark

Stipulation to extend
Hively v. BBB Health Trust
Case No. 3AN-05-214 CI
Page 2 of 2