**LAW OFFICE OF DAVID CLARK**
**101 EAST NINTH AVE., SUITE 12-B**
**ANCHORAGE, AK  99501**
**Phone      (907) 272-7989**
**Fax          (907) 274-9829**
**Email       dclark@lawddc.com**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK HIVELY AND GALINA HIVELY     ) | |
| Plaintiffs,     ) | |
| v.     ) | CASE NO. A-05-214 CI (TMB) |
| BBA AVIATION BENEFIT PLAN AND BBA AVIATION SHARED SERVICES, INC.     ) | **PROPOSED** **ORDER GRANTING SECOND STIPULATED MOTION TO EXTEND TIME TO OPPOSE DEFENDANT'S SUMMARY JUDGMENT MOTION** |
| Defendants.     ) | |

Plaintiff filed a stipulated motion to extend the time to oppose the Summary Judgment Motion filed by the defendants on September 19, 2006

The plaintiff's motion is granted and the time to Oppose the defendant's Summary Judgment Motion is extended for an additional period of 4days.

DATED this _____ day of October, 2006.

FEDERAL DISTRICT COURT JUDGE

By:_____
         Timothy M. Burgess

Order Extend Time to Oppose Motion
Hively v. BBB Health Trust
Case No. A-05-214 CI (JKS)
Page 1 of 2

I HEREBY CERTIFY that on October 19, 2006
a copy of the foregoing was served electronically on :

David A. Devine
Groh Eggers, LLC

      s/ David Clark

Order Extend Time to Oppose Motion
Hively v. BBB Health Trust
Case No. A-05-214 CI (JKS)
Page 2 of 2