**LAW OFFICE OF DAVID CLARK**
**101 EAST NINTH AVE., SUITE 12-B**
**ANCHORAGE, AK 99501**
Phone     (907) 272-7989
Fax       (907) 274-9829
Email     dclark@lawddc.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK HIVELY and GALENA HIVELY,<br><br>    Plaintiffs,<br><br>v.<br><br>BBA AVIATION BENEFIT PLAN AND BBA AVIATION SHARED SERVICES, INC.<br><br>    Defendants. | CASE NO. A-05-214 CI (TMB)<br><br>**OPPOSITION TO DEFENDANT'S FIRST MOTION FOR SUMMARY JUDGMENT** |

# HIVELY DISCOVERY ANSWERS

**LAW OFFICE OF DAVID CLARK**
**101 EAST NINTH AVE., SUITE 12-B**
**ANCHORAGE, AK 99501**
Phone       (907) 272-7989
Fax         (907) 274-9829
Email       dclark@lawddc.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK HIVELY and GALENA HIVELY,<br><br>Plaintiffs,<br><br>v.<br><br>BBA AVIATION BENEFIT PLAN AND BBA AVIATION SHARED SERVICES, INC.<br><br>Defendants. | CASE NO. A-05-214 CI (JKS)<br><br>**PLAINTIFF'S AMENDED ANSWER TO DEFENDANTS' DISCOVERY (SECOND)** |

Answer:     Describe in Detail what information was requested:

1.   Plaintiffs requested information regarding physician network providers, the basis of usual, customary and reasonable medical costs used by UHC, the Contract between UHC and the BBA plan and the fee schedule of the network providers.

2.   Date of requests and documents.

Contract: October 20, 2003, November 12, 13, & 26, 2003, November 2003, see documents numbered 0083, 0096-0100, 054-056, 103, 104, and 0397. The

documents provide the text of the communication, the date and to whom the communication was addressed.

Network physicians See document numbered 00038, 0052-0053, 081-083, 00096, 00103-00104, 0016, 00397 00352. The documents provide the text of the communication, the date and to whom the communication was addressed.

Usual, customary and reasonable: See document numbered 0052, 0053, 0096, 0103-0104, 0116-0117, 00397. The documents provide the text of the communication, the date and to whom the communication was addressed.

All requests made were written

All requests were made by Jack Hively

All requests were directed to Janie Wallace, Plan Administrator

No documents were provided.

The only response made was to tell Mr. Hively that the Agreement between UHC and BBA was not a plan document. The response was inadequate because it did not address any other request made and did not explain how UHC could

deviate in payment from the plan documents.

DATED this  23  day of October, 2006.

LAW OFFICE OF DAVID .D CLARK
Attorneys for Plaintiff

By: _____
DAVID D. CLARK
AK Bar No. 8310110

**VERIFICATION**

STATE OF ALASKA        )
                       ) ss.
Third Judicial District )

Jack Hively, plaintiff herein has read and believes that all statements made in the answer to the Interrogatory are true.

_____
Jack Hively

SUBSCRIBED and SWORN to before me this 23 day of October, 2006

_____
NOTARY PUBLIC, In and For Alaska
My Commission Expires: 6/9/09

Notary Public
MARY PECK-CLARK
State of Alaska
My Commission Expires Jun 9, 2009

I HEREBY CERTIFY that on October  23 , 2006
a copy of the foregoing was served on :

David A. Devine
Groh Eggers, LLC
3201 C Street, Suite 400
Anchorage, AK  99503

_____

Discovery Response
Hively v. BBB Health Trust
Case No. 3AN-05-214 CI
Page 3 of 3