**LAW OFFICE OF DAVID CLARK**
**101 EAST NINTH AVE., SUITE 12-B**
**ANCHORAGE, AK  99501**
**Phone      (907) 272-7989**
**Fax         (907) 274-9829**
**Email      dclark@lawddc.com**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK HIVELY and GALENA HIVELY,<br><br>Plaintiffs,<br><br>v.<br><br>BBA AVIATION BENEFIT PLAN AND BBA AVIATION SHARED SERVICES, INC.<br><br>Defendants. | CASE NO. A-05-214 CI (TMB)<br><br>**OPPOSITION TO DEFENDANT'S FIRST MOTION FOR SUMMARY JUDGMENT** |

# HIVELY AFFIDAVIT AND HIVELY DOCUMENTS

LAW OFFICE OF DAVID CLARK
101 EAST NINTH AVE., SUITE 12-B
ANCHORAGE, AK 99501
Phone      (907) 272-7989
Fax         (907) 274-9829
Email      dclark@lawddc.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK HIVELY and GALENA HIVELY | ) ) ) |
| Plaintiffs, | ) ) |
| v. | )  CASE NO. A-05-214 CI (TMB) |
| BBA AVIATION BENEFIT PLAN AND BBA AVIATION SHARED SERVICES, INC. | ) ) ) ) **JACK HIVELY AFFIDAVIT IN OPPOSITION TO DEFENDANT'S FIRST MOTION FOR SUMMARY JUDGMENT** |
| Defendants. | ) |

STATE OF ALASKA      )
                                   ) ss.
THIRD JUDICIAL DISTRICT )

I, Jack Hivley, being duly sworn, depose and state that:

1. I am one of the plaintiffs in this action.

2. I requested the contract between BBA and United Health Company, (UHC) because I assumed that contract modified the plan documents. I made it clear to Janie Wallace in writing that I was looking for the plan documents that dealt with "Network Physicians" and the terms "usual customary & reasonable" because UHC was denying claims based on those terms.

Hively Affidavit
Hively v. BBB Health Trust
Case No. 3AN-05-214 CI
Page 1 of 3

3. I had reviewed what the plan had provided me earlier and there was no reference to those terms and so assumed that UHC, which was the claims payer had been granted the right to change the plan.

4. I have come to learn that BBA Health plan was paying 80 percentile of the 80% reimbursement the plan was obligated to pay. The BBA Health plan should have provided me with some indication of how I was going to get repaid for medical expenses. I am not even sure that BBA paid as they said they were. One doctor, Dr. Fischer, bills in the 50-60 percentile in Anchorage and his bill was knocked down $72.00. see exhibits attached.

5. A plan participant never knew how BBA was gong to pay, they could be pleasantly surprised to find 80% of the bill paid or financially devastated to find that thousands of dollars were unpaid.

6. The documents attached to this affidavit and referenced in the Opposition to Motion for summary judgment were kept in the ordinary course of business of my communications with the BBA Health Trust and UHC..

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Jack Hively

SUBSCRIBED AND SWORN before me this __23__ October, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 6/9/09

MARY PECK-CLARK
State of Alaska
My Commission Expires Jun 9, 2009

Hively Affidavit
Hively v. BBB Health Trust
Case No. 3AN-05-214 CI
Page 2 of 3

I HEREBY CERTIFY that on October 23, 2006
a copy of the foregoing was served electronically on :

David A. Devine
Groh Eggers, LLC

      s/ David Clark

Hively Affidavit
Hively v. BBB Health Trust
Case No. 3AN-05-214 CI
Page 3 of 3