**LAW OFFICE OF DAVID CLARK**
**101 EAST NINTH AVE., SUITE 12-B**
**ANCHORAGE, AK 99501**
**Phone      (907) 272-7989**
**Fax        (907) 274-9829**
**Email      dclark@lawddc.com**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK HIVELY and GALENA HIVELY,  Plaintiffs,  v.  BBA AVIATION BENEFIT PLAN AND BBA AVIATION SHARED SERVICES, INC.,  Defendants. | CASE NO. A-05-214 CI (TMB)  **OPPOSITION TO DEFENDANT'S FIRST MOTION FOR SUMMARY JUDGMENT** |

# BBA

# DOCUMENTS

Wallace, Janie (BBASSI-CHQ)

**From:** Wallace, Janie (BBASSI-CHQ)
**Sent:** Tuesday, June 03, 2003 4:26 PM
**To:** Alec Scroggins (E-mail)
**Subject:** FW: Alaska R&C

**Importance:** High

HI Alec - this is the memo explaining the different data bases - 3rd paragraph; however, in 4th paragraph, I could interpret that UHC uses two product data bases; which one does UHC use?
I have done the bold and underline for clarification;
jw

-----Original Message-----
From: Martha Skinner [mailto:"martha_skinner"@uhc.com]
Sent: Monday, February 10, 2003 12:25 PM
To: janie.wallace@signatureflight.com
Cc: alec.scroggins@watsonwyatt.com
Subject: Alaska R&C

Janie,
got your message that you are out sick and not available tomorrow - so, have tried to outline what I know -

I was able to speak with a representative from Ingenix on Friday who was able to provide some insight on the R&C issue in Alaska.

As a little background, Ingenix is a business segment of UnitedHealth Group. They are the statistical arm of our company and are a leader in the field of health care data, analysis and application. They offer products and services that are ideally suited to maximize quality and improve cost management; decision support; compliance; coding and reimbursement; fraud and abuse detection; and data integration, analysis and consulting.

**Two product databases are used in determining R&C.** Medical Data Research (MDR) and Prevailing Health Care Charge Systems (PHCS). Ingenix acquired both databases through acquisitions within the last few years.

**Allowances through both products are based on statistical data for Alaska.**

Typically MDR allowances tend to be a little higher - but not always.

MDR is generally used by workman comp carriers. Comp carriers will generally use the 90th percentile when screening for reasonable and customary. Other medical carriers may also screen at the 90th percentile. **This account is set to screen at the 80th percentile.** They did suggest to not appear so out of line with other carriers, that we may want to increase the screening to the 90th percentile in this area.

Other medical carriers may be using their own data - or, may be using MDR.

Databases are "speciality" blind. Data is based on all providers in geographical area that performs same services - regardless of speciality. ie., if you have an internist or family practice delivering babies, they would be lumped into the same data sampling as the OB/GYN speciality.

Because of the sparse areas in Alaska, there have been some geographically zip

1

BBA 00367

code difficulties - which means th[at bro]ader areas have been used in developin[g] the databases. The Dept of Insurance in Alaska did assist in evaluating a zip code cluster alignment.

Ingenix acknowledged that with the sparse areas and screening by code and not speciality may cause some disparities in the allowances.

We have forwarded the below spreadsheet that outlines all reductions for Mr & Mrs. Hively. They will be reviewing to see if these allowances appear to be in-line and/or if we can allow more & whether adjustments to the databases may be warranted for these services.

We are in the process of pulling reduced services for Gene Smith as well for their review.

I don't think the R&C issue that we're having in Alaska has anything to do with your particular plan design. Believe is probably a combination of the 80th percentile that we are using along with the other zip code and speciality / non-specialty situation. Will wait for your decision - but, would support the idea that we move you from the 80th to the 90th percentile. I do also have a commitment from my contact at Ingenix that they will review any code that I need to send to them to see if the reduction appears to be out of line & updated within the system

I put 10:30 CST on my calendar for Wednesday if you still want to discuss.

Hope you are feeling better

This e-mail, including attachments, may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and delete this e-mail immediately.

**Wallace, Janie (BBASSI-CHQ)**

From: Wallace, Janie (BBASSI-CHQ)
Sent: Monday, September 13, 2004 5:34 PM
To: Hively, Jack (ASIG-ANC)
Subject: Adjustment

Jack - on behalf of the Welfare Committee, I am letting you know, the Welfare Committee has recognized to increase the Reasonable and Customary Rate Percentile from 80th percentile to 95th percentile. The change is effective as of August 1, 2004. A 95th percentile will allow a broader range of R&C provider charges to be considered for payment. At this time, a discussion is being held as to whether or not this change could or should be retroactive. Once this has been resolved, I will let you know.
take care,
jw

Janie L. Wallace
Director, Benefits Administration
BBA Aviation Shared Services, Inc.
201 South Orange Avenue
Suite 1400
Orlando, Florida 32801
office: 407.648.7279
facsimile: 407.206.5357
e-mail: janie.wallace@bbassi.com

# BENEFITS BROADCAST

September 2004

The following is an explanation of the revision to the Anchorage Indemnity Plan in regards to Percentile and Reasonable & Customary (R&C) Rates for claims.

### Anchorage Indemnity Plan
The Anchorage Indemnity Plan design states that in general after the deductible has been met, 80% of the Reasonable & Customary portion of a claim will be paid by the employer (insurance) and 20% by the employee.

### Definitions:
*Reasonable & Customary Rates (R&C)* - an amount measured and determined by comparing the actual charge for the service (or supply) with the prevailing charges made for it. Factors such as complexity of the service, range of services provided and prevailing charge level in the geographic area determine the structure.

*Percentile* – a range of submitted provider charges for insurance companies to process insurance claims: as the percentile increases more and more of the provider submitted charges are considered as Reasonable & Customary (R&C) charges.

### Application/Example:
When the Reasonable & Customary (R&C) rule is applied to each claim, the Plan could pay less than the stated 80% benefit. Therefore the percentile attached to the Reasonable and Customary rule has been increased on the Anchorage Plan to reduce the amount that the plan would not cover.

**Previous Percentile Claim**
$115.00 provider billable rate
$ 85.00 R&C Rate (low percentile)
$ 68.00 Plan pays 80%
$ 47.00 Employee pays this amount (20%) after deductible if the provider balance bills from the $115.00
$ 17.00 Employee pays this amount (20%) after deductible if the provider bills from the R&C amount of $85.00

**New Percentile Claim**
$115.00 provider billable rate
$109.25 R&C Rate (low percentile)
$ 87.40 Plan pays 80%
$ 27.60 Employee pays this amount (20%) after deductible if the provider balance bills from the $115.00
$ 21.85 Employee pays this amount (20%) after deductible if the provider bills from the R&C amount of $109.25

Based on the example above you can see that applying the higher percentile to the R&C Rate increased the portion of the claim that is paid by the employer at 80% and therefore reduces the 20% which is paid by the employee. <u>Please remember some providers will bill at the provider billable rate and some will be at the R&C Rate. This will depend on each provider</u>.

If you have further questions regarding the above information, please contact your local Human Resource Representative.

BBA 00371