David A. Devine (AK Bar No. 7906015)
GROH EGGERS, LLC
3201 "C" Street - Suite 400
Anchorage, AK  99503
Phone:  (907) 562-6474
Fax:     (907) 562-6044
Email:  devined@groheggers.com
Attorneys for Defendants BBA Aviation Benefit Plan
and BBA Aviation Shared Services, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK HIVELY and GALINA HIVELY ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BBA AVIATION BENEFIT PLAN ) <br> and BBA AVIATION SHARED ) <br> SERVICES, INC., ) <br> ) <br> Defendants. ) <br> _____) | Case No.  3:05-cv-0214 (TMB) <br><br><br> **UNOPPOSED MOTION FOR** <br> **EXTENSION OF TIME** <br> **TO FILE REPLY BRIEF** |

COME NOW the Defendants, BBA Aviation Benefit Plan and BBA Aviation Shared Services, Inc., by through counsel, and hereby move this Court for a 1-week extension of time to file its Reply to Plaintiffs' Opposition to Defendant's First Motion for Partial Summary Judgment.  This 1-week extension of time, to November 9, 2006 is necessary due to conflicting commitments of counsel this week and next.

Counsel for Plaintiffs has indicated that he does **not** oppose this motion.

Law Offices of
GROH EGGERS, LLC
3201 C Street, Suite 400
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044

Respectfully submitted this 27th day of October, 2006.

>GROH EGGERS, LLC
>
>Attorneys for Defendants BBA
>
>By: s/ David A. Devine
>    David A. Devine (AK Bar No. 7906015)
>    GROH EGGERS, LLC
>    3201 C Street, Suite 400
>    Anchorage, AK 99503
>    Phone: (907) 562-6474
>    Fax: (907) 562-6044
>    E-Mail: devined@groheggers.com

I HEREBY CERTIFY that on October 27, 2006,
a copy of the foregoing was served **electronically** on:

David D. Clark, Esq.
LAW OFFICE OF DAVID CLARK
101 E. 9th Ave., Suite 12-B
Anchorage, AK  99501
Attorney for Plaintiff

  s/ David A. Devine

Law Offices of
GROH EGGERS, LLC
3201 C Street, Suite 400
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044

BBA's Motion for Extension of Time                    *Hively v. BBA Aviation*
Page 2 of 2                                           Case No. 3:05-cv-0214 (TMB)