David A. Devine (AK Bar No. 7906015)
GROH EGGERS, LLC
3201 "C" Street - Suite 400
Anchorage, AK 99503
Phone: (907) 562-6474
Fax: (907) 562-6044
Email: devined@groheggers.com
Attorneys for Defendants BBA Aviation Benefit Plan
and BBA Aviation Shared Services, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK HIVELY and GALINA HIVELY ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BBA AVIATION BENEFIT PLAN ) <br> and BBA AVIATION SHARED ) <br> SERVICES, INC., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. A 05-214 CV (TMB) <br><br><br> **UNOPPOSED MOTION TO CONTINUE PRETRIAL DEADLINES** |

COME NOW the Defendants, BBA Aviation Benefit Plan and BBA Aviation Shared Services, Inc., by through counsel, and hereby move this Court for a 2-month extension of time of the following pretrial deadlines:

Witness Lists: to **January 3, 2006**

Close of Discovery: to **February 2, 2007**

Close of Discovery Motions: to **March 2, 2007**

Close of Dispositive and In Limine Motions: to **March 2, 2007**

This extension is necessary because of difficulty scheduling certain out of state depositions as a result of defense counsel's move to new offices scheduled for mid-

November and difficulty with witness schedules in December.  Counsel for Plaintiffs has indicated that he does **not** oppose this motion.

Respectfully submitted this 3rd day of November, 2006.

>GROH EGGERS, LLC
>
>Attorneys for Defendants BBA
>
>By: s/ David A. Devine
>David A. Devine (AK Bar No. 7906015)
>GROH EGGERS, LLC
>3201 C Street, Suite 400
>Anchorage, AK 99503
>Phone: (907) 562-6474
>Fax: (907) 562-6044
>E-Mail: devined@groheggers.com

I HEREBY CERTIFY that on November 3, 2006,
a copy of the foregoing was served **electronically** on:

David D. Clark, Esq.
LAW OFFICE OF DAVID CLARK
Attorney for Plaintiff

 s/ David A. Devine

Law Offices of
GROH EGGERS, LLC
3201 C Street, Suite 400
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044

Unopposed Motion to Continue Pretrial Deadlines         *Hively v. BBA Aviation*
Page 2 of 2                                              Case No. A 05-214 CV (TMB)