David A. Devine (AK Bar No. 7906015)
GROH EGGERS, LLC
3201 "C" Street - Suite 400
Anchorage, AK  99503
Phone:  (907) 562-6474
Fax:     (907) 562-6044
Email:  devined@groheggers.com
Attorneys for Defendants BBA Aviation Benefit Plan
and BBA Aviation Shared Services, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK HIVELY and GALINA HIVELY ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BBA AVIATION BENEFIT PLAN ) <br> and BBA AVIATION SHARED ) <br> SERVICES, INC., ) <br> ) <br> Defendants. ) <br> _____) | Case No. A 05-214 CV  (TMB) <br><br> **PROPOSED** <br> **ORDER CONTINUING** <br> **PRETRIAL DEADLINES** |

Defendants unopposed motion to continue pretrial deadlines is granted and IT IS ORDERED that the deadlines for witness lists, discovery, and pretrial motions in this case are hereby extended by two months, resulting in the following:

Witness Lists:                                                  to **January 3, 2006**

Close of Discovery:                                          to **February 2, 2007**

Close of Discovery Motions:                           to **March 2, 2007**

Close of Dispositive and In Limine Motions:   to **March 2, 2007**


Dated:_____                    _____

                                                                  Timothy M. Burgess
                                                                  United States District Judge

Order Continuing Pretrial Deadlines                                      *Hively v. BBA Aviation*
Page 1 of 2                                                                         Case No. A 05-214 CV (TMB)

I HEREBY CERTIFY that on November 3, 2006,
a copy of the foregoing was served **electronically** on:

David D. Clark, Esq.
LAW OFFICE OF DAVID CLARK
Attorney for Plaintiff

  s/ David A. Devine

Law Offices of
GROH EGGERS, LLC
3201 C Street, Suite 400
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044