IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK HIVELY and GALINA HIVELY ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BBA AVIATION BENEFIT PLAN ) <br> and BBA AVIATION SHARED ) <br> SERVICES, INC., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 3:05-cv-214 TMB <br><br><br> **ORDER CONTINUING** <br> **PRETRIAL DEADLINES** |

Defendants unopposed motion to continue pretrial deadlines is granted and IT IS ORDERED that the deadlines for witness lists, discovery, and pretrial motions in this case are hereby extended by two months, resulting in the following:

    Witness Lists:                                 to **January 3, 2006**

    Close of Discovery:                        to **February 2, 2007**

    Close of Discovery Motions:          to **March 2, 2007**

    Close of Dispositive and In Limine Motions:  to **March 2, 2007**

**Dated: November 6, 2006**          **/s/ Timothy M. Burgess**
                                                       Timothy M. Burgess
                                                        United States District Judge