David A. Devine (AK Bar No. 7906015)
GROH EGGERS, LLC
2600 Cordova Street - Suite 110
Anchorage, AK  99503
Phone:  (907) 562-6474
Fax:     (907) 562-6044
Email:  devined@groheggers.com
Attorneys for Defendants BBA Aviation Benefit Plan
and BBA Aviation Shared Services, Inc.

Law Offices of
GROH EGGERS, LLC
2600 Cordova Street, Suite 110
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK HIVELY and GALINA HIVELY | ) |
| Plaintiff, | ) |
| vs. | ) Case No.  3:05-cv-0214 (TMB) |
| BBA AVIATION BENEFIT PLAN and BBA AVIATION SHARED SERVICES, INC., | ) |
| Defendants. | ) **NOTICE OF CHANGE OF ADDRESS** |

GROH EGGERS, LLC, attorneys for Defendants BBA Aviation Benefit Plan and BBA Aviation Shared Services, Inc., hereby gives notice of its change of address to the following:

> GROH EGGERS, LLC
> 2600 Cordova Street, Suite 110
> Anchorage, AK 99503

It is requested that all pleadings, correspondence, and other material relative to the above-captioned case be served on said law firm at the above address.

Respectfully submitted this 8th day of November, 2006.

> GROH EGGERS, LLC
>
> Attorneys for Defendants BBA
>
> By: s/ David A. Devine
> David A. Devine (AK Bar No. 7906015)
> GROH EGGERS, LLC
> 3201 C Street, Suite 400
> Anchorage, AK 99503
> Phone: (907) 562-6474
> Fax: (907) 562-6044
> E-Mail: devined@groheggers.com

I HEREBY CERTIFY that on November 8, 2006,
a copy of the foregoing was served **electronically** on:

David D. Clark, Esq.
LAW OFFICE OF DAVID CLARK
101 E. 9th Ave., Suite 12-B
Anchorage, AK  99501
Attorney for Plaintiff

  s/ David A. Devine

Law Offices of
GROH EGGERS, LLC
2600 Cordova Street, Suite 110
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044

Notice of Change of Address
Page 2 of 2

*Hively v. BBA Aviation*
Case No. 3:05-cv-0214 (TMB)