David A. Devine (AK Bar No. 7906015)
GROH EGGERS, LLC
2600 Cordova Street - Suite 110
Anchorage, AK  99503
Phone:  (907) 562-6474
Fax:     (907) 562-6044
Email:  devined@groheggers.com
Attorneys for Defendants BBA Aviation Benefit Plan
and BBA Aviation Shared Services, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK HIVELY and GALINA HIVELY )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BBA AVIATION BENEFIT PLAN )<br>and BBA AVIATION SHARED )<br>SERVICES, INC., )<br>)<br>Defendants. )<br>_____) | Case No.  3:05-cv-0214 (TMB)<br><br><br>**UNOPPOSED MOTION FOR<br>EXTENSION OF TIME<br>TO FILE REPLY BRIEF** |

COME NOW the Defendants, BBA Aviation Benefit Plan and BBA Aviation Shared Services, Inc., by through counsel, and hereby move this Court for a 1-week extension of time to file its Reply to Plaintiffs' Opposition to Defendant's First Motion for Partial Summary Judgment.  This 1-week extension of time, to November 16, 2006 is necessary because the law firm of GROH EGGERS, LLC is moving its offices on Friday, November 10 and Saturday November 11.  The firm's law library has already been packed along with other resources needed to complete the Reply Brief.

Counsel for Plaintiffs has indicated that he does **not** oppose this motion.


Respectfully submitted this 9th day of November, 2006.

        GROH EGGERS, LLC

        Attorneys for Defendants BBA

        By: s/ David A. Devine
            David A. Devine (AK Bar No. 7906015)
            GROH EGGERS, LLC
            2600 Cordova Street, Suite 110
            Anchorage, AK 99503
            Phone: (907) 562-6474
            Fax: (907) 562-6044
            E-Mail: devined@groheggers.com

I HEREBY CERTIFY that on November 9, 2006,
a copy of the foregoing was served **electronically** on:

David D. Clark, Esq.
LAW OFFICE OF DAVID CLARK
101 E. 9th Ave., Suite 12-B
Anchorage, AK  99501
Attorney for Plaintiff

  s/ David A. Devine

Law Offices of
GROH EGGERS, LLC
2600 Cordova Street, Suite 110
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044