David A. Devine (AK Bar No. 7906015)
GROH EGGERS, LLC
2600 Cordova Street - Suite 110
Anchorage, AK  99503
Phone:  (907) 562-6474
Fax:     (907) 562-6044
Email:  devined@groheggers.com
Attorneys for Defendants BBA Aviation Benefit Plan
and BBA Aviation Shared Services, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK HIVELY and GALINA HIVELY )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BBA AVIATION BENEFIT PLAN )<br>and BBA AVIATION SHARED )<br>SERVICES, INC., )<br>)<br>Defendants. )<br>_____ ) | Case No.  3:05-cv-0214 (TMB)<br><br><br><br>**PROPOSED<br>ORDER EXTENDING TIME<br>TO FILE REPLY BRIEF** |

Defendants' unopposed motion for a 1-week extension of time to file their Reply to Plaintiffs' Opposition to Defendant's First Motion for Partial Summary Judgment is GRANTED, making Defendants' Reply due on November 16, 2006.

Dated at Anchorage, Alaska this _____ day of November, 2006.

_____
Timothy M. Burgess
United States District Judge

I HEREBY CERTIFY that on November 9, 2006,
a copy of the foregoing was served **electronically** on:

David D. Clark, Esq.
LAW OFFICE OF DAVID CLARK
Attorney for Plaintiff

  s/ David A. Devine        .