**Wallace, Janie (BBASSI-CHQ)**
From: Wallace, Janie (BBASSI-CHQ)
Sent: Friday, January 09, 2004 5:06 PM
To: Hively, Jack (ASIG-ANC)
Subject: RE: Settlement Offer - Corporate Counsel

good afternoon Jack,
I discussed your proposed settlement offer, your request for a copy of the UHC Services Agreement and your R&C Appeal with our corporate counsel. Based upon that conversation, we would like to clarify some of the matters you have given to us regarding the settlement offer. However, please understand, we are look at the settlement offer as a separate matter from your R&C Appeal. Your R&C appeal will be handled in accordance with the provisions of the Plan document. The next step in that process will be to present your clams to the Plan Committee which is scheduled to meet in the very near future.

Your attorney has stated in his letter dated 11/20/03 he has received $104,000 for the auto accident recovery and you have incurred over $10,500 on 57 medical claims. Please provide an itemization (doctor/treatment/amount) of what portion of that $104,000 is for your automobile accident versus any medical claims as well as the same breakdown for $10,500. Please clarify how your attorney determined only $5,907.07 is due to UHC?

Regarding the UHC Service Agreement, you are not entitled to the UHC Service Agreement by law but we have reviewed the agreement and do not find any reference to the method by which UHC arrives at the benefit payable under the Plan;

As mentioned in an earlier e-mail, I believe you are following the correct procedures in bringing your R&C issue as an appeal to the BBA Aviation Plan and the Committee will be reviewing your R&C appeal. I have received your hard copy letter this past week. Thank you for reviewing and responding back to my requests.
take care,
jw

BBA 00156        EXHIBIT  B
                 PAGE  1  of  1