David A. Devine (AK Bar No. 7906015)
GROH EGGERS, LLC
2600 Cordova Street - Suite 110
Anchorage, AK  99503
Phone:  (907) 562-6474
Fax:     (907) 562-6044
Email:  devined@groheggers.com
Attorneys for Defendants BBA Aviation Benefit Plan
and BBA Aviation Shared Services, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

JACK HIVELY and GALINA HIVELY  )
                                )
           Plaintiff,          )
                                )
          vs.             )      Case No.  3:05-cv-0214 (TMB)
                                )
BBA AVIATION BENEFIT PLAN   )
and BBA AVIATION SHARED     )
SERVICES, INC.,             )
                                )
          Defendants.    )
_____)

**REQUEST FOR ORAL ARGUMENT ON
BBA'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

      Pursuant to Rule 7.2(a) of the Local Rules of the United States District Court for

the District of Alaska, Defendants BBA Aviation Benefit Plan and BBA Aviation Shared

Services, Inc. request oral argument on their Motion for Partial Summary Judgment re:

Statutory Penalty (Docket 26).  The undersigned believes that oral argument is desirable

and would be of benefit to the Court in analyzing the issues raised in the pending motion for

partial summary judgment.

Law Offices of
GROH EGGERS, LLC
2600 Cordova Street, Suite 110
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044

Respectfully submitted this 17th day of November, 2006.

GROH EGGERS, LLC

Attorneys for Defendants BBA

By: _s/ David A. Devine_____
        David A. Devine (AK Bar No. 7906015)
        GROH EGGERS, LLC
        2600 Cordova Street, Suite 110
        Anchorage, AK 99503
        Phone: (907) 562-6474
        Fax: (907) 562-6044
        E-Mail: devined@groheggers.com

I HEREBY CERTIFY that on November 17, 2006,
a copy of the foregoing was served **electronically** on:

David D. Clark, Esq.
LAW OFFICE OF DAVID CLARK
101 E. 9th Ave., Suite 12-B
Anchorage, AK  99501
Attorney for Plaintiff

_s/ David A. Devine_____

Law Offices of
GROH EGGERS, LLC
2600 Cordova Street, Suite 110
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044