David A. Devine (AK Bar No. 7906015)
GROH EGGERS, LLC
2600 Cordova Street - Suite 110
Anchorage, AK  99503
Phone:  (907) 562-6474
Fax:      (907) 562-6044
Email:  devined@groheggers.com
Attorneys for Defendants BBA Aviation Benefit Plan
and BBA Aviation Shared Services, Inc.

<div style="writing-mode: vertical">
Law Offices of
GROH EGGERS, LLC
2600 Cordova Street, Suite 110
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044
</div>

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| JACK HIVELY and GALINA HIVELY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.  3:05-cv-0214 (TMB) |
| | ) | |
| BBA AVIATION BENEFIT PLAN | ) | |
| and BBA AVIATION SHARED | ) | |
| SERVICES, INC., | ) | |
| | ) | **BBA'S NOTICE OF ATTACHMENT** |
| Defendants. | ) | **PROPOSED ORDER** |
| _____ | ) | **FOR ORAL ARGUMENT** |

Defendants, by and through counsel, give notice that they have attached hereto a

proposed Order Setting Oral Argument on BBA's motion for partial summary judgment

at Docket 26.  BBA's Request for Oral Argument was filed at Docket 43.

GROH EGGERS, LLC

Attorneys for Defendants BBA

Dated: November 27, 2006        By: s/ David A. Devine
                                                    David A. Devine (AK Bar No. 7906015)
                                                    GROH EGGERS, LLC
                                                    2600 Cordova Street, Suite 110
                                                    Anchorage, AK 99503
                                                    Phone: (907) 562-6474
                                                    Fax: (907) 562-6044
                                                    E-Mail: devined@groheggers.com

I HEREBY CERTIFY that on November 27, 2006,
a copy of the foregoing was served **electronically** on:

David D. Clark, Esq.
LAW OFFICE OF DAVID CLARK
101 E. 9th Ave., Suite 12-B
Anchorage, AK  99501
Attorney for Plaintiff


  s/ David A. Devine

Law Offices of
GROH EGGERS, LLC
2600 Cordova Street, Suite 110
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044