David A. Devine (AK Bar No. 7906015)
GROH EGGERS, LLC
2600 Cordova Street - Suite 110
Anchorage, AK  99503
Phone:  (907) 562-6474
Fax:     (907) 562-6044
Email:  devined@groheggers.com
Attorneys for Defendants BBA Aviation Benefit Plan
and BBA Aviation Shared Services, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK HIVELY and GALINA HIVELY )<br>)<br>      Plaintiff, )<br>)<br>vs. )<br>)<br>BBA AVIATION BENEFIT PLAN )<br>and BBA AVIATION SHARED )<br>SERVICES, INC., )<br>)<br>      Defendants. )<br>_____ ) | Case No.  3:05-cv-0214 (TMB)<br><br>**PROPOSED<br>ORDER SETTING ORAL ARGUMENT** |

Oral argument on Defendants' motion for partial summary judgment re: statutory penalties is scheduled before the undersigned on the ___ day of _____, 200__ commencing at _____ o'clock __.M.

Dated at Anchorage, Alaska this _____ day of _____, 2006.

_____
Timothy M. Burgess
United States District Judge

I HEREBY CERTIFY that on November 27, 2006,
a copy of the foregoing was served **electronically** on:

David D. Clark, Esq.
LAW OFFICE OF DAVID CLARK

 s/ David A. Devine         .

Law Offices of
GROH EGGERS, LLC
2600 Cordova Street, Suite 110
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044