David A. Devine (AK Bar No. 7906015)
GROH EGGERS, LLC
2600 Cordova Street - Suite 110
Anchorage, AK 99503
Phone: (907) 562-6474
Fax:   (907) 562-6044
Email: devined@groheggers.com
Attorneys for Defendants BBA Aviation Benefit Plan
and BBA Aviation Shared Services, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK HIVELY and GALINA HIVELY ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BBA AVIATION BENEFIT PLAN ) <br> and BBA AVIATION SHARED ) <br> SERVICES, INC., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 3:05-cv-0214 (TMB) <br><br><br> **JOINT MOTION TO EXTEND TIME TO COMPLETE DISCOVERY** |

Plaintiffs and Defendants, by and through their respective counsel, jointly request an extension of time to complete discovery in this case. There is currently pending a motion for partial summary judgment in this case that will effect future discovery needs. Docket 26. The motion is fully briefed and oral argument has been requested. The undersigned counsel have discussed the discovery needs of this case, and the parties jointly move for an extension of time, until 90 days following resolution of the pending motion for partial summary judgment, for completion of discovery in this case.

Dated at Anchorage, Alaska this 3rd day of January, 2007.

LAW OFFICE OF DAVID CLARK

Attorney for Plaintiffs Hively

By: s/ David D. Clark  by consent
    David D. Clark (AK Bar No. 8310110)
    LAW OFFICE OF DAVID CLARK
    101 E. 9th Avenue, Suite 12-B
    Anchorage, AK 99501
    Phone:  (907) 272-7989
    Fax:     (907) 274-9829
    Email:   dclark@lawddc.com

GROH EGGERS, LLC

Attorneys for Defendants BBA

By: s/ David A. Devine
    David A. Devine (AK Bar No. 7906015)
    GROH EGGERS, LLC
    2600 Cordova Street, Suite 110
    Anchorage, AK 99503
    Phone: (907) 562-6474
    Fax: (907) 562-6044
    E-Mail: devined@groheggers.com

Law Offices of
GROH EGGERS, LLC
2600 Cordova Street, Suite 110
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044

Joint Motion to Extend Time for Discovery            *Hively v. BBA Aviation*
Page 2 of 2            Case No. 3:05-cv-0214 (TMB)