David A. Devine (AK Bar No. 7906015)
GROH EGGERS, LLC
2600 Cordova Street - Suite 110
Anchorage, AK 99503
Phone: (907) 562-6474
Fax:   (907) 562-6044
Email: devined@groheggers.com
Attorneys for Defendants BBA Aviation Benefit Plan
and BBA Aviation Shared Services, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK HIVELY and GALINA HIVELY ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BBA AVIATION BENEFIT PLAN ) <br> and BBA AVIATION SHARED ) <br> SERVICES, INC., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 3:05-cv-0214 (TMB) <br><br> **PROPOSED** <br> **ORDER EXTENDING TIME** <br> **TO COMPLETE DISCOVERY** |

Plaintiffs and Defendants having jointly requested an extension of time to complete discovery in this case,

IT IS ORDERED that said motion at Docket 45 is GRANTED and that the parties shall have until 90 days following resolution of the pending motion for partial summary judgment (Docket 26) to complete discovery in this case.

Dated at Anchorage, Alaska this \_\_\_\_ day of _____, 2007.

_____
Timothy M. Burgess
United States District Judge

Law Offices of
GROH EGGERS, LLC
2600 Cordova Street, Suite 110
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044