**LAW OFFICE OF DAVID CLARK**
**101 EAST NINTH AVE., SUITE 12-B**
**ANCHORAGE, AK  99501**
**Phone      (907) 272-7989**
**Fax          (907) 274-9829**
**Email      dclark@lawddc.com**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| JACK HIVELY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. A-05-214 CI (TMB) |
| | ) | |
| BBA AVIATION BENEFIT PLAN AND BBA AVIATION SHARED SERVICES, INC. | ) ) ) | **NON-OPPOSED MOTION TO CHANGE THE DATE FOR ORAL ARGUMENT ON DEFENDANT'S MOTION FOR SUMMARY** |
| Defendants. | ) | **JUDGMENT** |
| | ) | |

Plaintiff, Jack Hively, by and through counsel, David Clark files this non-opposed Motion to Change the day for oral argument on defendants' Motion for Summary Judgment.  The Court has scheduled June 8, 2007 at 2:00 p.m as the time set for oral argument.  This conflicts with a long-standing commitment counsel for plaintiff has.  The undersigned certifies that he has contacted counsel for defendant and he has no objection to this Motion to reschedule the time set for oral argument.

The parties suggest a telephonic scheduling conference to schedule the time set for oral argument.

    DATED this 1st day of June, 2007.

            LAW OFFICE OF DAVID D. CLARK
            Attorneys for Plaintiff

            By:__s/ David Clark_____
              David Clark
              101 E. 9th Ave., Suite 12-B
              Anchorage, AK 99501
              Phone: (907) 272-7989
              Fax: (907) 274-9829
              E-Mail dclark@lawddc.com
              AK Bar No. 8310110

I HEREBY CERTIFY that on June 1, 2007
a copy of the foregoing was served electronically on :

David A. Devine
Groh Eggers, LLC

   s/ David Clark