**LAW OFFICE OF DAVID CLARK**
**101 EAST NINTH AVE., SUITE 12-B**
**ANCHORAGE, AK  99501**
**Phone      (907) 272-7989**
**Fax           (907) 274-9829**
**Email       dclark@lawddc.com**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK HIVELY AND GALINA HIVELY ) ) ) Plaintiffs, ) ) v. ) ) BBA AVIATION BENEFIT PLAN ) AND BBA AVIATION SHARED ) SERVICES, INC. ) ) ) ) Defendants. ) ) | CASE NO. A-05-214 CI (TMB)  **PROPOSED** **ORDER RESCHEDULING** **THE TIME FOR ORAL ARGUMENT** |

Plaintiff filed a non-opposed Motion to reschedule oral argument now scheduled for scheduled for June 8, 2007 at 2:00 p.m.  The Motion is granted.

☐ A telephonic scheduling conference will be held on _____, 2007 to schedule oral argument o defendants' Motion for Summary Judgment.

☐ Oral argument on defendants' Motion for Summary Judgment will be heard on _____, 2007.

DATED this _____day of June, 2007.

FEDERAL DISTRICT COURT JUDGE

By:_____
Timothy M. Burgess

I HEREBY CERTIFY that on June 1, 2007
a copy of the foregoing was served electronically on :

David A. Devine
Groh Eggers, LLC

     s/ David Clark