David A. Devine (AK Bar No. 7906015)
GROH EGGERS, LLC
2600 Cordova Street - Suite 110
Anchorage, AK  99503
Phone:  (907) 562-6474
Fax:      (907) 562-6044
Email:  devined@groheggers.com
Attorneys for Defendants BBA Aviation Benefit Plan
and BBA Aviation Shared Services, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK HIVELY and GALINA HIVELY,<br><br>    Plaintiff,<br><br>vs.<br><br>BBA AVIATION BENEFIT PLAN and BBA AVIATION SHARED SERVICES, INC.,<br><br>    Defendants. | Case No.  3:05-cv-0214 (TMB)<br><br>**DEFENDANTS' NOTICE OF SUPPLEMENTAL EXHIBIT** |

At oral argument on June 15, 2007, the plaintiff for the first time argued that the document attached hereto as Exhibit A was a governing plan instrument that should have been given to plaintiff. This Benefits Broadcast, dated September 2004, was an email broadcast (not a governing plan instrument) sent to all employees advising them that the percentile used in calculating a prevailing charge was being raised. Mr. Hively, who was not then employed by the company, was separately given this same information by email sent to him on September 13, 2004 and actually read by him that same day. See Exhibit B hereto.

Respectfully submitted this 15th day of June, 2006.

>GROH EGGERS, LLC
>
>Attorneys for Defendants BBA
>
>By: s/ David A. Devine
>David A. Devine (AK Bar No. 7906015)
>GROH EGGERS, LLC
>2600 Cordova Street, Suite 110
>Anchorage, AK 99503
>Phone: (907) 562-6474
>Fax: (907) 562-6044
>E-Mail: devined@groheggers.com

I HEREBY CERTIFY that on June 15, 2006,
a copy of the foregoing was served **electronically** on:

David D. Clark, Esq.
LAW OFFICE OF DAVID CLARK
101 E. 9th Ave., Suite 12-B
Anchorage, AK  99501
Attorney for Plaintiff

  s/ David A. Devine

Law Offices of
GROH EGGERS, LLC
2600 Cordova Street, Suite 110
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044

Page 2 of 2

*Hively v. BBA Aviation*
Case No. 3:05-cv-0214 (TMB)