# BENEFITS BROADCAST

September 2004

The following is an explanation of the revision to the Anchorage Indemnity Plan in regards to Percentile and Reasonable & Customary (R&C) Rates for claims.

## Anchorage Indemnity Plan
The Anchorage Indemnity Plan design states that in general after the deductible has been met, 80% of the Reasonable & Customary portion of a claim will be paid by the employer (insurance) and 20% by the employee.

## Definitions:
*Reasonable & Customary Rates (R&C)* - an amount measured and determined by comparing the actual charge for the service (or supply) with the prevailing charges made for it. Factors such as complexity of the service, range of services provided and prevailing charge level in the geographic area determine the structure.

*Percentile* – a range of submitted provider charges for insurance companies to process insurance claims: as the percentile increases more and more of the provider submitted charges are considered as Reasonable & Customary (R&C) charges.

## Application/Example:
When the Reasonable & Customary (R&C) rule is applied to each claim, the Plan could pay less than the stated 80% benefit. Therefore the percentile attached to the Reasonable and Customary rule has been increased on the Anchorage Plan to reduce the amount that the plan would not cover.

### Previous Percentile Claim
$115.00 provider billable rate
$ 85.00 R&C Rate (low percentile)
$ 68.00 Plan pays 80%
$ 47.00 Employee pays this amount (20%) after deductible if the provider balance bills from the $115.00
$ 17.00 Employee pays this amount (20%) after deductible if the provider bills from the R&C amount of $85.00

### New Percentile Claim
$115.00 provider billable rate
$109.25 R&C Rate (low percentile)
$ 87.40 Plan pays 80%
$ 27.60 Employee pays this amount (20%) after deductible if the provider balance bills from the $115.00
$ 21.85 Employee pays this amount (20%) after deductible if the provider bills from the R&C amount of $109.25

Based on the example above you can see that applying the higher percentile to the R&C Rate increased the portion of the claim that is paid by the employer at 80% and therefore reduces the 20% which is paid by the employee. Please remember some providers will bill at the provider billable rate and some will be at the R&C Rate. This will depend on each provider.

If you have further questions regarding the above information, please contact your local Human Resource Representative.

BBA 00371

EXHIBIT A
PAGE 1 of 1