**Wallace, Janie (BBASSI-CHQ)**

**From:** Wallace, Janie (BBASSI-CHQ)
**Sent:** Monday, September 13, 2004 5:34 PM
**To:** Hively, Jack (ASIG-ANC)
**Subject:** Adjustment

Jack - on behalf of the Welfare Committee, I am letting you know, the Welfare Committee has recognized to increase the Reasonable and Customary Rate Percentile from 80th percentile to 95th percentile. The change is effective as of August 1, 2004. A 95th percentile will allow a broader range of R&C provider charges to be considered for payment. At this time, a discussion is being held as to whether or not this change could or should be retroactive. Once this has been resolved, I will let you know.
take care,
jw

Janie L. Wallace
Director, Benefits Administration
BBA Aviation Shared Services, Inc.
201 South Orange Avenue
Suite 1400
Orlando, Florida 32801
office: 407.648.7279
facsimile: 407.206.5357
e-mail: janie.wallace@bbassi.com

**Wallace, Janie (BBASSI-CHQ)**

| | |
|---|---|
| From: | Hively, Jack (ASIG-ANC) |
| To: | Wallace, Janie (BBASSI-CHQ) |
| Sent: | Monday, September 13, 2004 5:37 PM |
| Subject: | Read: Adjustment |

Your message

| | |
|---|---|
| To: | Hively, Jack (ASIG-ANC) |
| Subject: | Adjustment |
| Sent: | 9/13/2004 5:34 PM |

was read on 9/13/2004 5:37 PM.


EXHIBIT B
PAGE 2 of 2

BBA 00370