**LAW OFFICE OF DAVID CLARK**
**101 EAST NINTH AVE., SUITE 12-B**
**ANCHORAGE, AK  99501**
**Phone      (907) 272-7989**
**Fax          (907) 274-9829**
**Email      dclark@lawddc.com**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK HIVELY AND GALINA HIVELY ) ) ) Plaintiffs, ) ) v. ) ) BBA AVIATION BENEFIT PLAN ) AND BBA AVIATION SHARED ) SERVICES, INC. ) ) ) Defendants. ) ) | CASE NO. A-05-214 CI (TMB) **PROPOSED** **ORDER STRIKING DEFENDANTS** **SUPPLEMENTAL EXHIBIT** |

Defendant filed a "Notice of Supplemental Exhibit".  Plaintiff moved to strike the pleading asserting that the pleading was in reality an extension of the summary judgment arguments which had just taken place.  Alternatively plaintiffs requested that the pleading they filed be considered a responsive pleading to the defendants' "Notice of Supplemental Pleading"

☐ Defendants' Notice of Supplemental Pleading is stricken

☐ Plaintiffs pleading filed in response is considered a responsive pleading to

Order
Hively v. BBB Health Trust
Case No. A-05-214 CI (JKS)
Page 1 of 2

defendants' Notice of Supplemental Pleading.

DATED this _____ day of June, 2007.

FEDERAL DISTRICT COURT JUDGE

By:_____
Timothy M. Burgess

I HEREBY CERTIFY that on June 18, 2007
a copy of the foregoing was served electronically on :

David A. Devine
Groh Eggers, LLC

_____ s/ David Clark

Order
Hively v. BBB Health Trust
Case No. A-05-214 CI (JKS)
Page 2 of 2