David A. Devine (AK Bar No. 7906015)
GROH EGGERS, LLC
2600 Cordova Street - Suite 110
Anchorage, AK  99503
Phone:  (907) 562-6474
Fax:      (907) 562-6044
Email:  devined@groheggers.com
Attorneys for Defendants BBA Aviation Benefit Plan
and BBA Aviation Shared Services, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK HIVELY and GALINA HIVELY )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BBA AVIATION BENEFIT PLAN )<br>and BBA AVIATION SHARED )<br>SERVICES, INC., )<br>)<br>Defendants. )<br>_____ ) | Case No.  3:05-cv-0214 (TMB)<br><br><br>**BBA's RESPONSE TO**<br>**PLAINTIFFS' MOTION TO STRIKE** |

Apparently, BBA misunderstood plaintiffs' reason for referring at oral argument to the September 2004 Benefits Broadcast.  BBA thought plaintiffs were trying to argue that the Benefits Broadcast was a governing plan instrument which was requested by plaintiffs but not provided by BBA.  BBA thought plaintiffs were arguing that a statutory penalty could be assessed against BBA for allegedly not providing this information to plaintiffs.

However, in their motion to strike at Docket 52, plaintiffs clearly admit that the information contained in the Benefits Broadcast was, in fact, received by them "sometime around September 2004" when the Broadcast was written and that "the Hivelys freely

admitted received [sic] Exhibit A." Plaintiffs' Motion to Strike at 1. (Docket 52). Since plaintiffs admit that they timely received this material,[1] BBA's notice of supplemental exhibit showing that the information was, in fact, timely provided to plaintiffs is superfluous. Therefore, BBA agrees that its supplemental exhibit is now unnecessary and may be stricken.

      Respectfully submitted this 18th day of June, 2007.

      GROH EGGERS, LLC

      Attorneys for Defendants BBA

      By: s/ David A. Devine
         David A. Devine (AK Bar No. 7906015)
         GROH EGGERS, LLC
         2600 Cordova Street, Suite 110
         Anchorage, AK 99503
         Phone: (907) 562-6474
         Fax: (907) 562-6044
         E-Mail: devined@groheggers.com

Law Offices of
GROH EGGERS, LLC
2600 Cordova Street, Suite 110
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044

I HEREBY CERTIFY that on June 18, 2007,
a copy of the foregoing was served **electronically** on:

David D. Clark, Esq.
LAW OFFICE OF DAVID CLARK
101 E. 9th Ave., Suite 12-B
Anchorage, AK  99501
Attorney for Plaintiff

  s/ David A. Devine

---

[1] Pursuant to 29 U.S.C. § 1132(c), a plan administrator has 30 days to comply with a beneficiary's request for certain information.