```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

  JACK HIVELY, et al          vs.  B.B.A. AVIATION BENEFIT
                                       PLAN, et al

BEFORE THE HONORABLE TIMOTHY M. BURGESS CASE NO 3:05-cv-00214-TMB

DEPUTY CLERK/RECORDER:    LINDA CHRISTENSEN

APPEARANCES:    PLAINTIFF: DAVID D. CLARK

                DEFENDANT: DAVID A. DEVINE

PROCEEDINGS: ORAL ARGUMENT ON MOTION FOR PARTIAL SUMMARY
             JUDGMENT RE STATUTORY PENALTY CLAIM (DKT 26)
             Held 6/15/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 11:02 a.m. court convened.

Arguments heard.

Motion at docket 26 **TAKEN UNDER ADVISEMENT**.

Court will issue written decision.

At 11:42 a.m. court adjourned.

DATE:   JUNE 15, 2007      DEPUTY CLERK'S INITIALS:      lc