David A. Devine (AK Bar No. 7906015)
GROH EGGERS, LLC
2600 Cordova Street - Suite 110
Anchorage, AK  99503
Phone:  (907) 562-6474
Fax:     (907) 562-6044
Email:  devined@groheggers.com
Attorneys for Defendants BBA Aviation Benefit Plan
and BBA Aviation Shared Services, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK HIVELY and GALINA HIVELY )<br>)<br>    Plaintiff,    )<br>)<br>  vs.    )<br>)<br>BBA AVIATION BENEFIT PLAN    )<br>and BBA AVIATION SHARED    )<br>SERVICES, INC.,    )<br>)<br>    Defendants.    )<br>_____) | Case No.  3:05-cv-0214 (TMB)<br><br><br><br>**DEFENDANTS' MOTION TO EXTEND TIME TO COMPLETE DISCOVERY** |

On January 23, 2007, Plaintiffs and Defendants jointly requested an extension of time to complete discovery in this case because there was a pending motion for partial summary judgment in this case that they believed would affect the discovery needs of this case.  On 2007, this Court granted that motion and extended discovery in this case until ninety (90) days after the resolution of the motion for partial summary judgment.  Docket 61.  On June 27, 2007, the Court issued its ruling granting Defendants' motion for partial summary judgment.  Docket 71.  The effect of this Order was to extend discovery in this case until September 25, 2007.

Law Offices of
GROH EGGERS, LLC
2600 Cordova Street, Suite 110
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044

Defendants now request an additional 4-month extension of time to complete discovery, *i.e.* until January 25, 2008. This extension is necessary because counsel for defendants was unable to engage in depositions and other discovery during most of the time between June 27, 2007 and September 24, 2007. In early July 2007, counsel's father was diagnosed with colon cancer that had metastizised to his gall bladder, liver, and lymph nodes. Counsel's father died from that cancer September 14, 2007. Defendants' counsel spent most of the time between diagnosis and death in Colorado helping to care for his father, including hospice care, and also providing assistance and care to his 86-year old mother. A remembrance and celebration of life is scheduled in Estes Park, Colorado for October 13, 2007. Finally, the undersigned and his brother are currently involved in placing their mother in an assisted living facility since she is unable to live on her own at this time.

The undersigned does not know whether or not plaintiff will oppose this request for an extension of time. The undersigned has left many telephone/voice mail messages for plaintiff's counsel explaining the circumstances and asking if a request for extension would be opposed. In addition, the undersigned sent plaintiff's counsel three email messages also explaining the circumstances and asking for an extension of time. See Ex. A hereto. Electronic information reflects that these email messages were delivered to plaintiff's counsel. *Id.* Despite these repeated messages, counsel for plaintiff has never responded with a phone call or email message.

For the reasons set forth above, Defendants request a 4-month extension of time

Defendants' Motion to Extend Time for Discovery *Hively v. BBA Aviation*
Page 2 of 3 Case No. 3:05-cv-0214 (TMB)

until January 25, 2008 to complete discovery in this case.

    Dated at Anchorage, Alaska this 25th day of September, 2007.

    GROH EGGERS, LLC

    Attorneys for Defendants BBA

    By: s/ David A. Devine
    David A. Devine (AK Bar No. 7906015)
    GROH EGGERS, LLC
    2600 Cordova Street, Suite 110
    Anchorage, AK 99503
    Phone: (907) 562-6474
    Fax: (907) 562-6044
    E-Mail: devined@groheggers.com

I HEREBY CERTIFY that on September 25, 2007,
a copy of the foregoing was served **electronically** on:

David D. Clark, Esq.
LAW OFFICE OF DAVID CLARK
101 E. 9th Ave., Suite 12-B
Anchorage, AK  99501
Attorney for Plaintiff

  s/ David A. Devine

Law Offices of
GROH EGGERS, LLC
2600 Cordova Street, Suite 110
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044