## Dave Devine

| | |
|---|---|
| **From:** | Dave Devine |
| **Sent:** | Wednesday, August 15, 2007 2:20 PM |
| **To:** | Clark, David (dclark@lawddc.com) |
| **Subject:** | Hively v BBA - Settlement and/or Extension of Discovery |
| **Importance:** | High |

David:

Now that the court has ruled on the motion for partial summary judgment, I am hopeful that we can settle this case. I faxed you a settlement offer today, but afterwards I learned from your office that you are out of town this week.

If we cannot settle, then I would like to get an additional extension of time to complete discovery. Normally I would ask for an additional 90 days, but that would put the close of discovery on Christmas day and doing discovery around the holidays is always difficult. So how about 121 days to January 25, 2008? I need the extension of time because my father is dying of complications from cancer surgery and I spent the last 4 weeks in Colorado visiting him at the hospital and taking care of my mother. My brother is there right now giving me a break, but I will returning to Colorado next week, which is when his doctors think he will likely die. As a result, I haven't been in a position to do anything in the way of completing discovery since the court issued its ruling. Please let me know as soon as you can whether you will oppose a motion for the additional time. I will in Anchorage for the rest of the week and after that I will be checking my email every day. I will also set up my office telephone to forward any calls to my cell phone.

Thanks.

*Dave*

David A. Devine
GROH EGGERS, LLC
2600 Cordova Street, Suite 110
Anchorage, AK 99503
Telephone: (907) 562-6474
Fax: (907) 562-6044

The information contained in this email message and any attachments is confidential information intended only for the use of the individual or entity named above and may be protected by attorney-client privilege or as attorney work product. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this message in error and that any review, retention, dissemination, distribution, or copying of this communication, or any attachment, is STRICTLY PROHIBITED. If you are not the intended recipient of this communication, your receipt shall not be deemed a waiver of the attorney-client or work product privileges, and you are requested to immediately notify us by reply email and then delete or destroy the original message, including attachments, and all copies. Thank you.

*********************************************************************

EXHIBIT ___A___
PAGE ___1___ of ___7___

9/25/2007

## Dave Devine

| | |
|---|---|
| **From:** | System Administrator |
| **To:** | dclark@lawddc.com |
| **Sent:** | Wednesday, August 15, 2007 2:15 PM |
| **Subject:** | Delivered: Delivery Notification: Delivery has been successful |

Your message

| | |
|---|---|
| To: | dclark@lawddc.com |
| Subject: | Hively v BBA - Settlement and/or Extension of Discovery |
| Sent: | 8/15/2007 2:13 PM |

was delivered to the following recipient(s):

dclark@lawddc.com on 8/15/2007 2:17 PM

EXHIBIT _A_

PAGE _2_ of _7_

1

## Dave Devine

| | |
|---|---|
| **From:** | Dave Devine |
| **Sent:** | Thursday, September 06, 2007 2:28 PM |
| **To:** | Clark, David (dclark@lawddc.com) |
| **Subject:** | FW: Hively v BBA - Settlement and/or Extension of Discovery |
| **Importance:** | High |

David:

Do you have any response for me yet?  I will likely be in town this week and next week, but then have to go to Colorado again.

*Dave*

David A. Devine
GROH EGGERS, LLC
2600 Cordova Street, Suite 110
Anchorage, AK 99503
Telephone: (907) 562-6474
Fax: (907) 562-6044

*********************************************************************

**From:** Dave Devine
**Sent:** Wednesday, August 15, 2007 2:20 PM
**To:** Clark, David (dclark@lawddc.com)
**Subject:** Hively v BBA - Settlement and/or Extension of Discovery
**Importance:** High

David:

Now that the court has ruled on the motion for partial summary judgment, I am hopeful that we can settle this case.  I faxed you a settlement offer today, but afterwards I learned from your office that you are out of town this week.

If we cannot settle, then I would like to get an additional extension of time to complete discovery.  Normally I would ask for an additional 90 days, but that would put the close of discovery on Christmas day and doing discovery around the holidays is always difficult.  So how about 121 days to January 25, 2008?  I need the extension of time because my father is dying of complications from cancer surgery and I spent the last 4 weeks in Colorado visiting him at the hospital and taking care of my mother.  My brother is there right now giving me a break, but I will returning to Colorado next week, which is when his doctors think he will likely die.  As a result, I haven't been in a position to do anything in the way of completing discovery since the court issued its ruling.  Please let me know as soon as you can whether you will oppose a motion for the additional time.  I will in Anchorage for the rest of the week and after that I will be checking my email every day.  I will also set up my office telephone to forward any calls to my cell phone.

Thanks.

EXHIBIT *A*
PAGE *3* of *7*

*Dave*

David A. Devine
GROH EGGERS, LLC
2600 Cordova Street, Suite 110
Anchorage, AK 99503
Telephone: (907) 562-6474
Fax: (907) 562-6044

The information contained in this email message and any attachments is confidential information intended only for the use of the individual or entity named above and may be protected by attorney-client privilege or as attorney work product. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this message in error and that any review, retention, dissemination, distribution, or copying of this communication, or any attachment, is STRICTLY PROHIBITED. If you are not the intended recipient of this communication, your receipt shall not be deemed a waiver of the attorney-client or work product privileges, and you are requested to immediately notify us by reply email and then delete or destroy the original message, including attachments, and all copies. Thank you.

***********************************************************************

EXHIBIT *A*
PAGE *4* OF *7*

## Dave Devine

| | |
|---|---|
| **From:** | dclark@lawddc.com |
| **Sent:** | Thursday, September 06, 2007 3:11 PM |
| **To:** | Dave Devine |
| **Subject:** | Read: Hively v BBA - Settlement and/or Extension of Discovery |
| **Importance:** | High |

Your message

  To: dclark@lawddc.com
  Subject: FW: Hively v BBA - Settlement and/or Extension of Discovery
  Sent: 9/6/2007 2:20 PM

was read on 9/6/2007 3:10 PM.

EXHIBIT _A_
PAGE _5_ of _7_

9/25/2007

## Dave Devine

| | |
|---|---|
| **From:** | Dave Devine |
| **Sent:** | Thursday, September 13, 2007 2:32 PM |
| **To:** | Clark, David (dclark@lawddc.com) |
| **Subject:** | FW: Hively v BBA - Settlement and/or Extension of Discovery |
| **Importance:** | High |

David:

I've been leaving telephone messages for you, but haven't got a return call yet.  I would like to talk to you today or tomorrow if at all possible, since I have to fly to Colorado again Friday night and will be out of the office all next week.  Thanks.

*Dave*

David A. Devine
GROH EGGERS, LLC
2600 Cordova Street, Suite 110
Anchorage, AK 99503
Telephone: (907) 562-6474
Fax: (907) 562-6044

**From:** Dave Devine
**Sent:** Thursday, September 06, 2007 2:28 PM
**To:** Clark, David (dclark@lawddc.com)
**Subject:** FW: Hively v BBA - Settlement and/or Extension of Discovery
**Importance:** High

David:

Do you have any response for me yet?  I will likely be in town this week and next week, but then have to go to Colorado again.

*Dave*

David A. Devine
GROH EGGERS, LLC
2600 Cordova Street, Suite 110
Anchorage, AK 99503
Telephone: (907) 562-6474
Fax: (907) 562-6044

*********************************************************************

**From:** Dave Devine
**Sent:** Wednesday, August 15, 2007 2:20 PM
**To:** Clark, David (dclark@lawddc.com)
**Subject:** Hively v BBA - Settlement and/or Extension of Discovery
**Importance:** High

David:

EXHIBIT *A*

PAGE *6* of *7*

9/25/2007

Now that the court has ruled on the motion for partial summary judgment, I am hopeful that we can settle this case. I faxed you a settlement offer today, but afterwards I learned from your office that you are out of town this week.

If we cannot settle, then I would like to get an additional extension of time to complete discovery. Normally I would ask for an additional 90 days, but that would put the close of discovery on Christmas day and doing discovery around the holidays is always difficult. So how about 121 days to January 25, 2008? I need the extension of time because my father is dying of complications from cancer surgery and I spent the last 4 weeks in Colorado visiting him at the hospital and taking care of my mother. My brother is there right now giving me a break, but I will returning to Colorado next week, which is when his doctors think he will likely die. As a result, I haven't been in a position to do anything in the way of completing discovery since the court issued its ruling. Please let me know as soon as you can whether you will oppose a motion for the additional time. I will in Anchorage for the rest of the week and after that I will be checking my email every day. I will also set up my office telephone to forward any calls to my cell phone.

Thanks.

*Dave*

David A. Devine
GROH EGGERS, LLC
2600 Cordova Street, Suite 110
Anchorage, AK 99503
Telephone: (907) 562-6474
Fax: (907) 562-6044

The information contained in this email message and any attachments is confidential information intended only for the use of the individual or entity named above and may be protected by attorney-client privilege or as attorney work product. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this message in error and that any review, retention, dissemination, distribution, or copying of this communication, or any attachment, is STRICTLY PROHIBITED. If you are not the intended recipient of this communication, your receipt shall not be deemed a waiver of the attorney-client or work product privileges, and you are requested to immediately notify us by reply email and then delete or destroy the original message, including attachments, and all copies. Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

EXHIBIT _A_
PAGE _7_ of _7_