David A. Devine (AK Bar No. 7906015)
GROH EGGERS, LLC
2600 Cordova Street - Suite 110
Anchorage, AK  99503
Phone:  (907) 562-6474
Fax:     (907) 562-6044
Email:  devined@groheggers.com
Attorneys for Defendants BBA Aviation Benefit Plan
and BBA Aviation Shared Services, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK HIVELY and GALINA HIVELY ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BBA AVIATION BENEFIT PLAN ) <br> and BBA AVIATION SHARED ) <br> SERVICES, INC., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No.  3:05-cv-0214 (TMB) <br><br><br> **PROPOSED** <br> **ORDER EXTENDING TIME** <br> **TO COMPLETE DISCOVERY** |

Defendants having requested a 4-month extension of time to complete discovery in this case, and good cause appearing therefor,

IT IS ORDERED that said motion is GRANTED and that the parties shall have until **January 25, 2008** to complete discovery in this case.

Dated at Anchorage, Alaska this \_\_\_\_ day of _____, 2007.

Timothy M. Burgess
United States District Judge