**LAW OFFICE OF DAVID CLARK**
**101 EAST NINTH AVE., SUITE 12-B**
**ANCHORAGE, AK  99501**
**Phone      (907) 272-7989**
**Fax          (907) 274-9829**
**Email       dclark@lawddc.com**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK HIVELY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. A-05-214 CI (JKS) |
| ) | |
| BBA AVIATION BENEFIT PLAN ) | |
| AND BBA AVIATION SHARED ) | |
| SERVICES, INC. ) | **NON OPPOSED MOTION TO** |
| ) | **EXTEND TIME TO FILE EXPERT** |
| ) | **WITNESS DISCLOSURES** |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff, Jack Hively, by and through counsel, David Clark files this non-opposition to defendant's motion to extend the time to complete discovery until January 25, 2008.

DATED this 9th day of October, 2007.

    LAW OFFICE OF DAVID D. CLARK
    Attorneys for Plaintiff

    By:__s/ David Clark_____
        David Clark
        101 E. 9th Ave., Suite 12-B
        Anchorage, AK 99501
        Phone:       (907) 272-7989
        Fax:           (907) 274-9829
        E-Mail       dclark@lawddc.com
        AK Bar No. 8310110

I HEREBY CERTIFY that on October 9, 2007
a copy of the foregoing was served electronically on :

David A. Devine
Groh Eggers, LLC

     s/ David Clark