IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK HIVELY and GALINA HIVELY ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BBA AVIATION BENEFIT PLAN ) <br> and BBA AVIATION SHARED ) <br> SERVICES, INC., ) <br> ) <br> Defendants. ) <br> _____) | Case No. 3:05-cv-0214 TMB <br><br> **ORDER EXTENDING TIME <br> TO COMPLETE DISCOVERY** |

Defendants having requested a 4-month extension of time to complete discovery in this case, and good cause appearing therefore,

IT IS ORDERED that said motion is GRANTED and that the parties shall have until **January 25, 2008** to complete discovery in this case.

Dated at Anchorage, Alaska this 15th day of October, 2007.

/s/ Timothy M. Burgess
Timothy M. Burgess
United States District Judge