David A. Devine (AK Bar No. 7906015)
GROH EGGERS, LLC
2600 Cordova Street - Suite 110
Anchorage, AK 99503
Phone: (907) 562-6474
Fax:    (907) 562-6044
Email: devined@groheggers.com
Attorneys for Defendants BBA Aviation Benefit Plan
and BBA Aviation Shared Services, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK HIVELY and GALINA HIVELY )<br>)<br>    Plaintiff, )<br>)<br>    vs. )<br>)<br>BBA AVIATION BENEFIT PLAN )<br>and BBA AVIATION SHARED )<br>SERVICES, INC., )<br>)<br>    Defendants. )<br>_____) | Case No. 3:05-cv-0214 (TMB)<br><br>**JOINT MOTION TO EXTEND TIME TO COMPLETE DISCOVERY** |

Plaintiffs and Defendants, by and through their respective counsel, jointly request a one-month extension of time to complete discovery in this case. Currently, discovery in this case is scheduled to close January 25, 2008. At this time, the parties are actively engaged in settlement negotiations which may eliminate the need for a trial and additional discovery, and the parties would like to put the next couple of weeks into settlement efforts rather than incur the time and expense of completing discovery.

Therefore, the parties jointly move for an extension of time, until **February 25, 2008**, for completion of discovery in this case.

Law Offices of
GROH EGGERS, LLC
2600 Cordova Street, Suite 110
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044

Dated at Anchorage, Alaska this 11th day of January, 2008.

LAW OFFICE OF DAVID CLARK

Attorney for Plaintiffs Hively

By: s/ David D. Clark  by consent
    David D. Clark (AK Bar No. 8310110)
    LAW OFFICE OF DAVID CLARK
    101 E. 9th Avenue, Suite 12-B
    Anchorage, AK 99501
    Phone:  (907) 272-7989
    Fax:     (907) 274-9829
    Email:   dclark@lawddc.com

GROH EGGERS, LLC

Attorneys for Defendants BBA

By: s/ David A. Devine
    David A. Devine (AK Bar No. 7906015)
    GROH EGGERS, LLC
    2600 Cordova Street, Suite 110
    Anchorage, AK 99503
    Phone: (907) 562-6474
    Fax: (907) 562-6044
    E-Mail: devined@groheggers.com

Law Offices of
GROH EGGERS, LLC
2600 Cordova Street, Suite 110
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044

Joint Motion to Extend Time for Discovery      *Hively v. BBA Aviation*
Page 2 of 2      Case No. 3:05-cv-0214 (TMB)