David D. Clark (AK Bar No. 8310110)
LAW OFFICE OF DAVID CLARK
101 E. 9th Avenue, Suite 12-B
Anchorage, AK 99501
Phone:  (907) 272-7989
Fax:     (907) 274-9829
Email:  dclark@lawddc.com
Attorney for Plaintiffs Jack and Galina Hively

David A. Devine (AK Bar No. 7906015)
GROH EGGERS, LLC
2600 Cordova Street - Suite 110
Anchorage, AK  99503
Phone: (907) 562-6474
Fax:     (907) 562-6044
Email:  devined@groheggers.com
Attorneys for Defendants BBA Aviation Benefit Plan
and BBA Aviation Shared Services, Inc

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK HIVELY and GALINA HIVELY )<br>)<br>       Plaintiff,                              )<br>)<br>    vs.                                            )<br>)<br>BBA AVIATION BENEFIT PLAN    )<br>and BBA AVIATION SHARED       )<br>SERVICES, INC.,                          )<br>)<br>       Defendants.                         )<br>_____) | Case No.  3:05-cv-0214 (TMB)<br><br><br>**STIPULATION TO<br>SUPPLEMENT RECORD** |

COME NOW the Plaintiffs and the Defendants, by and through their respective attorneys, and hereby agree to supplement the record in this case, as well as any appeal from the Court's Order at Docket 56, dated June 28, 2007, granting Defendants' motion for partial summary judgment, with a copy of the complete BBA Aviation Benefit Plan.

Because a PDF copy of the complete plan exceeds 2.0 mg, the parties are filing two stipulations – this one with the cover page and pages 1 through 30 of the BBA Plan, and a subsequent stipulation with pages 31 through 61 of the BBA Plan.

LAW OFFICE OF DAVID CLARK

Attorney for Plaintiffs Jack and Galina Hively

By: s/ David D. Clark
    David D. Clark (AK Bar No. 8310110)
    LAW OFFICE OF DAVID CLARK
    101 E. 9th Avenue, Suite 12-B
    Anchorage, AK 99501
    Phone:  (907) 272-7989
    Fax:     (907) 274-9829
    Email:  dclark@lawddc.com

GROH EGGERS, LLC

Attorneys for Defendants
BBA Aviation Benefit Plan and
BBA Aviation Shared Services, Inc.

By: s/ David A. Devine
    David A. Devine (AK Bar No. 7906015)
    GROH EGGERS, LLC
    2600 Cordova Street, Suite 110
    Anchorage, AK 99503
    Phone: (907) 562-6474
    Fax: (907) 562-6044
    E-Mail: devined@groheggers.com