

# BBA Aviation Benefit Plan
# United HealthCare Options

### Indemnity Plan

## Medical Plan

**ANCHORAGE NON-UNION   013**

BBA 00373

# Table of Contents

Health Benefits Plan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Schedule of Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
   Effective Date of this Plan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
   Medical Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
   Mental Health Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
   Employee Assistance Program . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
   Pregnancy Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
   Preventive Health Care Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
   Prescription Drug Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
   Coverage under the Former Plan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Eligibility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
   Eligible Employees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
   Eligible Dependents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
   Cost of Coverage . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
   Enrollment Requirements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
   Enrollment Periods . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
   Effective Date of Employee Coverage . . . . . . . . . . . . . . . . . . . . . . . . . . 7
   Effective Date of Dependent Coverage . . . . . . . . . . . . . . . . . . . . . . . . . 8
   Qualified Medical Child Support Order . . . . . . . . . . . . . . . . . . . . . . . . 8
   Special Provision for Newborn Children . . . . . . . . . . . . . . . . . . . . . . . . 9

Care Coordination . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
   Mental Disorder Treatment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

Network Providers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

Medical Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
   Copayments and Deductibles . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
   Out-of-Pocket Feature . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
   Maximum Benefit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
   Covered Services and Supplies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

Mental Health Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
   Additional Covered Services and Supplies . . . . . . . . . . . . . . . . . . . . . . . 24

Pregnancy Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24
   Additional Covered Services and Supplies . . . . . . . . . . . . . . . . . . . . . . . 25

Family Planning Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
   Covered Services and Supplies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

Preventive Health Care Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
   Covered Services and Supplies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

Prescription Drug Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   Copayments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27
   Network Pharmacy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27
   Non-Network Pharmacy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27
   Mail Service Network Pharmacy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27
   Supply Limits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28
   Glossary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28
   Not Covered . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28

General Exclusions and Limitations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30

BBA 00374

**Claims Information** ................................................................ **33**
   How to File a Claim ............................................................ 33
   When Claims Must be Filed ................................................... 34
   How and When Claims Are Paid ............................................... 34
   Legal Actions .................................................................. 35
   Review Procedure for Denied Claims ........................................... 35

**Coordination of Benefits** .......................................................... **35**
   Definitions ..................................................................... 35
   How Coordination Works ...................................................... 36
   .Which Plan Pays First ......................................................... 36
   Right to Exchange Information ................................................. 38
   Facility of Payment ............................................................ 38
   Right of Recovery ............................................................. 38

**Recovery Provisions** .............................................................. **38**
   Refund of Overpayments ...................................................... 38
   Reimbursement of Benefits Paid ............................................... 38
   Subrogation .................................................................... 39

**Effect of Medicare and Government Plans** .......................................... **39**
   Medicare ...................................................................... 39
   Government Plans (other than Medicare and Medicaid) ......................... 41

**Termination of Coverage** ......................................................... **41**
   Employee Coverage ........................................................... 41
   Dependent Coverage .......................................................... 42

**Glossary** ........................................................................ **42**

**Continuation of Health Coverage (COBRA)** ......................................... **53**

**Continuation of Health Coverage During Family and Medical Leave (FMLA)** ........... **56**

**Summary Plan Description** ......................................................... **58**

BBA 00375

# Health Benefits Plan

## Notice to Employees

This booklet describes Employer-sponsored health benefits under the BBA Aviation Benefit Plan (called "the Plan") as of October 1, 2001.

All benefits becoming due under the Plan are funded by BBA Aviation Benefit Plan.

BBA Aviation Benefit Plan has entered into an arrangement with United HealthCare Insurance Company (called "the Company") which provides for the Company to process benefit claims and provide certain other services under the Plan.

United HealthCare Insurance Company does not insure the benefits described in this booklet.

## Participating Employers

Dallas Airmotive, Inc.

BBA U.S. Holdings, Inc.

Signature Flight Support Corporation

Precision Avionics, Inc.

International Turbine Service, Inc.

W.H. Barrett Turbine Engine Company

Tyler International School of Aviation

BBA Aviation Shared Services, Inc.

BBA 00376

# Schedule of Benefits

**Effective Date of this Plan**    October 1, 2001

**Medical Benefits**

| Maximum Benefits | |
|---|---|
| Lifetime Maximum Benefit | $5,000,000 |
| **Cash Deductibles and Out-of-Pocket Maximums** | |
| Individual Deductible | Not Applicable |
| Family Deductible | Not Applicable |
| Non-Notification Deductible (Applicable only if Care Coordination is not notified as required. It does not apply toward the Out-of-Pocket Feature.) | $250 |
| Individual Out-of-Pocket Maximum | $1,250 |
| Family Out-of-Pocket Maximum | $2,500 |
| **Copayment** | |
| Emergency Room Copayment | $50 |
| **Vision (glass & contact maximums may not be combined)** | |
| Eye Exams | Plan pays 100% up to a $50 maximum benefit. |
| **Glasses with frames (pair)** | |
| Single | $100 |
| Bifocal | $125 |
| Trifocal | $150 |
| Lenticular | $160 |
| Contacts (includes disposables) | $150 |
| **Percentage of All Other Covered Medical Expenses Payable** | 80% |
| **Percentage of Covered Expenses Payable After Out-of-Pocket Maximum is Reached** | 100% |

Benefits for Organ/Tissue Transplants performed at a Designated Transplant Facility are payable at 100% of Covered Expenses.

BBA 00377

## Mental Health Benefits

| Maximum Benefits each Calendar Year | |
| --- | --- |
| Inpatient | 30 days |
| Outpatient | 30 visits |
| Substance Abuse Benefits each Calendar Year are separate visit maximums from Mental Health visit limits. | |

Mental Health Benefits are subject to the same Percentages as **Medical Benefits**. There is no Out-of-Pocket Maximum applicable to **Mental Health Benefits**.

## Employee Assistance Program

Access to an Employee Assistance Program (EAP) is provided through an agreement between Plan Sponsor and United Behavorial Health. This program is separate and apart from the coverage available for eligible health care expenses under the terms of the BBA Aviation health benefit plan.

You may call 1-800-622-7276 and speak with an EAP Specialist about concerns such as stress, financial troubles, or child and elder care. The EAP Specialist can coordinate appropriate care. You receive up to eight visits with a professional coordinated through the EAP Specialist; any subsequent visits will be subject to the terms and conditions of your medical coverage.

## Pregnancy Benefits

Pregnancy Benefits are payable in the same manner as **Medical Benefits**.

## Preventive Health Care Benefits

Preventive Health Care Benefits are payable in the same manner as **Medical Benefits**.

## Prescription Drug Benefits

Prescription Drug Benefits are payable as described in the section **Prescription Drug Benefits**.

## Coverage under the Former Plan

This section applies only to persons covered under this Employer's prior group plan (called the Former Plan) in effect on the day before the Effective Date of this Plan. The coverage described in this booklet replaces the coverage under the Former Plan.

Coverage and benefits paid under the Former Plan will be considered as coverage and benefits paid under this Plan for figuring the following under any benefits of this Plan:

- Benefit limits and maximum amounts. Any Covered Expenses applied toward the benefit limits or maximum amounts under the Former Plan are applied to those same benefit limits or maximum amounts under this Plan.

- Coinsurance percentage.

BBA 00378

5

A person may have satisfied or partially satisfied an out-of-pocket maximum or a deductible requirement under the Former Plan. Expenses counted toward either of them under the Former Plan will be counted toward them under this Plan. They will be counted under this Plan the same way they were counted under the Former Plan.

Certain children will be included as Eligible Dependents under this Plan regardless of age. The child must have been covered under the Former Plan. The child must meet the following conditions:

- The child is mentally or physically incapacitated.
- The child is not capable of self-support.
- The child depends mainly on the Employee for support.

The Employee must give the Company proof that the child meets these conditions when requested.

# Eligibility

## Eligible Employees

All Employees of the Employer enrolled in the United HealthCare Indemnity Plan.

Employees must reside in the United States.

## Eligible Dependents

Dependents are:

- A wife or husband of an eligible Employee.
- Any unmarried child from birth through age 18 of an eligible Employee.
- An unmarried child under age 25 of an eligible Employee, if the child is a registered student in regular full-time attendance at school. The child must be mainly dependent on the Employee for care and support. The child cannot be employed on a regular full-time basis by one or more employers for a total of 30 or more hours per week.
- **Child** includes the following:
  - A stepchild who resides in the eligible Employee's home.
  - A legally adopted child. (A child is considered legally adopted on the earlier of the date of placement or the date the legal adoption proceedings have been started.)
  - Any other child related to an eligible Employee, mainly dependent on the eligible Employee for care and support and residing in the eligible Employee's home. Employee must provide a copy of legal document to validate child's dependency.

Dependents must reside in the United States.

## Cost of Coverage

The coverage under this Plan is contributory. This means that Employees must make contributions toward the cost of coverage.

BBA 00379

## Enrollment Requirements

**Employee Coverage**

An Employee enrolls for Employee coverage by:

- completing an enrollment form, and
- giving the form to the Employer.

An Employee's enrollment is either timely or late.

An Employee is considered a timely enrollee if he or she enrolls during either the Initial Eligibility Period or a Special Enrollment Period.

An Employee is considered a late enrollee when he or she enrolls during the Annual Enrollment Period.

**Dependent Coverage**

An Employee must enroll for coverage as an Employee in order to enroll his or her Dependents. If a husband and wife are both eligible Employees, only one may enroll their Dependents for coverage.

No person can be covered both as an Employee and as a Dependent.

Initial Dependents are those family members who are eligible Dependents on the date the Employee first becomes eligible for Employee coverage.

Subsequent Dependents are any family members who become Eligible Dependents after the date the Employee first becomes eligible under this Plan. Subsequent Dependents may be added during a Special Enrollment Period.

A Dependent's enrollment is either timely or late.

A Dependent is considered a timely enrollee when he or she is enrolled for coverage during either the Initial Eligibility Period or a Special Enrollment Period.

A Dependent is considered a late enrollee when he or she enrolls during the Annual Enrollment Period.

## Enrollment Periods

The Initial Eligibility Period is the 31-day period which begins on the date the Employee or Dependent is first eligible under this Plan.

Employees and/or Dependents who are not enrolled during the Initial Eligibility Period or a Special Enrollment Period must wait until the next Annual Enrollment Period to enroll for coverage.

The Annual Enrollment Period is designated by the Employer each year. It is held before the start of each Plan Year. During this period, all eligible Employees and Dependents can enroll for coverage.

Special Enrollment Periods are available to certain persons who have lost other coverage and to certain dependents.

**BBA 00380**

A Special Enrollment Period is available to a person who meets each of the following conditions:

- The Employee or Dependent was covered under a group health plan or had health insurance coverage at the time coverage under this Plan was previously offered to the Employee or Dependent.

- The Employee stated in writing, at the time coverage was previously offered, that the other coverage was the reason for declining enrollment under this Plan. The Employer must have requested the statement at that time. The Employer must have provided the Employee with notice of this requirement (and its consequences) at that time.

- The Employee's or Dependent's prior coverage was one of the following:

  - COBRA continuation which was exhausted.

  - Non-COBRA coverage which was terminated either as a result of loss of eligibility for the coverage (including as a result of legal separation, divorce, death, termination of employment, or reduction in the number of hours of employment) or employer contributions towards such coverage were terminated.

- The Employee requests enrollment under this Plan not later than 31 days after the date of the end of the COBRA continuation, termination of coverage, or termination of Employer contribution.

A Special Enrollment Period is available to Subsequent Dependents. The Dependent Special Enrollment Period is the 31-day period which begins with the date the person becomes a Dependent.

If a Subsequent Dependent is enrolled, the Employee must enroll at the same time if not already covered. In addition, any of the Employee's other Dependents may be enrolled at the same time, if not already covered, subject to the same enrollment requirements.

**Late Enrollees**

A late enrollee can enroll only during an Annual Enrollment Period.

## Effective Date of Employee Coverage

Employee coverage is effective on the date coincident with or next following the latest of:

- The Effective Date shown in **Schedule of Benefits**.

- The date the Employee enrolls for coverage.

- The date the Employee completes a Waiting Period of 90 days of service.

## Effective Date of Dependent Coverage

Coverage for Initial Dependents is effective on the date coincident with or next following the later of:

- The date the Employee becomes covered.

- The date the Employee enrolls the Dependents.

Coverage for a Subsequent Dependent is effective as follows:

- For a spouse, the day coincident with or next following the later of the date the spouse is enrolled and the date of the marriage;

- For a newborn, the date of birth; or

BBA 00381

- For an adopted child, the date of adoption or placement for adoption.
- For any other child, the date the child becomes a Dependent.

**Qualified Medical Child Support Order**

If an Employee is required by a qualified medical child support order, as defined in the Omnibus Budget Reconciliation Act of 1993 (OBRA 93), to provide coverage for his/her children, these children can be enrolled as timely enrollees as required by OBRA 93.

If the Employee is not already enrolled, the Employee may also enroll as a timely enrollee at the same time.

**Special Provision for Newborn Children**

Contributions are required from the Employee for the coverage of a newborn child, the Employee must enroll the child during the 31-day Special Enrollment Period in order for the child to be a timely enrollee.

# Care Coordination

Covered Services and Supplies under this Plan are subject to Care Coordination.

Care Coordination determines whether the services or supplies are Covered Health Services. No benefits are payable unless Care Coordination determines the Covered Services and Supplies are covered under the Plan.

The Care Coordination program is designed to encourage an efficient system of care for Employees and Employees' enrolled Dependents by identifying and addressing possible unmet covered health care needs. This may include admission counseling, inpatient care advocacy, and certain discharge planning and disease management activities. The Care Coordination activities are not a substitute for the medical judgement of your Physician, however, and the ultimate decision as to what medical care Employees or their Dependents actually receive must be made by the Employee and their Physician.

Care Coordination is triggered when the Company receives notification of an upcoming treatment or service. The notification process serves as a gateway to Care Coordination activities and is an opportunity for the Employee to let the Company know that they are planning to receive specific health care services. The services requiring notification include:

- Inpatient facility admissions (if an Emergency admission to a Non-Network provider occurs, the Employee should call within two business days).
- Home health care services.
- Durable Medical Equipment (over $1,000).
- Prosthetic Devices (if device costs more than $1,000).
- Reconstructive procedures.
- Maternity Services (if stay exceeds the 48/96 guidelines).

BBA 00382

- Accidental dental services.
- Transplant services.

The Company may be contacted by calling the phone number listed on the Employee's ID card.

The Employee can expect to receive phone calls from the Company when certain treatments are involved.

The ultimate decisions on medical care must be made by the Covered Person and his or her Physician. Care Coordination only determines if the listed service or supply is a Covered Health Service according to the Plan benefits and provisions.

Approval by Care Coordination does not guarantee that benefits are payable under this Plan. Benefits are based on:

- The Covered Services and Supplies actually performed or given.
- The Covered Person's eligibility under this Plan on the date the Covered Services and Supplies are performed or given.
- Copayments, deductibles, coinsurance, maximum limits and all other terms of this Plan.

## Notification

Care Coordination must be notified for any of the services shown in the Care Coordination Section.

## How To Notify Care Coordination

Care Coordination is notified by calling the toll-free number shown on the ID card.

## When to Notify Care Coordination

- For inpatient confinement, the Covered Person must notify Care Coordination of the scheduled admission date at least 5 working days before the start of the confinement. An admission date may not have been set when the confinement was planned. The Covered Person must call Care Coordination again as soon as the admission date is set.
- Pregnancy is subject to the following notification time periods:

  - Prenatal Programs — Care Coordination should be notified during the first trimester (12 weeks) of pregnancy. This early notification makes it possible for the mother to participate in the prenatal program.

  - Inpatient Confinement for Delivery of Child — Care Coordination must be notified only if the inpatient care for the mother or child is expected to continue beyond:

    - 48 hours following a normal vaginal delivery, or
    - 96 hours following a cesarean section.

    For inpatient care (for either the mother or child) which continues beyond the 48/96 hour limits stated above, Care Coordination must be notified before the end of these time periods.

BBA 00383

- **Non-Emergency Inpatient Confinement Without Delivery of Child —** Confinement during pregnancy but before the admission for delivery, which is not Emergency Care, requires notification as a scheduled confinement. Care Coordination must be notified prior to the scheduled admission.

- For outpatient services which require notification, the Covered Person must notify Care Coordination at least five working days before the service is given.

- Organ/Tissue Transplants

  A Covered Person must notify Care Coordination at least seven working days before the scheduled date of any of the following or as soon as reasonably possible:

  - The evaluation.

  - The donor search.

  - The organ procurement/tissue harvest.

  - The transplant.

Care Coordination will then complete a Review. The Covered Person, the Physician and the facility will be sent a letter confirming the results of the Review.

## Benefits Reduced if Care Coordination Not Called

Benefits are reduced if the Covered Person does not call Care Coordination as required. This reduction is called a Non-Notification Deductible. A Non-Notification Deductible applies to each confinement, surgical procedure, or treatment plan.

The amount of the Non-Notification Deductible is shown in the **Schedule of Benefits**. The amount of the Non-Notification Deductible will never be more than the amount of the Covered Expenses.

## A Covered Person can appeal a decision by calling Care Coordination.

If the Covered Person or the Physician does not agree with Care Coordination's decision, it can be appealed.

- The Covered Person or the Physician can request Care Coordination to reconsider the decision by writing or telephoning within 60 days of the decision.

- If the Covered Person, the Physician and Care Coordination still cannot find an acceptable solution, this decision can be reappealed. Another Physician will review the facts of the case — taking into account the Covered Person's and the attending Physician's point of view — and make a final decision. If the Covered Person or the Physician do not agree with Care Coordination's review decision, a Covered Person may request that the Plan Administrator review the decision.

## Emergency Care

When Emergency Care is required and results in a confinement, the Covered Person (or that person's representative or Physician) must call Care Coordination within two working days of the date the confinement begins.

BBA 00384

A working day is a business day of the Company. It does not include Saturday, Sunday or a State or Federal holiday. If it is not reasonably possible to call Care Coordination within two working days, Care Coordination must be notified as soon as reasonably possible.

When the Emergency Care has ended, however, Care Coordination must be called before any additional services that require notification are received.

Benefits are subject to the Non-Notification Deductible if Care Coordination is not called as shown above. The Non-Notification Deductible applies to each confinement.

The amount of the Non-Notification Deductible is shown in the **Schedule of Benefits**. The amount of the Non-Notification Deductible will never be more than the amount of the Covered Expenses.

## Mental Disorder Treatment

### Notification Requirement

The Covered Person must call Behavioral Health Care Management (BHCM) before Covered Services and Supplies are given on an inpatient basis for Mental Disorder Treatment. This includes Hospital or Treatment Center confinement. The call starts the Review process.

BHCM can be contacted by calling the toll-free number in the directory of providers, or by calling Customer Service at the toll-free number shown on the ID card.

Benefits under this Plan are subject to the Non-Notification Deductible if BHCM is not called before services are received.

The amount of the Non-Notification Deductible is shown in the **Schedule of Benefits**. The amount of the Non-Notification Deductible will never be more than the amount of the Covered Expenses.

BHCM performs a Review to determine the Medical Necessity of Covered Services and Supplies. No benefits are payable unless BHCM determines the Covered Services and Supplies are Medically Necessary.

### Emergency Care

When Emergency Care is required for Mental Disorder Treatment, the Covered Person (or representative or Physician) must call BHCM within two days after the Emergency Care is given. **BHCM is ready to take calls 7 days a week, 24 hours a day.** If it is not reasonably possible to make this call within two calendar days, the call must be made as soon as reasonably possible.

When the Emergency Care has ended, BHCM must be called before any additional services are received.

Benefits are subject to the Non-Notification Deductible if BHCM is not called as required above.

The amount of the Non-Notification Deductible is shown in the **Schedule of Benefits**. The amount of the Non-Notification Deductible will never be more than the amount of the Covered Expenses.

**BBA 00385**

**Appeal**

**The Covered Person can appeal a Review. Call BHCM for further information.**

# Network Providers

The Company has arranged with certain health care providers to participate in a network. These health care providers, called "Network Providers", have agreed to discount their charges for Covered Services and Supplies.

If Network Providers are used, the amount of Covered Expenses for which a Covered Person is responsible will generally be less than the amount owed if Non-Network Providers had been used. The coinsurance level (the percentage of Covered Expenses for which a Covered Person is responsible) remains the same whether or not Network Providers are used. However, because the total charges for Covered Expenses may be less when Network Providers are used, the portion that the Covered Person owes will be less. Covered Persons are issued an identification card (ID Card) showing that they are eligible for the network discounts. A Covered Person must show this ID Card every time health care services are given. This is how the provider knows that the patient is covered under a network plan. Otherwise, the person could be billed for the provider's normal charge.

A directory of Network Providers will be made available. A Covered Person can also call Member Services to determine which providers participate in the Network. The telephone number for Member Services is on the ID Card.

# Medical Benefits

Medical Benefits are payable for Covered Expenses incurred by the Covered Person while covered under this Plan.

Covered Expenses are the actual cost to the Covered Person of the Reasonable Charge for Covered Services and Supplies listed in this Benefit. The Company, in its discretion, will calculate Covered Expenses following evaluation and validation of all provider billings in accordance with:

- The methodologies in the most recent edition of the Current Procedural Terminology.

- The methodologies as reported by generally recognized professionals or publications.

The Covered Expenses must be incurred for the care of an accidental injury or Sickness. A Covered Expense is incurred on the date that the Covered Service or Supply is performed or given.

BBA 00386

Each Covered Person must satisfy certain Copayments and/or Deductibles before any payment is made for certain Covered Services and Supplies. Then the Medical Benefits pays the percentage of Covered Expenses shown in the **Schedule of Benefits**.

There is a Lifetime Maximum shown in **Schedule of Benefits**.

Covered Services and Supplies for pregnancy are shown in **Pregnancy Benefits**.

Covered Services and Supplies for Mental Disorder Treatment are shown in **Mental Health Benefits**.

## Copayments and Deductibles

Before Medical Benefits are payable, each Covered Person must satisfy certain Copayments and/or Deductibles.

A Copayment is the amount of Covered Expenses the Covered Person must pay to a Network Provider at the time services are given. Copayments are not counted toward any Deductible or Out-of-Pocket Feature. Covered Services and Supplies which require a Copayment are not subject to a Deductible.

A Deductible is the amount of Covered Expenses the Covered Person must pay before Medical Benefits are payable. After the Deductible has been met, Covered Expenses are payable at the percentage shown in the **Schedule of Benefits**.

The amount of each Copayment/Deductible is shown in the **Schedule of Benefits**. A Covered Expense can only be used to satisfy one copayment or deductible.

### Emergency Room Copayment

The Emergency Room Copayment applies to Hospital emergency room services. It applies to each emergency room visit. Emergency room services are payable only if it is determined that the services are Covered Health Services and there is not a less intensive or more appropriate place of service, diagnostic or treatment alternative that could have been used in lieu of emergency room services. (See definition of Emergency Care.)

The Emergency Room Copayment does not apply if the Covered Person is admitted as a Hospital Inpatient.

### Non-Notification Deductible

The Non-Notification Deductible applies to Covered Expenses if Care Coordination is not notified as required. **This Deductible does not apply to Out-of-Pocket Maximums.**

## Out-of-Pocket Feature

Covered Expenses are payable at the percentage shown in the **Schedule of Benefits** until any Out-of-Pocket Maximum shown in the **Schedule of Benefits** has been reached during a Calendar Year. Then, Covered Expenses are payable at 100% for the rest of that year as shown below.

All Covered Expenses that the Covered Person pays, other than those shown below, count toward the Out-of-Pocket Maximums.

**BBA 00387**

Covered Expenses used to satisfy the following Copayments and/or Deductible does not count toward any of the Out-of-Pocket Maximums. This Copayment and Deductible still applies even after the applicable Out-of-Pocket Maximum has been reached:

- Emergency Room Copayment.
- Non-Notification Deductible.

## Individual Out-of-Pocket Maximum

When the Individual Out-of-Pocket Maximum is reached for any one Covered Person in a Calendar Year, Covered Expenses, other than those shown in the Out-of-Pocket Feature, are payable at 100% for that same person for the rest of that year.

## Family Out-of-Pocket Maximum

When the Family Out-of-Pocket Maximum is reached for all Covered Family Members in a Calendar Year, Covered Expenses, other than those shown in the Out-of-Pocket Feature, are payable at 100% for all Covered Family Members for the rest of that year.

**Maximum Benefit**

The Maximum Benefit payable for each Covered Person is shown in the **Schedule of Benefits**. This maximum applies to each Covered Person's lifetime.

**Covered Services and Supplies**

Covered Services and Supplies must be Covered Health Services and given for the diagnosis or treatment of an accidental Injury or Sickness.

A Covered Person and his or her Physician decide which services and supplies are given, but this Plan only pays for the following Covered Services and Supplies which are Covered Health Services as determined by the Company.

Covered Services and Supplies also include services and supplies that are part of an Alternate Care Proposal (ACP). An ACP is a course of treatment developed by the Company and authorized by the Employer as an alternative to the services and supplies that would otherwise have been considered Covered Services and Supplies.

Unless the ACP specifies otherwise, the provisions of the Plan related to benefit amounts, maximum amounts, copayments and deductibles will apply to these services.

## Ambulatory Surgical Center Services

A Center's services given within 72 hours before or after a surgical procedure. The services must be given in connection with the procedure.

**Anesthetics**

**Chemotherapy**

**Durable Medical Equipment**

Durable Medical Equipment means equipment which meets all of the following:

- It is for repeated use and is not a consumable or disposable item.
- It is used primarily for a medical purpose.
- It is appropriate for use in the home.

Some examples of Durable Medical Equipment are:

- Appliances which replace a lost body organ or part or help an impaired one to work.
- Orthotic devices such as arm, leg, neck and back braces.
- Hospital-type beds.
- Equipment needed to increase mobility, such as a wheelchair.
- Respirators or other equipment for the use of oxygen.
- Monitoring devices.

The Company decides whether to cover the purchase or rental of the equipment.

Payment for all Durable Medical Equipment and artificial aids is subject to Lifetime Maximum of $50,000 for each Covered Person. Orthotics are limited to $500 per Calendar Year. Pre-Authorization is required for amounts over $1,000.

**Foot Care**

Care and treatment of the feet, if needed due to severe systemic disease. Routine care such as removal of warts, corns, or calluses, the cutting and trimming of toenails, foot care for flat feet, fallen arches, and chronic foot strain is a Covered Service only if needed due to severe systemic disease.

**Home Health Care**

The following Covered Services must be given by a Home Health Care Agency:

- Temporary or part-time nursing care by or supervised by a registered graduate nurse (R.N.).
- Temporary or part-time care by a home health aide.
- Physical therapy.
- Occupational therapy.
- Speech Therapy.

Covered Services are limited to a Calendar Year Maximum of $10,000. Prior notification to Care Coordination is required.

BBA 00389

## Hospice Care

- Room and Board.
- Other Services and Supplies.
- Part-time nursing care by or supervised by a registered graduate nurse (R.N.).
- Home Health Care Services as shown under Home Health Care. The limit on the number of visits shown under Home Health Care does not apply to Hospice patients.
- Counseling for the patient and Covered Family Members.
- Bereavement counseling for Covered Family Members. Services must be given within six months after the patient's death. Covered Services are limited to a total of 15 visits for each family.

Counseling must be given by a Licensed Counselor.

Services for the patient must be given in an inpatient Hospice facility or in the patient's home.

The Physician must certify that the patient is terminally ill with six months or less to live.

Any counseling services given in connection with a terminal illness will not be considered as Mental Disorder Treatment.

## Hospital Services

- Room and Board.

  Covered Expenses for a private room are limited to the regular daily charge made by the Hospital for a semi-private room.

- Other Services and Supplies.
- Emergency Room.

Emergency room services are covered only if it is determined that the services are Covered Health Services and there is not a less intensive or more appropriate place of service, diagnostic or treatment alternative that could have been used in lieu of emergency room services. If the Company, at its discretion, determines that a less intensive or more appropriate treatment could have been given then no benefits are payable. Prior notification to Care Coordination is required.

## Infertility Treatment

Diagnosis and treatment of infertility, including surgery and drug therapy. Excludes services to help facilitate a pregnancy.

## Laboratory Tests and X-rays

X-rays or tests for diagnosis or treatment.

## Medical Supplies

- Surgical supplies (such as bandages and dressings). Supplies given during surgery or a diagnostic procedure are included in the overall cost for that surgery or diagnostic procedure.

BBA 00390

- Blood or blood derivatives only if not donated or replaced.

## Medical Transportation Services

Transportation by professional ambulance, other than air ambulance, to and from a medical facility.

Transportation by regularly-scheduled airline, railroad or air ambulance, to the nearest medical facility qualified to give the required treatment.

## Nurse-Practitioner Services

Services of a licensed or certified Nurse-Practitioner acting within the scope of that license or certification.

## Oral Surgery and Dental Services

- Oral surgery if needed as a necessary, but incidental, part of a larger service in treatment of an underlying medical condition.
- The following services and supplies are covered only if needed because of accidental injury to natural teeth:
  - Oral surgery.
  - Full or partial dentures.
  - Fixed bridge work.
  - Prompt repair to natural teeth.
  - Crowns.

Prior notification to Care Coordination is required.

## Organ/Tissue Transplants

Care Coordination must be notified at least seven working days before the scheduled date of any of the following or as soon as reasonably possible:

- The evaluation.
- The donor search.
- The organ procurement/tissue harvest.
- The transplant procedure.

Services and supplies for necessary organ or tissue transplants are payable under this Plan.

### Donor Charges for Organ/Tissue Transplants

- In the case of an organ or tissue transplant, donor charges are considered Covered Expenses ONLY if the recipient is a Covered Person under this Plan. If the recipient is not a Covered Person, no benefits are payable for donor charges.
- The search for bone marrow/stem cell from a donor who is not biologically related to the patient is not considered a Covered Service UNLESS the search is made in connection with a transplant procedure arranged by a Designated Transplant Facility.

BBA 00391

If a Qualified Procedure, listed below, is a Covered Health Service and performed at a Designated Transplant Facility, the **Medical Care and Treatment** and **Transportation and Lodging** provisions described below apply.

**Qualified Procedures**

- Heart Transplants.
- Lung transplants.
- Heart/Lung transplants.
- Liver transplants.
- Kidney transplants.
- Pancreas transplants.
- Kidney/Pancreas transplants.
- Bone Marrow/Stem Cell transplants.
- Other transplant procedures when the Company determines that it is necessary to perform the procedure at a Designated Transplant Facility.

**Medical Care and Treatment**

The Covered Expenses for services provided in connection with the transplant procedure include:

- Pre-transplant evaluation for one of the procedures listed above.
- Organ acquisition and procurement.
- Hospital and physician fees.
- Transplant procedures.
- Follow-up care for a period up to one year after the transplant.
- Search for bone marrow/stem cell from a donor who is not biologically related to the patient. If a separate charge is made for bone marrow/stem cell search, a Maximum Benefit of $25,000 is payable for all charges made in connection with the search.

**Transportation and Lodging**

Care Coordination will assist the patient and family with travel and lodging arrangements. Expenses for travel, lodging and meals for the transplant recipient and a companion are available under this Plan as follows:

- Transportation of the patient and one companion who is traveling on the same day(s) to and/or from the site of the transplant for the purposes of an evaluation, the transplant procedure or necessary post-discharge follow-up.

- Reasonable and necessary expenses for lodging and meals for the patient (while not confined) and one companion. Benefits are paid at a per diem rate of up to $50 for one person or up to $100 for two people.

- Travel and lodging expenses are only available if the transplant recipient resides more than 50 miles from the Designated Transplant Facility.

- If the patient is a covered dependent minor child, the transportation expenses of two companions will be covered and lodging and meal expenses will be reimbursed up to the $100 per diem rate.

BBA 00392

- There is a combined overall lifetime maximum of $10,000 per Covered Person for all transportation, lodging and meal expenses incurred by the transplant recipient and companion(s) and reimbursed under this Plan in connection with all transplant procedures.

## Orthoptic Training (Eye Muscle Exercise)

Training by a licensed optometrist or an orthoptic technician.

## Outpatient Occupational Therapy

Services of a licensed occupational therapist, provided the following conditions are met:

- The therapy must be ordered and monitored by a Physician.
- The therapy must be given in accordance with a written treatment plan approved by a Physician. The therapist must submit progress reports at the intervals stated in the treatment plan.
- The therapy must be expected to result in significant, objective, measurable physical improvement in the Covered Person's condition within 2 months of the start of the treatment.

Covered Services are limited to 20 visits each Calendar Year.

## Outpatient Physical Therapy

Services of a licensed physical therapist, provided the following conditions are met:

- The therapy must be ordered and monitored by a Physician.
- The therapy must be given in accordance with a written treatment plan approved by a Physician. The therapist must submit progress reports at the intervals stated in the treatment plan.
- The therapy must be expected to result in significant, objective, measurable physical improvement in the Covered Person's condition within 2 months of the start of the treatment.

Covered Services are limited to 20 visits each Calendar Year. Covered Services are limited to three types of treatment to each body part during each visit.

## Physician Services

### Medical Care and Treatment

- Hospital, office and home visits.
- Emergency room services.

### Surgery

Services for surgical procedures.

### Reconstructive Surgery

- Reconstructive surgery to improve the function of a body part when the malfunction is the direct result of one of the following:

BBA 00393

- Birth defect.
- Sickness.
- Surgery to treat a Sickness or accidental injury.
- Accidental injury.
- Reconstructive breast surgery following a necessary mastectomy.
- Reconstructive surgery to remove scar tissue on the neck, face, or head if the scar tissue is due to Sickness or accidental injury.
- Cosmetic procedures are excluded from coverage. Procedures that correct a congenital anomaly without improving or restoring physiologic function are considered cosmetic procedures. The fact that a Covered Person may suffer psychological consequences or socially avoidant behavior as a result of an injury, sickness or congenital anomaly does not classify surgery or other procedures done to relieve such consequences or behavior as a reconstructive procedure.

Notify United HealthCare Insurance Company for Non-Network benefits 5 business days before receiving services. By notifying United HealthCare Insurance Company, United HealthCare Insurance Company can verify that the service is a reconstructive procedure rather than cosmetic one.

### Assistant Surgeon Services

Covered Expenses for assistant surgeon services are limited to 1/5 of the amount of Covered Expenses for the surgeon's charge for the surgery. An assistant surgeon must be a Physician. Surgical assistant's services are not covered.

### Multiple Surgical Procedures

Multiple surgical procedures means more than one surgical procedure performed during the same operative session. Covered Expenses for multiple surgical procedures are limited as follows:

- Covered Expenses for a secondary procedure are limited to 50% of the Covered Expenses that would otherwise be considered for the secondary procedure had it been performed during a separate operative session.
- Covered Expenses for any subsequent procedure are limited to 25% of the Covered Expenses that would otherwise be considered for the subsequent procedure had it been performed during a separate operative session.

## Prescribed Drugs and Medicines

Prescribed drugs and medicines for inpatient services.

## Private Duty Nursing Care

Private duty nursing care given on an outpatient basis by a licensed nurse (R.N., L.P.N., or L.V.N.).

Payment for outpatient private duty nursing care is subject to a Lifetime Maximum of $50,000 for each Covered Person.

BBA 00394

**Psychologist Services**

**Radiation Therapy**

**Rehabilitation Therapy**

### Inpatient

- Services of a Hospital or Rehabilitation Facility for room, board, care and treatment during a confinement.

- Inpatient rehabilitative therapy is a Covered Service only if intensive and multidisciplinary rehabilitation care is necessary to improve the patient's ability to function independently.

Covered Services are limited to a combined total of 120 days of confinement in a Hospital, Skilled Nursing Facility and/or Rehabilitation Facility each Calendar Year. Prior notification to Care Coordination is required.

### Outpatient

- Services of a Hospital or Comprehensive Outpatient Rehabilitative Facility (CORF).

- Covered Services are limited to 20 days of therapy each Calendar Year. A day of therapy includes all services given by or visits to the Hospital or CORF in any one day.

- Covered Services for each day of therapy reduces the number of visits under Covered Services for Outpatient Physical Therapy, Outpatient Occupational Therapy or Speech Therapy. This reduction only applies to days of therapy during which the therapy includes services given by a physical therapist, occupational therapist or speech therapist.

## Skilled Nursing Facility Services

- Room and Board.

  Covered Expenses for Room and Board are limited to the facility's regular daily charge for a semi-private room.

- Other Services and Supplies.

Covered Services are limited to the first 60 days of confinement each Calendar Year. Prior notification to Care Coordination is required.

## Speech Therapy

Services of a licensed speech therapist.

These services must be given to restore speech lost or impaired due to one of the following:

- Surgery, radiation therapy or other treatment which affects the vocal cords.

- Cerebral thrombosis (cerebral vascular accident).

- Brain damage due to accidental injury or organic brain lesion (aphasia).

- Accidental injury.

BBA 00395

The therapy must be expected to result in significant, objective, measurable physical improvement in the Covered Person's condition within 2 months of the start of the treatment.

Covered Services are limited to 20 visits each Calendar Year.

### Speech Therapy for Children Under Age 3

Services of a licensed speech therapist for treatment given to a child under age 3 whose speech is impaired due to one of the following conditions:

- Infantile autism.
- Developmental delay or cerebral palsy.
- Hearing impairment.
- Major congenital anomalies that affect speech such as, but not limited to, cleft lip and cleft palate.

Covered Services are limited to 20 visits each Calendar Year.

### Spinal Manipulations

Services of a Physician given for the detection or correction (manipulation) by manual or mechanical means of structural imbalance or distortion in the spine.

Covered Services are limited to 20 visits each Calendar Year.

### Wigs

One wig covered per lifetime.

**Exclusions and limitations that apply to this benefit are in General Exclusions and Limitations.**

---

# Mental Health Benefits

Benefits are payable for Covered Services and Supplies for Mental Disorder Treatment given to the Covered Person while covered under this Plan. These Covered Services and Supplies are listed in **Medical Benefits**.

These Mental Health Benefits are subject to the same deductibles and percentage of Covered Expenses payable as benefits that are paid due to Sickness, except as shown below.

Mental Health Benefits include, but are not limited to:

- Assessment.
- Diagnosis.
- Treatment planning.
- Medication management.

BBA 00396

- Individual, family and group psychotherapy.
- Psychological education.
- Psychological testing.

After coverage under this Plan stops, extended benefits for Mental Health Benefits are the same as for Sickness.

Covered Services and Supplies for Mental Disorder Treatment are subject to the following limitations:

| Maximum Benefits each Calendar Year | |
|---|---|
| Inpatient | 30 days |
| Outpatient | 30 visits |
| Substance Abuse Benefits each Calendar Year are separate visit maximums from Mental Health visit limits. | |

The Out-of-Pocket Feature shown in **Medical Benefits** does not apply to Mental Health Benefits. Covered Expenses incurred for Mental Disorder Treatment do not count toward the Out-of-Pocket Maximums. After the Out-of-Pocket Maximums are reached, benefits for Mental Disorder Treatment are not payable at 100%.

Additional Covered Services and Supplies specific to Mental Disorder Treatment are listed below. These Additional Covered Services and Supplies are subject to the same requirements as Covered Services and Supplies listed in **Medical Benefits**.

**Additional Covered Services and Supplies**

### Licensed Counselor Services

Services of a Licensed Counselor for Mental Disorder Treatment.

### Treatment Center Services

- Room and Board.
- Other Services and Supplies.

**Exclusions and limitations that apply to this benefit are in General Exclusions and Limitations.**

# Pregnancy Benefits

Benefits are payable for Covered Services and Supplies for pregnancy given to the Covered Person while covered under this Plan. These Covered Services and Supplies are listed in **Medical Benefits**.

**Benefits for pregnancy are paid in the same way as benefits are paid for Sickness.**

BBA 00397

Benefits are payable for at least:

- 48 hours of inpatient care for the mother and newborn child following a normal vaginal delivery.

- 96 hours of inpatient care for the mother and newborn child following a cesarean section.

The hospital or other provider is not required to get authorization from the Company for the time periods stated above. Authorizations are required for longer lengths of stay.

Federal law does not prohibit the mother's or newborn's attending Physician, after consulting with the mother, from discharging the mother or her newborn child earlier than 48 hours (or 96 hours, as applicable).

Additional Covered Services and Supplies specific to pregnancy are listed below. These Additional Covered Services and Supplies are subject to the same requirements as Covered Services and Supplies listed in **Medical Benefits.**

## Additional Covered Services and Supplies

### Birth Center Services

- Room and Board.
- Other Services and Supplies.
- Anesthetics.

### Nurse-Midwife's Services

Services of a licensed or certified Nurse-Midwife.

### Not Covered

Any expenses incurred in connection with an abortion chosen by the Covered Person.

Pregnancy of a dependent child.

**Exclusions and limitations that apply to these benefits are in General Exclusions and Limitations.**

# Family Planning Benefits

Benefits are payable for Covered Expenses for Family Planning Benefits incurred by the Covered Person while covered under this Plan.

Covered Expenses are the actual cost to the Covered Person of the Reasonable Charge for the Covered Services and Supplies listed in this Benefit. A Covered Expense is incurred on the date that the Covered Service or Supply is performed or given.

BBA 00398

These Family Planning Benefits are subject to the same copayments, deductibles and percentage of Covered Expenses payable as benefits that are paid due to Sickness under **Medical Benefits.**

After coverage under this Plan stops, there are no extended benefits.

**Covered Services and Supplies**

**Contraceptive Drugs, Services and Devices**

Contraceptive drugs, services and devices, including but not limited to:

- Intrauterine device and related Physician services.
- Physician services related to a diaphragm fitting.
- Voluntary sterilization by either vasectomy or tubal ligation.
- Surgical implants for contraception, such as Norplant.

Charges for the diaphragm and oral contraceptives are covered under Prescription Drug Benefits.

**Exclusions and limitations that apply to these benefits are in General Exclusions and Limitations.**

---

# Preventive Health Care Benefits

Benefits are payable for the actual cost of the Reasonable Charge for Covered Services and Supplies for Preventive Health Care Benefits given to a Covered Person while covered under this Plan.

After coverage under this Plan stops, there are no extended benefits.

**Covered Services and Supplies**

- Routine physical exam for Employees and Dependent spouses, including diagnostic tests and immunizations.
- Routine Baby Care up to age two. Unlimited dollar amount.
- Routine Care two and over. Limited to $500 per Calendar Year.
- Child preventive care services given in connection with routine pediatric care, including PKU tests and immunizations.
- Routine well-woman exams. A well-woman exam includes the following:
  - Breast examination and/or mammogram.
  - Pelvic examination.
  - Pap smear.
- Chromosome testing.
- Hearing Screening.
- Vision Screening.

**Exclusions and limitations that apply to these benefits are in General Exclusions and Limitations.**

BBA 00399

# Prescription Drug Benefits

Benefits are payable for outpatient Prescription Drugs. The Prescription Drugs must be prescribed for:

- Medically Necessary treatment of an accidental injury, Sickness, or pregnancy.
- Prevention of pregnancy.

If the Prescription Drug is a Brand Name Drug, the Copayment is lower for the preferred version of a dual-marketed drug. Brand Name Drugs which are not on the Preferred Drug List are subject to a higher Copayment.

Certain Prescription Drugs require Prior Authorization by a pharmacist or physician from the Company or its designee.

The Covered Person must be covered under this Prescription Drug Benefit when the prescription is filled.

**Copayments**

| Retail Pharmacy | |
|---|---|
| Generic Drug | $10 |
| Brand Name Drug on Preferred Drug List | $20 |
| Brand Name Drug not on Preferred Drug List | $40 |
| **Mail Service Pharmacy** | |
| Generic Drug | $20 |
| Brand Name Drug on Preferred Drug List | $40 |
| Brand Name Drug not on Preferred Drug List | $80 |

**Network Pharmacy**

When a Network Pharmacy is used, the Covered Person pays the Copayment. Copayment amounts are shown above.

If the Prescription Drug Cost is less than the Copayment, the Copayment does not apply and the Covered Person pays the Prescription Drug Cost.

Network Pharmacies dispense Generic Drugs whenever possible.

For Generic Drugs, a Covered Person pays the Generic Drug Copayment.

**Non-Network Pharmacy**

When a Non-Network Pharmacy is used, the Covered Person must pay for the entire cost of each prescription at the time it is filled. Then the Covered Person must submit a claim. Benefits are payable at the Non-Network level under Medical Benefits.

BBA 00400

**Mail Service Network Pharmacy**

A mail service pharmacy option has been provided for convenience. If the mail service pharmacy is used, the Covered Person must pay the Copayment. See your Employer for the necessary information about how to use the mail service option.

There is no coverage for Prescription Drugs dispensed by a Non-Network Mail Service Pharmacy.

Mail service pharmacies dispense Generic Drugs whenever possible.

For Generic Drugs, a Covered Person pays the Mail Service Generic Drug Copayment.

**Supply Limits**

### Retail Pharmacy

If the Prescription Drug is dispensed by a retail Pharmacy, the following limits apply:

- Up to a 31 day supply of a Prescription Drug, unless adjusted based on the drug manufacturer's packaging size. Some products may be subject to additional supply limits adopted by the Company. A list of current additional supply limits may be obtained from the Company.

- A one cycle supply of an oral contraceptive. Up to three cycles can be purchased at one time if a Copayment is paid for each cycle supplied.

### Mail Service Pharmacy

If the Prescription Drug is dispensed by a mail service pharmacy, the supply limit is up to a 90 day supply of a Prescription Drug, unless adjusted based on the drug manufacturer's packaging size or any additional supply limits adopted by the Company. A list of current supply limits may be obtained from the Company.

### Identification Card

If a Covered Person does not show the identification card at the time Prescription Drugs are obtained, the Covered Person will be required to pay the full cost of the Prescription Drug and get payment from the Company. In that case, benefits are calculated at the predominant contract reimbursement rate for a Network Pharmacy (including any sales tax), less the applicable Copayment.

**Glossary**

### Brand Name Drug

A Prescription Drug which is (1) manufactured and marketed under a trademark or name by a specific drug manufacturer; and (2) identified as a Brand Name Drug by the Company.

### Generic Drug

A Prescription Drug which is: (1) chemically equivalent to a Brand Name Drug whose patent has expired; and (2) identified as a Generic Drug by the Company.

**BBA 00401**

## Network Pharmacy

A pharmacy which has (1) entered into an agreement with the Company or its designee to provide Prescription Drugs to Covered Persons; (2) has agreed to accept specified reimbursement rates for dispensing Prescription Drugs and (3) has been designated by the Company as a Network Pharmacy. A Network Pharmacy can be either a retail or a mail service pharmacy.

## Non-Preferred Drug

A brand name drug that is not included on the Preferred Drug List.

## Prescription Drugs

A medication, product or device which has been approved by the Food and Drug Administration and which can, under federal or state law, be dispensed only pursuant to a Prescription Order or Refill. For the purpose of coverage under the Plan, this definition includes insulin and the following diabetic supplies: insulin syringes with needles; blood testing strips - glucose; urine testing strips - glucose; ketone testing strips and tablets; lancets and lancet devices.

## Prescription Drug Cost

The Company's contracted reimbursement rate, including any sales tax, with the Network Pharmacy where a Prescription Drug is dispensed. The Prescription Drug Cost does not include any manufacturer's refunds or incentive payments which may be received by and will be retained by the Company.

## Prescription Order or Refill

The directive to dispense a Prescription Drug issued by a duly licensed health care provider whose scope of practice permits issuing such a directive.

## Prior Authorization

The process of obtaining approval for certain Prescription Drugs, prior to dispensing, using guidelines approved by the Company. This approval is to be obtained from the Company by the prescribing physician or the pharmacist. The list of Prescription Drugs requiring Prior Authorization is subject to periodic review and modification by the Company.

## Preferred Drug List

A list which identifies those Prescription Drugs which are preferred by the Company for dispensing to Covered Persons when appropriate. This list is subject to periodic review and modification by the Company and contains Generic and Brand Name drugs. The Preferred Drug List is also known as a drug formulary. You may obtain a copy of the current Preferred Drug List by contacting the Company.

## Not Covered

- Contraceptive devices, when ordered for contraceptive purposes, including diaphragm and IUD devices.
- Impotence treatments, including Viagra.
- Drugs for tobacco dependency or smoking cessation.

BBA 00402

- Drugs for infertility treatment.

- Drugs refilled too soon.

- Drugs given while confined in a Hospital, nursing home or similar place that has its own drug dispensary.

- Therapeutic devices or appliances, including colostomy supplies and support garments, regardless of intended use. (This exclusion does not apply to insulin syringes with needles, blood testing strips - glucose, urine testing strips - glucose, ketone testing strips and tablets, lancets and lancet devices which are covered.)

- Injectable drugs. (This exclusion does not apply to insulin or self-administered injectables which can be injected subcutaneously which are covered.)

- Progesterone suppositories.

- Appetite suppressants and other weight loss products.

- General and injectable vitamins. (This exclusion does not apply to prenatal vitamins, vitamins with fluoride and B-12 injections which are covered.)

- Drugs dispensed in any amount which exceed the supply limits.

- Replacement drugs resulting from a lost, stolen, broken or destroyed Prescription Order or Refill.

- Unit dose packaging of drugs.

- Drugs available over-the-counter that do not require a Prescription Order or Refill by federal or state law before being dispensed and any drug that is therapeutically equivalent to an over-the-counter drug.

Other exclusions that apply to this benefit are in **General Exclusions and Limitations**.

# General Exclusions and Limitations

This Plan does not cover any expenses incurred for services, supplies, medical care or treatment relating to, arising out of, or given in connection with, the following:

- Services or supplies received before an Employee or his or her Dependent becomes covered under this Plan.

- Expenses incurred by a Dependent if the Dependent is covered as an Employee for the same services under this Plan.

- Abdominoplastys.

- Acupuncture.

- Breast reduction surgery.

- Chelation therapy, except to treat heavy metal poisoning.

- Completion of claim forms, or missed appointments.

