- Cosmetic or reconstructive surgery or treatment. (This is surgery or treatment primarily to change appearance.) It does not matter whether or not it is for psychological or emotional reasons. See **Medical Benefits** for limited coverage of reconstructive surgery.

- Custodial Care. This is care made up of services and supplies that meets one of the following conditions:

  - Care furnished mainly to train or assist in personal hygiene or other activities of daily living, rather than to provide medical treatment.

  - Care that can safely and adequately be provided by persons who do not have the technical skills of a covered health care professional.

  Care that meets one of these conditions is custodial care regardless of any of the following:

  - Who recommends, provides or directs the care.

  - Where the care is provided.

  - Whether or not the patient or another caregiver can be or is being trained to care for himself or herself.

- Ecological or environmental medicine, diagnosis and/or treatment.

- Education, training and bed and board while confined in an institution which is mainly a school or other institution for training, a place of rest, a place for the aged or a nursing home.

- Hearing aids and cochlear implants, unless required due to an accidental injury.

- Herbal medicine, holistic or homeopathic care, including drugs.

- Services, supplies, medical care or treatment given by one of the following members of the Employee's immediate family:

  - The Employee's spouse.

  - The child, brother, sister, parent or grandparent of either the Employee or the Employee's spouse.

- Charges for procedures which facilitate a pregnancy but do not treat the cause of infertility, such as in vitro fertilization, artificial insemination, embryo transfer, gamete intrafallopian transfer, zygote intrafallopian transfer and tubal ovum transfer.

- Medical, surgical, diagnostic, psychiatric, substance abuse or other health care services, technologies, supplies, treatments, procedures, drug therapies or devices that, at the time United HealthCare Insurance Company makes a determination regarding coverage in a particular case are determined to be:

  - not approved by the U.S. Food and Drug Administration ("FDA") to be lawfully marketed for the proposed use and not identified in the American Hospital Formulary Service, or the United States Pharmacopoeia Dispensing Information, as appropriate for the proposed use; or

  - subject to review and approval by any institutional review board for the proposed use; or

  - the subject of an ongoing clinical trial that meets the definition of a Phase 1, 2 or 3 clinical trial set forth in the FDA regulations, regardless of whether the trial is actually subject to FDA oversight; or

  - a service that does not meet the definition of a Covered Health Services.

BBA 00404

If a Covered Person has a "life-threatening" Sickness or condition (one which is likely to cause death within one year of the request for treatment) the Company may determine that an Experimental, Investigational or Unproven Service meets the definition of a Covered Health Service for the Sickness or condition. For this to take place, the Company must determine that the service uses a specific research protocol that meets standards equivalent to those defined by the National Institutes of Health.

- Services and supplies which the Covered Person is not legally required to pay.

- Liposuction.

- Surgical correction or other treatment of malocclusion.

- Services or supplies which are not Covered Health Services, including any confinement or treatment given in connection with a service or supply which is not covered under the Plan.

- Membership costs for health clubs, weight loss clinics and similar programs.

- Nutritional counseling.

- Occupational Injury or Sickness. An occupational injury or Sickness is an injury or Sickness which is covered under a workers' compensation act or similar law.

  For persons for whom coverage under a workers' compensation act or similar law is optional because they could elect it, or could have it elected for them, occupational injury or Sickness includes any injury or Sickness that would have been covered under the workers' compensation act or similar law had that coverage been elected.

- Examinations or treatment ordered by a court in connection with legal proceedings unless such examinations or treatment otherwise qualify as Covered Services.

- Services given by a pastoral counselor.

- Penile Implants.

- Personal convenience or comfort items including, but not limited to, such items as TVs, telephones, first aid kits, exercise equipment, air conditioners, humidifiers, saunas and hot tubs.

- Private duty nursing services while confined in a facility.

- Services for a surgical procedure to correct refraction errors of the eye, including any confinement, treatment, services, or supplies given in connection with or related to the surgery.

- Services for, or related to, the removal of an organ or tissue from a person for transplantation into another person, unless the transplant recipient is a Covered Person under this Plan and is undergoing a covered transplant.

- Reversal of sterilization.

- Sensitivity training, educational training therapy or treatment for an education requirement.

- Sex-change surgery.

- Charges made by a Hospital for confinement in a special area of the Hospital which provides non-acute care, by whatever name called, including but not limited to the type of care given by the facilities listed below.

  If that type of facility is otherwise covered under this Plan, then benefits for that covered facility which is part of a Hospital, as defined, are payable at the coverage level for that facility, not at the coverage level for a Hospital.

BBA 00405

- Adult or child day care center.
- Ambulatory Surgical Center.
- Birth Center.
- Half-way house.
- Hospice.
- Skilled Nursing Facility.
- Treatment Center.
- Vocational rehabilitation center.
- Any other area of a Hospital which renders services on an inpatient basis for other than acute care of sick, injured or pregnant persons.

- Stand-by services required by a Physician.
- Care of or treatment to the teeth, gums or supporting structures such as, but not limited to, periodontal treatment, endodontic services, extractions, implants or any treatment to improve the ability to chew or speak. See **Medical Benefits** for limited coverage of oral surgery and dental services.
- Telephone consultations.
- Tobacco dependency.
- Services or supplies received as a result of war declared or undeclared, or international armed conflict.
- Weight reduction or control (unless there is a diagnosis of morbid obesity).
- Special foods, food supplements, liquid diets, diet plans or any related products.
- Services given by volunteers or persons who do not normally charge for their services.

---

# Claims Information

**How to File a Claim**

The following steps should be completed when submitting bills for payment:

- Get a claim form from the Employer, the Plan Administrator or the Company.
- Complete the Employee portion of the form.
- Have the provider complete the provider portion of the form.
- Send the form and bills to the address shown on the form.

Make sure the bills and the form include the following information:

- The Employee's name and social security number.
- The Employer's name and contract number (237592).
- The patient's name.
- The diagnosis.

BBA 00406

- The date the services or supplies were incurred.

- The specific services or supplies provided.

A bill or cash receipt for Prescription Drugs must also show the prescription number and the name of the Physician who issued the prescription.

If the Covered Employee asks for a claim form but does not receive it within 15 days, the covered Employee can file a claim without it by sending the bills with a letter, including all of the information listed above.

## When Claims Must be Filed

The covered Employee must give the Company written proof of loss within 15 months after the date the expenses are incurred.

The Company will determine if enough information has been submitted to enable proper consideration of the claim. If not, more information may be requested.

No benefits are payable for claims submitted after the 15-month period, unless it can be shown that:

- It was not reasonably possible to submit the claim during the 15-month period.

- Written proof of loss was given to the Company as soon as was reasonably possible.

## How and When Claims Are Paid

All payments will be paid to the covered Employee as soon as the Company receives satisfactory proof of loss, except in the following cases:

- If the covered Employee has financial responsibility under a court order for a dependent's medical care, the Company will make payments directly to the provider of care.

- If the Company pays benefits directly to Network Providers.

- If the covered Employee requests in writing that payments be made directly to a provider. A covered Employee does this when completing the claim form.

These payments will satisfy the Company's obligation to the extent of the payment.

When there is a member financial responsibility, the Company will send an Explanation of Benefits (EOB) to the covered Employee. The EOB will explain how the Company considered each of the charges submitted for payment. If any claims are denied or denied in part, the covered Employee will receive a written explanation.

Any benefits continued for Dependents after a covered Employee's death will be paid to one of the following:

- The surviving spouse.

- A Dependent child who is not a minor, if there is no surviving spouse.

- A provider of care who makes charges to the covered Employee's Dependents for Covered Services and Supplies.

- The legal guardian of the covered Employee's Dependent.

BBA 00407

**Legal Actions**

The covered Employee may not sue on a claim before 60 days after proof of loss has been given to the Company. The covered Employee may not sue after three years from the time proof of loss is required, unless the law in the area where the covered Employee lives allows for a longer period of time.

**Review Procedure for Denied Claims**

In cases where a claim for benefits payment is denied in whole or in part, the claimant may appeal the denial. A request for review must be directed to the Company within 60 days after the claim payment date or the date of the notification of denial of benefits. When requesting a review, the claimant should state the reason he or she believes the claim was improperly paid or denied and submit any data or comments to support the claim.

A review of the denial will be made and the Company will provide the claimant with a written response within 60 days of the date the Company receives the claimant's request for review. If, because of extenuating circumstances, the Company is unable to complete the review process within 60 days, the Company will notify the claimant of the delay within the 60 day period and will provide a final written response to the request for review within 120 days of the date the Company received the claimant's written request for review.

If the denial is upheld, the Company's written response to the claimant will cite the specific Plan provision(s) upon which the denial is based.

If the Company continues to deny a claim after this review, the claimant may request that the Plan Administrator review the claim. The request must be in writing to the Plan Administrator. See the Section **Summary Plan Description** at the end of this Booklet for more information.

# Coordination of Benefits

(This provision does not apply to Prescription Drug Benefits.)

Coordination of benefits applies when a covered Employee or a covered Dependent have health coverage under this Plan and one or more Other Plans.

One of the plans involved will pay the benefits first: that plan is Primary. Other Plans will pay benefits next: those plans are Secondary. The rules shown in this provision determine which plan is Primary and which plan is Secondary.

Whenever there is more than one plan, the total amount of benefits paid in a Calendar Year under all plans cannot be more than the Allowable Expenses charged for that Calendar Year.

**Definitions**

"Other Plans" are any of the following types of plans which provide health benefits or services for medical care or treatment:

- Group policies or plans, whether insured or self-insured. This does not include school accident-type coverage.

- Group coverage through HMOs and other prepayment, group practice and individual practice plans.

BBA 00408

- Group-type plans obtained and maintained only because of membership in or connection with a particular organization or group.

- Government or tax supported programs. This does not include Medicare or Medicaid.

**"Primary Plan":** A plan that is Primary will pay benefits first. Benefits under that plan will not be reduced due to benefits payable under Other Plans.

**"Secondary Plan":** Benefits under a plan that is Secondary may be reduced due to benefits payable under Other Plans that are Primary.

**"Allowable Expenses"** means the necessary, reasonable and customary expense for health care when the expense is covered in whole or in part under at least one of the plans.

The difference between the cost of a private Hospital room and the cost of a semi-private Hospital room is not considered an Allowable Expense unless the patient's stay in a private Hospital room is necessary either in terms of generally accepted medical practice, or as defined in the plan.

When a plan provides benefits in the form of services, instead of a cash payment, the reasonable cash value of each service rendered will be considered both an Allowable Expense and a benefit paid.

## How Coordination Works

When this Plan is Primary, it pays its benefits as if the Secondary Plan or Plans did not exist.

When this Plan is a Secondary Plan, its benefits are reduced so that the total benefits paid or provided by all plans during a Calendar Year are not more than total Allowable Expenses. The amount by which this Plan's benefits have been reduced shall be used by this Plan to pay Allowable Expenses not otherwise paid, which were incurred during the Calendar Year by the person for whom the claim is made. As each claim is submitted, this Plan determines its obligation to pay for Allowable Expenses based on all claims which were submitted up to that point in time during the Calendar Year.

The benefits of this Plan will only be reduced when the sum of the benefits that would be payable for the Allowable Expenses under the Other Plans, in the absence of provisions with a purpose like that of this **Coordination of Benefits** provision, whether or not claim is made, exceeds those Allowable Expenses in a Calendar Year.

When the benefits of this Plan are reduced as described above, each benefit is reduced in proportion. It is then charged against any applicable benefit limit of this Plan.

## .Which Plan Pays First

When two or more plans provide benefits for the same Covered Person, the benefit payment will follow the following rules in this order:

- A plan with no coordination provision will pay its benefits before a plan that has a coordination provision.

- The benefits of the plan which covers the person other than as a dependent are determined before those of the plan which covers the person as a dependent.

**BBA 00409**

- The benefits of the plan covering the person as a dependent are determined before those of the plan covering that person as other than a dependent, if the person is also a Medicare beneficiary and both of the following are true:

  - Medicare is secondary to the plan covering the person as a dependent.

  - Medicare is primary to the plan covering the person as other than a dependent (example, a retired employee).

- When this Plan and another plan cover the same child as a dependent of parents who are not separated or divorced, the benefits of the plan of the parent whose birthday falls earlier in a year are determined before those of the plan of the parent whose birthday falls later in that year. This is called the "Birthday Rule." The year of birth is ignored.

  If both parents have the same birthday, the benefits of the plan which covered one parent longer are determined before those of the plan which covered the other parent for a shorter period of time.

  If the other plan does not have a birthday rule, but instead has a rule based on the gender of the parent, and if, as a result, the plans do not agree on the order of benefits, the rule in the other plan will determine the order of benefits.

- If two or more plans cover a person as a dependent child of divorced or separated parents, benefits for the child are determined in this order:

  - First, the plan of the parent with custody for the child.

  - Second, the plan of the spouse of the parent with the custody of the child.

  - Finally, the plan of the parent not having custody of the child.

  However, if the specific terms of a court decree state that one of the parents is responsible for the health care expense of the child, and the entity obligated to pay or provide the benefits of the plan of that parent has actual knowledge of those terms, the benefits of that plan are determined first. The plan of the other parent shall be the Secondary Plan. This rule does not apply with respect to any claim for which any benefits are actually paid or provided before the entity has that actual knowledge.

- If the specific terms of a court decree state that the parents shall share joint custody, without stating that one of the parents is responsible for the health care expenses of the child, the plans covering the child shall follow the order of benefit determination rules that apply to dependents of parents who are not separated or divorced.

- The benefits of a plan which covers a person as an employee who is neither laid off nor retired are determined before those of a plan which covers that person as a laid off or retired employee. The same rule applies if a person is a dependent of a person covered as a retiree or an employee. If the other plan does not have this rule, and if, as a result, the plans do not agree on the order of benefits, this rule is ignored.

If none of the above rules determines the order of benefits, the benefits of the plan which covered an employee, member or subscriber for the longer period are determined before those of the plan which covered that person for the shorter period.

BBA 00410

| | |
|---|---|
| **Right to Exchange Information** | In order to coordinate benefit payments, the Company needs certain information. It may get needed facts from or give them to any other organization or person. The Company need not tell, or get the consent of, any person to do this. |
| | A Covered Person must give the Company the information it asks for about other plans. If the Covered Person cannot furnish all the information the Company needs, the Company has the right to get this information from any source. If any other organization or person needs information to apply its coordination provision, the Company has the right to give that organization or person such information. Information can be given or obtained without the consent of any person to do this. |
| **Facility of Payment** | It is possible for benefits to be paid first under the wrong plan. The Company may pay the plan or organization or person for the amount of benefits that the Company determines it should have paid. That amount will be treated as if it was paid under this Plan. The Employer or Plan will not have to pay that amount again. |
| **Right of Recovery** | The Company may pay benefits that should be paid by another plan or organization or person. The Employer or Plan may recover the amount paid from the other plan or organization or person. |
| | Benefits may be paid that are in excess of what should have been paid under this Plan. The Employer or Plan has the right to recover the excess payment. |

# Recovery Provisions

| | |
|---|---|
| **Refund of Overpayments** | If benefits are paid under this Plan for expenses incurred on account of a Covered Person, that Covered Person or any other person or organization that was paid must make a refund to the Plan if: |

- All or some of the expenses were not paid by the Covered Person or did not legally have to be paid by the Covered Person.
- All or some of the payment made under this Plan exceeded the benefits under this Plan.

The refund equals the amount of benefits paid in excess of the amount that should have been paid under this Plan.

If the refund is due from another person or organization, the Covered Person agrees to help the Employer get the refund when requested.

If the Covered Person, or any other person or organization that was paid, does not promptly refund the full amount, the Plan may reduce the amount of any future benefits that are payable under this Plan. The Plan may also reduce future benefits under any other group benefits plan administered by the Company for the Employer. The reductions will equal the amount of the required refund. The Plan may have other rights in addition to the right to reduce future benefits.

| | |
|---|---|
| **Reimbursement of Benefits Paid** | If benefits are paid under this Plan for expenses incurred on account of a Covered Person, the Employee or any other person or organization that was paid must make a refund to the Plan if that person or organization recovers funds from a |

BBA 00411

source other than this Plan as a result of claims against any other party for negligence, wrongful acts or omissions. The refund equals the amount of the recovery or payment, up to the amount paid under this Plan.

If the refund is due from another person or organization, the Covered Person agrees to help the Plan get the refund when requested.

If the Covered Person, or any other person or organization that was paid, does not promptly refund the full amount, the Plan may reduce the amount of any future benefits that are payable under this Plan. The Plan may also reduce future benefits under any other group benefits plan administered by the Company for the Employer. The reductions will equal the amount of the required refund. The Plan may have other rights in addition to the right to reduce future benefits.

## Subrogation

In the event a Covered Person suffers an injury or Sickness as a result of an allegedly negligent or wrongful act or omission of a third party, the Plan has the right to pursue subrogation against any person or insurer.

The Plan will be subrogated and succeed to the Covered Person's right of recovery against any person or insurer. The Plan may use this right to the extent of the benefits under this Plan.

The Covered Person agrees to help the Plan use this right when requested.

---

# Effect of Medicare and Government Plans

## Medicare

When a Covered Person becomes eligible for Medicare, this Plan pays its benefits in accordance with the Medicare Secondary Payer requirements of federal law. If the Employer is subject to the Medicare Secondary Payer requirements, this Plan will pay primary.

### When This Plan Pays Primary to Medicare

This Plan pays primary to Medicare for Covered Persons who are Medicare eligible if:

- Eligibility for Medicare is due to age 65 and the employee has "current employment status" with the employer as defined by federal law and determined by the employer.

- Eligibility for Medicare is due to disability and the employee has "current employment status" with the employer as defined by federal law and determined by the employer.

- Eligibility for Medicare is due to end stage renal disease (ESRD) under the conditions and for the time periods specified by federal law.

### When Medicare Pays Primary to this Plan

BBA 00412

Medicare pays primary to this Plan for Covered Persons who are Medicare eligible if:

* Eligibility is due to disability and the Employee does NOT have "current employment status" with the employer as defined by federal law and determined by the employer.

* Eligibility for Medicare is due to end stage renal disease (ESRD), but only after the conditions and/or time periods specified in federal law cause Medicare to become primary.

See How this Plan Pays When Medicare is Primary.

## Important! - Medicare Enrollment Requirements

When this Plan pays benefits first, without regard to Medicare, and the Covered Person wants Medicare to pay after this Plan, the Covered Person must enroll for Medicare Parts A and B. If the Covered Person does not enroll for Medicare when he or she is first eligible, the Covered Person must enroll during the special enrollment period which applies to that person when the person stops being eligible under this Plan.

When Medicare pays benefits first, benefits available under Medicare are deducted from the amounts payable under this Plan, whether or not the person has enrolled for Medicare. If Medicare pays first, the Covered Person should enroll for both Parts A and B of Medicare when that Covered Person is first eligible; otherwise, the expenses may not be covered by the Plan or Medicare.

## How This Plan Pays When Medicare is Primary

If Medicare pays benefits first, this Plan pays benefits as described below. This method of payment only applies to Medicare eligibles. It does not apply to any Covered Person unless that Covered Person becomes eligible under Medicare and Medicare is the Primary payer.

First, this Plan determines the amount payable according to the benefits under the Plan. However, the amount of Covered Expenses is based on the amount of charges allowed under Medicare rules instead of the Reasonable Charges as defined by the Plan. Then, this Plan subtracts the amount payable under Medicare for the same expenses from Plan benefits. This Plan pays only the difference (if any) between Plan benefits and Medicare benefits.

The amount payable under Medicare which is subtracted from this Plan's benefits is determined as the amount that would have been payable under Medicare when Medicare is primary even if:

* The person is not enrolled for Medicare. Medicare benefits are determined as if the person were covered under Medicare Parts A and B.

* The person is enrolled in a Medicare+Choice (Medicare Part C) plan and receives non-covered out-of-network services because the person did not follow all rules of that Plan. Medicare benefits are determined as if the services were covered under Medicare Parts A and B.

* The person receives services from a provider who has elected to opt-out of Medicare. Medicare benefits are determined as if the services were covered under Medicare Parts A and B and the provider had agreed to limit charges to the amount of charges allowed under Medicare rules.

BBA 00413

- The services are provided in a Veterans Administration facility or other facility of the federal government. Medicare benefits are determined as if the services were provided by a non-governmental facility and covered under Medicare.

- The person is enrolled under a Plan with a Medicare Medical Savings Account. Medicare benefits are determined as if the person were covered under Medicare Parts A and B.

**Government Plans (other than Medicare and Medicaid)**

If the Covered Person is also covered under a Government Plan, this Plan does not cover any services or supplies to the extent that those services or supplies, or benefits for them, are available to that Covered Person under the Government Plan.

This provision does not apply to any Government Plan which by law requires this Plan to pay primary.

A Government Plan is any plan, program, or coverage — other than Medicare or Medicaid — which is established under the laws or regulations of any government, or in which any government participates other than as an employer.

---

# Termination of Coverage

**Employee Coverage**

Employee coverage ends on the earliest of the following:

- The day this Plan ends.

- The day in which employment stops. See **Disability** and **Leave of Absence** below.

- The date in which the person stops being an eligible Employee.

- The last day of a period for which contributions for the cost of coverage have been made, if the contributions for the next period are not made when due.

### Disability

The Employer has the right to continue a persons employment and coverage under this Plan during a period in which the person is away from work due to disability. The period of continuation is determined by the Employer based on the Employer's general practice for an Employee in the person's job class.

Coverage ends on the date the Employer notifies the Company that the person's employment has stopped and coverage is to be ended.

### Leave of Absence

The Employer has the right to continue the person's employment and coverage under this Plan during a period in which the person is away from work due to an approved leave of absence. The period of continuation is determined by the Employer based on the Employer's general practice for an Employee in the person's job class.

BBA 00414

Coverage will end on the earlier of:

- The last day worked.
- The date the Employer notifies the Company that the person's employment has stopped and coverage is to be ended.

**Dependent Coverage**

Coverage for all of an Employee's Dependents ends on the earlier of the following:

- The day the Employee's coverage ends.
- The last day of a period for which contributions for the cost of Dependent coverage have been made, if the contributions for the next period are not made when due.

Coverage for an individual Dependent ends on the earlier of:

- The day the Dependent becomes covered as an Employee under this Plan.
- The day the Dependent stops being an eligible Dependent.
- The date the Dependent stops being an eligible Dependent.

## Continuation of Coverage for Incapacitated Children

A mentally or physically incapacitated child's coverage will not end due to age. It will continue as long as Dependents coverage under this Plan continues and the child continues to meet the following conditions:

- The child is incapacitated.
- The child is not capable of self-support.
- The child depends mainly on the Employee for support.

The Employee must give the Company proof that the child meets these conditions when requested. The Company will not ask for proof more than once a year.

---

# Glossary

(These definitions apply when the following terms are used.)

## Ambulatory Surgical Center

A specialized facility which is established, equipped, operated, and staffed primarily for the purpose of performing surgical procedures and which fully meets one of the following two tests:

- It is licensed as an Ambulatory Surgical Center by the regulatory authority having responsibility for the licensing under the laws of the jurisdiction in which it is located.
- Where licensing is not required, it meets all of the following requirements:

BBA 00415

- It is operated under the supervision of a licensed doctor of medicine (M.D.) or doctor of osteopathy (D.O.) who is devoting full time to supervision and permits a surgical procedure to be performed only by a duly qualified Physician who, at the time the procedure is performed, is privileged to perform the procedure in at least one Hospital in the area.

- It requires in all cases, except those requiring only local infiltration anesthetics, that a licensed anesthesiologist administer the anesthetic or supervise an anesthetist who is administering the anesthetic and that the anesthesiologist or anesthetist remain present throughout the surgical procedure.

- It provides at least one operating room and at least one post-anesthesia recovery room.

- It is equipped to perform diagnostic X-ray and laboratory examinations or has an arrangement to obtain these services.

- It has trained personnel and necessary equipment to handle emergency situations.

- It has immediate access to a blood bank or blood supplies.

- It provides the full-time services of one or more registered graduate nurses (R.N.) for patient care in the operating rooms and in the post-anesthesia recovery room.

- It maintains an adequate medical record for each patient, the record to contain an admitting diagnosis including, for all patients except those undergoing a procedure under local anesthesia, a preoperative examination report, medical history and laboratory tests and/or X-rays, an operative report and a discharge summary.

An Ambulatory Surgical Center which is part of a Hospital, as defined herein, will be considered an Ambulatory Surgical Center for the purposes of this Plan.

## Birth Center

A specialized facility which is primarily a place for delivery of children following a normal uncomplicated pregnancy and which fully meets one of the following two tests:

- It is licensed by the regulatory authority having responsibility for the licensing under the laws of the jurisdiction in which it is located.

- It meets all of the following requirements:

  - It is operated and equipped in accordance with any applicable state law.

  - It is equipped to perform routine diagnostic and laboratory examinations such as hematocrit and urinalysis for glucose, protein, bacteria and specific gravity.

  - It has available to handle foreseeable emergencies, trained personnel and necessary equipment, including but not limited to oxygen, positive pressure mask, suction, intravenous equipment, equipment for maintaining infant temperature and ventilation, and blood expanders.

  - It is operated under the full-time supervision of a licensed doctor of medicine (M.D.), doctor of osteopathy (D.O.) or registered graduate nurse (R.N.).

BBA 00416

- It maintains a written agreement with at least one Hospital in the area for immediate acceptance of patients who develop complications.

- It maintains an adequate medical record for each patient, the record to contain prenatal history, prenatal examination, any laboratory or diagnostic tests and a postpartum summary.

- It is expected to discharge or transfer patients within 24 hours following delivery.

A Birth Center which is part of a Hospital, as defined herein, will be considered a Birth Center for the purposes of this Plan.

## Calendar Year

A period of one year beginning with a January 1.

## Company

United HealthCare Insurance Company, Hartford, Connecticut is called "the Company".

## Comprehensive Outpatient Rehabilitation Facility

A facility which is primarily engaged in providing diagnostic, therapeutic and restorative services to outpatients for the rehabilitation of injured or sick persons and which fully meets one of the following two tests:

- It is approved by Medicare as a Comprehensive Outpatient Rehabilitation Facility.

- It meets all of the following tests:

  - It provides at least the following comprehensive outpatient rehabilitation services:

    - Services of Physicians who are available at the facility on a full or part-time basis.

    - Physical therapy.

    - Social or psychological services.

  - It has policies established by a group of professional personnel (associated with the facility) including one or more Physicians to govern the comprehensive outpatient rehabilitation services it furnishes, and provides for the carrying out of such policies by a full or part-time Physician.

  - It has a requirement that every patient must be under the care of a Physician.

  - It is established and operated in accordance with the applicable licensing and other laws.

**BBA 00417**

## Covered Health Service(s)

Covered Health Services are those health services, supplies or equipment provided for the purpose of preventing, diagnosing or treating a Sickness, Injury, Mental Illness, substance abuse, or symptoms. Covered Health Services must be provided:

- When the Plan is in effect;

- Prior to the date that any of the individual termination conditions set forth in this Summary Plan Description; and

- Only when the person who receives services is a Covered Person and meets all eligibility requirements specified in the Plan.

A Covered Health Service must meet each of the following criteria:

- It is supported by national medical standards of practice.

- It is consistent with conclusions of prevailing medical research that demonstrates that the health service has a beneficial effect on health outcomes and are based on trials that meet the following designs:

  - Well-conducted randomized controlled trials. (Two or more treatments are compared to each other, and the patient is not allowed to choose which treatment is received.)

  - Well-conducted cohort studies. (Patients who receive study treatment are compared to a group of patients who receive standard therapy. The comparison group must be nearly identical to the study treatment group.)

- It is the most cost-effective method and yields a similar outcome to other available alternatives.

- It is a health service or supply that is described in this section, and which is not excluded under General Exclusions.

Decisions about whether to cover new technologies, procedures and treatments will be consistent with conclusions of prevailing medical research, based on well-conducted randomized trials or cohort studies, as described.

## Covered Family Members or Covered Person

The Employee and the Employee's wife or husband and/or Dependent children who are covered under this Plan.

## Designated Transplant Facility

A facility designated by the Company to render necessary Covered Services and Supplies for Qualified Procedures under this Plan.

## Emergency Care

Medical care and treatment provided after the sudden onset of a medical condition manifesting itself by acute symptoms, including severe pain, which are severe enough that the lack of immediate medical attention could reasonably be expected to result in any of the following:

- The patient's health would be placed in serious jeopardy.

- Bodily function would be seriously impaired.

BBA 00418

- There would be serious dysfunction of a bodily organ or part.

In addition, Emergency Care includes Immediate Mental Disorder Treatment when the lack of the treatment could reasonably be expected to result in the patient harming himself or herself and/or other persons.

## Employee

A person on the payroll of the Employer and regularly employed by the Employer on a full-time basis of not less than 40 hours per week.

## Experimental, Investigational or Unproven Services

Medical, surgical, diagnostic, psychiatric, substance abuse or other health care services, technologies, supplies, treatments, procedures, drug therapies or devices that, at the time the Company makes a determination regarding coverage in a particular case are determined to be:

- not approved by the U.S. Food and Drug Administration ("FDA") to be lawfully marketed for the proposed use and not identified in the American Hospital Formulary Service, or the United States Pharmacopoeia Dispensing Information, as appropriate for the proposed use; or

- subject to review and approval by any institutional review board for the proposed use; or

- the subject of an ongoing clinical trial that meets the definition of a Phase 1, 2 or 3 clinical trial set forth in the FDA regulations, regardless of whether the trial is actually subject to FDA oversight; or

- not demonstrated through prevailing peer-reviewed medical literature to be safe and effective for treating or diagnosing the condition or illness for which its use is proposed.

The Company, in its judgment, may deem an Experimental, Investigational or Unproven Service covered under this Plan for treating a life threatening sickness or condition if it is determined by the Company that the Experimental, Investigational or Unproven Service at the time of the determination:

- is proved to be safe with promising efficacy; and

- is provided in a clinically controlled research setting, and

- uses a specific research protocol that meets standards equivalent to those defined by the National Institutes of Health.

(For the purpose of this definition, the term "life threatening" is used to describe Sicknesses or conditions which are more likely than not to cause death within one year of the date of the request for treatment.)

## Home Health Care Agency

An agency or organization which provides a program of home health care and which meets one of the following three tests:

- It is approved under Medicare.

- It is established and operated in accordance with the applicable licensing and other laws.

- It meets all of the following tests:

BBA 00419

- It has the primary purpose of providing a home health care delivery system bringing supportive services to the home.

- It has a full-time administrator.

- It maintains written records of services provided to the patient.

- Its staff includes at least one registered graduate nurse (R.N.) or it has nursing care by a registered graduate nurse (R.N.) available.

- Its employees are bonded and it maintains malpractice insurance.

## Hospice

An agency that provides counseling and incidental medical services for a terminally ill individual. Room and Board may be provided. The agency must meet one of the following three tests:

- It is approved by Medicare as a Hospice.

- It is licensed in accordance with any applicable state laws.

- It meets the following criteria:

  - It provides 24 hour-a-day, 7 day-a-week service.

  - It is under the direct supervision of a duly qualified Physician.

  - It has a nurse coordinator who is a registered graduate nurse with four years of full-time clinical experience. Two of these years must involve caring for terminally ill patients.

  - The main purpose of the agency is to provide Hospice services.

  - It has a full-time administrator.

  - It maintains written records of services given to the patient.

  - It maintains malpractice insurance coverage.

A Hospice which is part of a Hospital will be considered a Hospice for the purposes of this Plan.

## Hospital

An institution which is engaged primarily in providing medical care and treatment of sick and injured persons on an inpatient basis at the patient's expense and which fully meets one of the following three tests:

- It is accredited as a Hospital by the Joint Commission on Accreditation of Healthcare Organizations.

- It is approved by Medicare as a Hospital.

- It meets all of the following tests:

  - It maintains on the premises diagnostic and therapeutic facilities for surgical and medical diagnosis and treatment of sick and injured persons by or under the supervision of a staff of duly qualified Physicians.

  - It continuously provides on the premises 24-hour-a-day nursing service by or under the supervision of registered graduate nurses.

  - It is operated continuously with organized facilities for operative surgery on the premises.

BBA 00420

## Licensed Counselor

A person who specializes in Mental Disorder Treatment and is licensed as a Licensed Professional Counselor (LPC) or Licensed Clinical Social Worker (LCSW) by the appropriate authority.

## Medically Necessary or Medical Necessity

Health care services and supplies which are determined by the Company to be medically appropriate, and

(1) necessary to meet the basic health needs of the Covered Person; and

(2) rendered in the most cost-efficient manner and type of setting appropriate for the delivery of the service or supply; and

(3) consistent in type, frequency and duration of treatment with scientifically based guidelines of national medical, research, or health care coverage organizations or governmental agencies that are accepted by the Company; and

(4) consistent with the diagnosis of the condition; and

(5) required for reasons other than the convenience of the Covered Person or his or her Physician; and

(6) demonstrated through prevailing peer-reviewed medical literature to be either:

   (a) safe and effective for treating or diagnosing the condition or Sickness for which their use is proposed, or,

   (b) safe with promising efficacy

      (i) for treating a life threatening Sickness or condition, and

      (ii) in a clinically controlled research setting; and

      (iii) using a specific research protocol that meets standards equivalent to those defined by the National Institutes of Health.

(For the purpose of this definition, the term "life threatening" is used to describe Sicknesses or conditions which are more likely than not to cause death within one year of the date of the request for treatment.)

The fact that a Physician has performed or prescribed a procedure or treatment or the fact that it may be the only treatment for a particular injury, Sickness, mental illness or pregnancy does not mean that it is a Medically Necessary service or supply as defined above. The definition of Medically Necessary used in this booklet relates only to coverage and differs from the way in which a Physician engaged in the practice of medicine may define medically necessary.

## Medicare

The Health Insurance For The Aged and Disabled program under Title XVIII of the Social Security Act.

## Mental Disorder Treatment

Mental Disorder Treatment is treatment for both of the following:

48

BBA 00421

- Any Sickness which is identified in the current edition of the Diagnostic and Statistical Manual of Mental Disorders (DSM), including a psychological and/ or physiological dependence or addiction to alcohol or psychiatric drugs or medications, regardless of any underlying physical or organic cause, and

- Any Sickness where the treatment is primarily the use of psychotherapy or other psychotherapist methods.

All inpatient services, including Room and Board, given by a mental health facility or area of a Hospital which provides mental health or substance abuse treatment for a Sickness identified in the DSM, are considered Mental Disorder Treatment, except in the case of multiple diagnoses.

If there are multiple diagnoses, only the treatment for the Sickness which is identified in the DSM is considered Mental Disorder Treatment.

Detoxification services given prior to and independent of a course of psychotherapy or substance abuse treatment is not considered Mental Disorder Treatment.

Prescription Drugs are not considered Mental Disorder Treatment.

## Network Provider

A provider which participates in the network.

## Non-Network Provider

A provider which does not participate in the network.

## Nurse-Midwife

A person who is licensed or certified to practice as a Nurse-Midwife and fulfills both of these requirements:

- A person licensed by a board of nursing as a registered nurse.

- A person who has completed a program approved by the state for the preparation of Nurse-Midwives.

## Nurse-Practitioner

A person who is licensed or certified to practice as a Nurse-Practitioner and fulfills both of these requirements:

- A person licensed by a board of nursing as a registered nurse.

- A person who has completed a program approved by the state for the preparation of Nurse-Practitioners.

## Other Services and Supplies

Services and supplies furnished to the individual and required for treatment, other than the professional services of any Physician and any private duty or special nursing services (including intensive nursing care by whatever name called).

BBA 00422

## Physician

A legally qualified:

- Doctor of Medicine (M.D.).
- Doctor of Chiropody (D.P.M.; D.S.C.).
- Doctor of Chiropractic (D.C.).
- Doctor of Dental Surgery (D.D.S.).
- Doctor of Medical Dentistry (D.M.D.).
- Doctor of Osteopathy (D.O.).
- Doctor of Podiatry (D.P.M.).

## Plan

The Employee's medical benefits described in this Booklet.

## Psychologist

A person who specializes in clinical psychology and fulfills one of these requirements:

- A person licensed or certified as a psychologist.
- A Member or Fellow of the American Psychological Association, if there is no government licensure or certification required.

## Reasonable Charge

As to charges for services rendered by or on behalf of a Network Physician, an amount not to exceed the amount determined by the Company in accordance with the applicable fee schedule.

As to all other charges, an amount measured and determined by the Company by comparing the actual charge for the service or supply with the prevailing charges made for it. The Company determines the prevailing charge. It takes into account all pertinent factors including:

- The complexity of the service.
- The range of services provided.
- The prevailing charge level in the geographic area where the provider is located and other geographic areas having similar medical cost experience.

## Rehabilitation Facility

A facility accredited as a rehabilitation facility by the Commission on Accreditation of Rehabilitation Facilities.

## Review or Review Process

A review and determination that the services and supplies are Covered Health Services.

BBA 00423

## Room and Board

Room, board, general duty nursing, intensive nursing care by whatever name called, and any other services regularly furnished by the Hospital as a condition of occupancy of the class of accommodations occupied, but not including professional services of Physicians nor special nursing services rendered outside of an intensive care unit by whatever name called.

## Sickness

The term "Sickness" used in connection with newborn children will include congenital defects and birth abnormalities, including premature births.

## Skilled Nursing Facility

If the facility is approved by Medicare as a Skilled Nursing Facility then it is covered by this Plan.

If not approved by Medicare, the facility may be covered if it meets the following tests:

- It is operated under the applicable licensing and other laws.
- It is under the supervision of a licensed Physician or registered graduate nurse (R.N.) who is devoting full time to supervision.
- It is regularly engaged in providing Room and Board and continuously provides 24-hour-a-day skilled nursing care of sick and injured persons at the patient's expense during the convalescent stage of an injury or Sickness.
- It maintains a daily medical record of each patient who is under the care of a licensed Physician.
- It is authorized to administer medication to patients on the order of a licensed Physician.
- It is not, other than incidentally, a home for the aged, the blind or the deaf, a hotel, a domiciliary care home, a maternity home, or a home for alcoholics or drug addicts or the mentally ill.

A Skilled Nursing Facility which is part of a Hospital will be considered a Skilled Nursing Facility for the purposes of this Plan.

## Treatment Center

A facility which provides a program of effective Mental Disorder Treatment and meets all of the following requirements:

- It is established and operated in accordance with any applicable state law.
- It provides a program of treatment approved by a Physician and the Company.
- It has or maintains a written, specific and detailed regimen requiring full-time residence and full-time participation by the patient.
- It provides at least the following basic services:
  - Room and Board (if this Plan provides inpatient benefits at a Treatment Center).
  - Evaluation and diagnosis.

BBA 00424

- Counseling.
- Referral and orientation to specialized community resources.

A Treatment Center which qualifies as a Hospital is covered as a Hospital and not as a Treatment Center.

BBA 00425

# Continuation of Health Coverage (COBRA)

This optional continuation only applies to Employees and their Dependents if it has been made available by the Employer. The Employer is required to offer this continuation in certain cases as a result of Public Law 99-272 (COBRA). This provision is intended to comply with the law and any pertinent regulations, and its interpretation is governed by them. See the Employer to find out if and how this continuation applies to Employees and their Dependents.

In no event will the Company be obligated to provide continuation to a Covered Person if the Employer or its designated Plan Administrator fails to perform its responsibilities under federal law. These responsibilities include but are not limited to notifying the Covered Person in a timely manner of the right to elect continuation and notifying the Company in a timely manner of the Covered Person's election of continuation.

The Company is not the Employer's designated Plan Administrator and does not assume any responsibilities of a Plan Administrator pursuant to federal law.

If coverage under this Plan would have stopped due to a Qualifying Event, a Qualified Beneficiary may elect to continue coverage subject to the provisions below.

The Qualified Beneficiary may continue only the coverage in force immediately before the Qualifying Event.

The coverage being continued will be the same as the coverage provided to similarly situated individuals to whom a Qualifying Event has not occurred.

Coverage will continue until the earliest of the following dates:

- 18 months from the date the Qualified Beneficiary's health coverage would have stopped due to a Qualifying Event based on employment stopping or work hours being reduced.

- If a Qualified Beneficiary is determined to be disabled under the Social Security Act at any time during the first 60 days of continued coverage due to the employee's employment stopping or work hours being reduced, that Qualified Beneficiary may elect an additional 11 months of coverage under this Plan, subject to the following conditions:

  - The Qualified Beneficiary must provide the Employer with the Social Security Administration's determination of disability within 60 days of the time the determination is made and within the initial 18-month continuation period.

  - The Qualified Beneficiary must agree to pay any increase in the required payment necessary to continue the coverage for the additional 11 months.

  - If the Qualified Beneficiary entitled to the additional 11 months of coverage has nondisabled family members who are entitled to continuation coverage, those nondisabled family members are also entitled to the additional 11 months of continuation coverage.

- 36 months from the date the health coverage would have stopped due to the Qualifying Event other than those described above.

BBA 00426

- For the spouse or dependent of an Employee who was entitled to Medicare prior to a qualifying event that is either the termination of employment or work hours being reduced, 18 months from the date of the qualifying event or if later, 36 months from the date of the Employee's Medicare entitlement.

- The date this Plan stops being in force.

- The date the Qualified Beneficiary fails to make the required payment for the coverage.

- The date the Qualified Beneficiary, after electing this continuation, becomes covered under Medicare or any other group health plan. (This does not apply if the other group health plan excludes or limits coverage for a Qualified Beneficiary's preexisting condition.)

If within the original 18 month continuation period, another Qualifying Event occurs, coverage can be continued for an additional period, for a total of 36 months from the date of the first Qualifying Event.

Coverage will stop for the same reasons as coverage would have stopped for the first Qualifying Event.

## Election Period

A Qualified Beneficiary has at least 60 days to elect to continue coverage. The election period ends on the later of:

- 60 days after the date coverage would have stopped due to the Qualifying Event.

- 60 days after the date the person receives notice of the right to continue coverage.

Unless otherwise specified, an Employee or spouse's election to continue coverage will be considered an election on behalf of all other Qualified Beneficiaries who would also lose coverage because of the same Qualifying Event.

## Required Payments

A Qualified Beneficiary has 45 days from the date of election to make the first required payment for the coverage. The first payment will include any required payment for the continued coverage before the date of the election.

## Notification Requirements

A Qualified Beneficiary must notify the Employer within 60 days when any of the following Qualifying Events happen:

- The Qualified Beneficiary's marriage is dissolved.

- The Qualified Beneficiary becomes legally separated from his or her spouse.

- A child stops being an eligible Dependent.

The Employer will send the appropriate Election Form to the Qualified Beneficiary within 14 days after receiving this notice.

## Conversion

At the end of this continuation period, a Qualified Beneficiary may be eligible for a conversion privilege if one is generally available under the plan.

BBA 00427

## Claims

File a claim by completing a medical claim form and attaching your bills to the form. "COBRA" should be written on the claim form and on each of the bills.

## Special Terms that Apply to this Continuation Provision

### Qualifying Event

A Qualifying Event is any of the following which results in loss of coverage for a Qualified Beneficiary:

- The Employee's employment ends (except in the case of gross misconduct).
- The Employee's work hours are reduced.
- The Employee becomes entitled to benefits under Medicare.
- The Employee's death.
- The Employee's marriage is dissolved.
- The Employee becomes legally separated from his/her spouse.
- The Employee's Dependent child stops being an eligible Dependent.

A bankruptcy is a Qualifying Event for certain Retired Employees and their Dependents under certain conditions. If there is a bankruptcy, Retired Employees should contact the Employer or the Company for more information.

### Qualified Beneficiary

Any of the following persons who are covered under the plan on the day before a Qualifying Event:

- The Employee.
- An Employee's spouse.
- An Employee's former spouse (or legally separated spouse).
- A Dependent child, including a child born to or placed for adoption with the Employee during a period of continued coverage.

BBA 00428

# Continuation of Health Coverage During Family and Medical Leave (FMLA)

The Family and Medical Leave Act of 1993 (FMLA) requires Employers to provide up to a total of 12 weeks of unpaid, job-protected leave during any 12-month period to eligible Employees for certain family and medical reasons. This provision is intended to comply with the law and any pertinent regulations, and its interpretation is governed by them. See the Employer to find out details about how this continuation applies to you.

### Reasons for Taking Leave

FMLA leave must be granted for any of the following reasons:

- Care of a child after birth.
- Care of a child after placement of that child with the Employee for adoption or foster care.
- Care of the Employee's spouse, child or parent (but not a parent-in-law) who has a serious health condition.
- A serious health condition that makes the Employee unable to work.

### Employee Eligibility

To be eligible for FMLA benefits, all of the following must be true:

- The Employee must work for a covered Employer.
- The Employee must have worked for the Employer for at least 12 months.
- The Employee must have worked at least 1,250 hours over the previous 12 months.
- The Employee must work at a location where at least 50 employees are employed by the Employer within 75 miles.

### Advance Notice and Medical Certification

The Employee must provide advance notice and medical certification. Taking of leave may be denied if requirements are not met.

- The employee ordinarily must provide 30 days advance notice when the leave is "foreseeable".
- If the need for the leave is unforeseen, notice must be given as soon as practicable.
  - An Employer may require medical certification to support a request for leave because of a serious health condition, and may require a second or third opinion (at the Employer's expense) and a fitness for duty report to return to work.

BBA 00429

### Continuation of Health Coverage, Job Benefits and Protection

For the duration of a FMLA leave, the Employer must maintain the Employee's health coverage. The Employee may continue the Plan benefits for himself or herself and his or her Dependents on the same terms as if the Employee had continued to work. The Employee must pay the same contributions toward the cost of the coverage that he or she made while working.

If the Employee fails to make the payments on a timely basis, the Employer, after giving you written notice, can end the coverage during the leave if payment is more than 30 days late.

- Upon return from a FMLA leave, most Employees must be restored to their original or equivalent positions with equivalent pay, benefits and other employment terms.

- The use of a FMLA leave cannot result in the loss of any employment benefit that accrued prior to the start of an Employee's leave.

See the Employer for details about continuing group coverage other than the Plan benefits.

### Intermittent Leave

Under some circumstances, an Employee may take a FMLA leave intermittently which means taking a leave in blocks of time, or by reducing his or her normal weekly or daily work schedule.

- Where a FMLA leave is for birth or placement for adoption or foster care, use of intermittent leave is subject to the Employer's approval.

- A FMLA leave may be taken intermittently whenever it is Medically Necessary to care for a seriously ill family member, or because the Employee is seriously ill and unable to work.

### Substitution of Paid Leave

Subject to certain conditions, Employees or Employers may choose to use accrued paid leave (such as sick or vacation leave) to cover some or all of the FMLA leave. The Employer is responsible for designating if paid leave used by the Employee counts as a FMLA leave, based on information provided by the Employee. In no case can an Employee's paid leave be credited as a FMLA leave after the leave has been completed.

### Spouses Who Work for the Same Employer

Spouses employed by the same Employer are jointly entitled to a **combined** total of 12 work weeks of family leave for the birth of a child or placement of a child for adoption or foster care, and to care for such child or to care for a parent who has a serious health condition.

### Reenrollment after a FMLA Leave

If any or all of an Employee's coverages end while the Employee is on a FMLA leave, the Employee can reenroll for coverage when he or she returns to work from the FMLA leave.

The Employee and any Dependents will be considered timely enrollees if the Employee reenrolls within thirty-one days from the date he or she returns to work. Any waiting period will be applied as if there had been no break in coverage.

BBA 00430

# Summary Plan Description

### for BBA Aviation Benefit Plan

Dallas Airmotive, Inc. effective January 1, 2002

BBA U.S. Holdings, Inc. effective October 1, 2001

Signature Flight Support Corporation effective October 1, 2001

Precision Avionics, Inc. effective October 1, 2001

International Turbine Service, Inc. effective January 1, 2002

W.H. Barrett Turbine Engine Company effective January 1, 2002

Tyler International School of Aviation effective January 1, 2002

BBA Aviation Shared Services, Inc. effective January 1, 2002

BBASSI Commercial Corporation effective January 1, 2003

This Booklet is a Covered Person's Summary Plan Description for purposes of the Employee Retirement Income Security Act of 1974 (ERISA). It describes the highlights of a Covered Person's rights and obligations under the employee welfare benefit plan established by the Plan Sponsor, provided that the Covered Person is a participant of the Plan. All of the details of this Plan are not provided. The operation of this Plan is governed by the Plan Documents. For more information about the Plan Documents, refer to the section, "A Covered Person's Rights Under ERISA".

The Plan Sponsor reserves the right to change or discontinue this Plan at any time. This Summary Plan Description does not create a contract of employment.

## Name of Plan:

BBA Aviation Benefit Plan

## Name and Address of Employer who is the Plan Sponsor:

BBA Aviation Shared Services, Inc.
201 South Orange Avenue, Suite 1400
Orlando, Florida  32801

## Employer Identification Number of Plan Sponsor (EIN):

59-3756349

BBA 00431

**Agent for Legal Process:**

The Plan Sponsor named above.

**Plan Number (PN):**

501

**Plan Type:**

The Plan described in this Summary Plan Description is a "Welfare Benefit Plan" for purposes of ERISA.

**Plan Years:**

The financial records of this Plan are kept on a Plan Year basis. The Plan Year ends on each December 31.

**Plan Administrator:**

The Plan Sponsor named above.

**Telephone Number of Plan Administrator:**

(214) 353-2383

**Type of Administration:**

The Plan is administered on behalf of the Plan Administrator by the Company. The benefits are paid from funds provided by the Employer on behalf of the Plan in accordance with a contract with United HealthCare Insurance Company, Hartford, Connecticut (called "the Company").

**Source of Contributions and Funding:**

This Plan is funded by direct benefit payments from the general assets of the Employer.

The employee's contribution toward the cost of this Plan is at a rate determined by the Employer.

**Plan Details:**

This Plan's provisions relating to eligibility to participate and termination of eligibility as well as a description of the benefits provided by this Plan are described in detail in the Covered Person's health benefits booklet which directly precedes this ERISA information.

**Plan Amendment and Termination:**

The Plan Sponsor reserves the right to modify, suspend or terminate this Plan at any time. The Employer does not promise the continuation of any benefits nor does it promise any specific level of benefits at or during retirement. Any benefits, rights

BBA 00432

or obligations of participants and beneficiaries under this Plan following termination are described in detail in the Covered Person's health benefits booklet which directly precedes this ERISA information.

## How to Appeal a Claim:

A Covered Person will be notified in writing by the Company if a claim or any part of a claim is denied. The notice will include the specific reason or reasons for the denial and the reference to the pertinent Plan provisions on which the denial was based. The notice will also give the telephone number a Covered Person can call if they need further information and a description of any additional material or information necessary to make a claim.

If a Covered Person is not satisfied with the explanation of why the claim was denied, the person may request to have the claim reviewed. The request must be in writing to the Company and must be made within 60 days after the date the Covered Person receives the notice denying the claim.

If a Covered Person does not hear from the Company within 90 days after the Company receives the claim, the Covered Person may consider the claim denied and request to have the claim reviewed.

A decision will be made within 60 days after the receipt of a request for review or the date all information required from the Covered Person is given. If, because of extenuating circumstances, the Company is unable to complete the review process within 60 days, the Company will notify the Covered Person of the delay within the 60-day period and will provide a final written response to the request for review within 120 days of the date the Company received the written request for review.

If the Company continues to deny a claim after this review, a Covered Person may request that the Plan Administrator review the claim. The request must be in writing to the Plan Administrator and must be made within 60 days after the date the Covered Person receives the notice from the Company that the Company has denied the claim on review.

The Plan Administrator will serve as the final review committee under this Plan to determine for all parties all questions relating to the payment of claims for benefits under this Plan and shall notify the Covered Person in writing about the decision on a review. The Plan Administrator has the discretion to construe and interpret the terms of this Plan and the authority and responsibility to make factual determinations.

The provisions of this Plan require a Covered Person to appeal any claim denial as described above before seeking other legal means.

## A Covered Person's Rights under ERISA:

As a participant in this Plan, a Covered Person is entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that all Plan participants are entitled to:

- Examine, without charge, at the Plan Administrator's office and at other specified locations, such as worksites, all Plan documents including insurance contracts and copies of all documents filed by the Plan with the U.S. Department of Labor and the Internal Revenue Service, such as detailed annual reports and Plan descriptions.

BBA 00433

- Obtain copies of all Plan documents and other Plan information upon written request to the Plan Administrator. The Administrator may make a reasonable charge for the copies.

- Receive a summary of this Plan's annual financial report. The Plan Administrator is required by law to furnish each participant with a copy of this summary annual report.

In addition to creating rights for Plan participants, ERISA imposes duties upon the people who are responsible for the operation of the employee benefit plan.

The people who operate this Plan, called "fiduciaries" of the Plan, have a duty to do so prudently and in the interest of Covered Persons and other Plan participants and beneficiaries.

No one, including the Employer or any other person, may fire a Covered Person or otherwise discriminate against a Covered Person in any way to prevent that person from obtaining a benefit or exercising their rights under ERISA.

If a claim for a benefit is denied in whole or in part, a Covered Person must receive a written explanation of the reason for the denial. The Covered Person has the right to have the Plan review and reconsider the claim.

Under ERISA, there are steps a Covered Person can take to enforce the above rights. For instance, if a Covered Person requests materials from the Plan and does not receive them within 30 days, the Covered Person may file suit in a federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay the Covered Person up to $110 a day until the person receives the materials, unless the materials were not sent because of reasons beyond the control of the Administrator.

If a Covered Person has a claim for benefits which is denied or ignored, in whole or in part, the Covered Person may file suit in a state or federal court. If it should happen that Plan fiduciaries misuse this Plan's money, or if a Covered Person is discriminated against for asserting his or her rights, the Covered Person may seek assistance from the U.S. Department of Labor, or may file suit in a federal court. The court will decide who should pay court costs and legal fees. If the Covered Person is successful, the court may order the person who was sued to pay these costs and fees. If the Covered Person loses, the court may order the Covered Person to pay these costs and fees (for example, if it finds the person's claim is frivolous).

If a Covered Person has any questions about this Plan, the person should contact the Plan Administrator.

If a Covered Person has any questions about this statement or about their rights under ERISA, that person should contact the nearest office of the Pension and Welfare Benefits Administration, U.S. Department of Labor, listed in the telephone directory or the Division of Technical Assistance and Inquiries, Pension and Welfare Benefits Administration, U.S. Department of Labor, 200 Constitution Avenue, N.W., Washington, D.C. 20210.

03726288 (06/03)

BBA 00434