David A. Devine (AK Bar No. 7906015)
GROH EGGERS, LLC
2600 Cordova Street - Suite 110
Anchorage, AK  99503
Phone:  (907) 562-6474
Fax:     (907) 562-6044
Email:  devined@groheggers.com

Attorneys for Defendants BBA Aviation Benefit Plan
and BBA Aviation Shared Services, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK HIVELY and GALINA HIVELY ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BBA AVIATION BENEFIT PLAN ) <br> and BBA AVIATION SHARED ) <br> SERVICES, INC., ) <br> ) <br> Defendants. ) <br> _____) | Case No.  3:05-cv-0214 (TMB) |

### STIPULATION TO DISMISS WITH PREJUDICE
### AND FOR ENTRY OF FINAL JUDGMENT

COME NOW Plaintiffs, Jack Hively and Galina Hively, and Defendants, BBA Aviation Benefit Plan and BBA Aviation Shared Services, Inc., by and through their respective attorneys, and hereby AGREE and STIPULATE as follows:

1. **Count I, Payment of Medical Bills,** of Plaintiffs' Second Amended Complaint shall be, and is, **DISMISSED WITH PREJUDICE** for the reason that the parties have fully settled this claim.

2. A Final Judgment shall be entered in favor of Defendants on **Count II, Statutory Penalty,** of Plaintiffs' Second Amended Complaint pursuant to the Court's Order at Docket 56, dated June 28, 2007, granting Defendants' motion for partial summary judgment. This shall be a Final Judgment from which Plaintiffs may appeal.

3. Each party shall bear his/her/its own costs and attorney's fees through the date judgment is entered.

Dated at Anchorage, Alaska this 25th day of February, 2008.

Law Offices of
GROH EGGERS, LLC
2600 Cordova Street, Suite 110
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044

LAW OFFICE OF DAVID CLARK

Attorney for Plaintiffs Jack and Galina Hively

By: s/ David D. Clark
    David D. Clark (AK Bar No. 8310110)
    LAW OFFICE OF DAVID CLARK
    101 E. 9th Avenue, Suite 12-B
    Anchorage, AK 99501
    Phone: (907) 272-7989
    Fax:   (907) 274-9829
    Email: dclark@lawddc.com

GROH EGGERS, LLC

Attorneys for Defendants
BBA Aviation Benefit Plan and
BBA Aviation Shared Services, Inc.

By: s/ David A. Devine
    David A. Devine (AK Bar No. 7906015)
    GROH EGGERS, LLC
    2600 Cordova Street, Suite 110
    Anchorage, AK 99503
    Phone: (907) 562-6474
    Fax: (907) 562-6044
    E-Mail: devined@groheggers.com