IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK HIVELY and GALINA HIVELY )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BBA AVIATION BENEFIT PLAN )<br>and BBA AVIATION SHARED )<br>SERVICES, INC., )<br>)<br>Defendants. ) | Case No. 3:05-cv-0214 TMB<br><br>**FINAL JUDGMENT** |

**Final Judgment** is entered in the above captioned case as follows:

1. **Count I, Payment of Medical Bills,** of Plaintiffs' Second Amended Complaint is hereby **DISMISSED WITH PREJUDICE** for the reason that the parties have fully settled this claim.

2. A **Final Judgment** is hereby entered in favor of Defendants dismissing with prejudice **Count II, Statutory Penalty,** of Plaintiffs' Second Amended Complaint pursuant to this Court's Order at Docket 56, dated June 28, 2007, granting Defendants' motion for partial summary judgment. This is a **Final Judgment** from which Plaintiffs may appeal.

3. Pursuant to stipulation of the parties, each party shall bear his/her/its own costs and attorney's fees.

DATED at Anchorage, Alaska this 26th day of February, 2008.

/s/ Timothy M. Burgess
TIMOTHY M. BURGESS
UNITED STATES DISTRICT JUDGE