**LAW OFFICE OF DAVID CLARK**
**101 EAST NINTH AVE., SUITE 12-B**
**ANCHORAGE, AK 99501**
**Phone       (907) 272-7989**
**Fax         (907) 274-9829**
**Email       dclark@lawddc.com**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK HIVELY AND GALINA HIVELY ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. A-05-214 CI (TMB) |
| v. ) | |
| ) | |
| BBA AVIATION BENEFIT PLAN ) | |
| AND BBA AVIATION SHARED ) | |
| SERVICES, INC. ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF APPEAL**

COMES NOW, plaintiffs, Jack Hively and Galena Hively, by and through their attorney of record, the Law Office of David D. Clark, and hereby gives notice that they appeal to the United States Court of Appeals for the Ninth Circuit from the U.S. District Court's Final Judgment dated February 26, 2008.

Appellants submit this Notice of Appeal including its filing fee, Civil Appeals Docketing Statement as well as

the accompanying Representation Statement.

        DATED this 25th day of March, 2007.

                                LAW OFFICE OF DAVID D. CLARK
                                Attorneys for Plaintiff

                                By:  s/ David Clark
                                    David Clark
                                    101 E. 9th Ave., Suite 12-B
                                    Anchorage, AK 99501
                                    Phone:       (907)    272-7989

                                    Fax:     (907) 274-9829
                                    E-Mail      dclark@lawddc.com

                                    AK Bar No. 8310110

I HEREBY CERTIFY that on March 25, 2008
a copy of the foregoing was served electronically on :

David A. Devine
Groh Eggers, LLC

    s/ David Clark