A-11 (rev. 7/00)                                                                                        Page 1 of 2



USCA DOCKET # (IF KNOWN)

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## CIVIL APPEALS DOCKETING STATEMENT

PLEASE ATTACH ADDITIONAL PAGES IF NECESSARY.

| TITLE IN FULL: Jack Hively and Galina Hively v. BBA Aviation Benefit Plan and BBA Aviation Shared Services, Inc. | DISTRICT: Alaska | JUDGE: Timothy Burgess |
|---|---|---|
| | DISTRICT COURT NUMBER: A-05-214 CI (TMB) | |
| | DATE NOTICE OF APPEAL FILED: 3-25-08 | IS THIS A CROSS-APPEAL? ☐ YES |
| | IF THIS MATTER HAS BEEN BEFORE THIS COURT PREVIOUSLY, PLEASE PROVIDE THE DOCKET NUMBER AND CITATION (IF ANY): | |

**BRIEF DESCRIPTION OF NATURE OF ACTION AND RESULT BELOW:** Statutory Penalties for failure to comply with 29 U.S.C. 1024(b)(4). Plaintiff's Count II dismissed by Order granting summary judgment. Count I settled.

**PRINCIPAL ISSUES PROPOSED TO BE RAISED ON APPEAL:** Were the documents demanded by the plaintiffs from the defendants "governing plan documents" such that statutory penalties required by 29 U.S.C. 1024(b)(4) should have been imposed?

**PLEASE IDENTIFY ANY OTHER LEGAL PROCEEDING THAT MAY HAVE A BEARING ON THIS CASE (INCLUDE PENDING DISTRICT COURT POSTJUDGMENT MOTIONS):**

**DOES THIS APPEAL INVOLVE ANY OF THE FOLLOWING:**

☐ Possibility of settlement

☐ Likelihood that intervening precedent will control outcome of appeal

☐ Likelihood of a motion to expedite or to stay the appeal, or other procedural matters (Specify) _____

☐ Any other information relevant to the inclusion of this case in the Mediation Program _____
   This appeal is unlikely to settle. Count 1, unpaid medical expenses settled prior to entry of final judgment.                                                                    ☐

Possibility parties would stipulate to binding award by Appellate Commissioner in lieu of submission to judges

**LOWER COURT INFORMATION**

Page 2 of 2

| JURISDICTION | | DISTRICT COURT DISPOSITION | |
|---|---|---|---|
| FEDERAL | APPELLATE | TYPE OF JUDGMENT/ORDER APPEALED | RELIEF |
| ☒ FEDERAL QUESTION | ☒ FINAL DECISION OF DISTRICT COURT | ☐ DEFAULT JUDGMENT | ☐ DAMAGES: SOUGHT $_____ AWARDED $_____ |
| ☐ DIVERSITY | ☐ INTERLOCUTORY DECISION APPEALABLE AS OF RIGHT | ☐ DISMISSAL/JURISDICTION | |
| | | ☐ DISMISSAL/MERITS | ☐ INJUNCTIONS: |
| ☐ OTHER (SPECIFY): | | ☒ SUMMARY JUDGMENT | ☐ PRELIMINARY |
| | | ☐ JUDGMENT/COURT DECISION | ☐ PERMANENT |
| | ☐ INTERLOCUTORY ORDER CERTIFIED BY DISTRICT JUDGE (SPECIFY): | ☐ JUDGMENT/JURY VERDICT | ☐ GRANTED |
| | | ☐ DECLARATORY JUDGMENT | ☐ DENIED |
| | | ☐ JUDGMENT AS A MATTER OF LAW | |
| | ☐ OTHER (SPECIFY): | ☐ OTHER (SPECIFY): | ☐ ATTORNEY FEES: SOUGHT $_____ AWARDED $_____ |
| | | | ☐ PENDING |
| | | | ☐ COSTS: $_____ |

### CERTIFICATION OF COUNSEL

**I CERTIFY THAT:**
1. COPIES OF ORDER/JUDGMENT APPEALED FROM ARE ATTACHED.
2. A CURRENT SERVICE LIST OR REPRESENTATION STATEMENT WITH TELEPHONE AND FAX NUMBERS IS ATTACHED (SEE 9TH CIR. RULE 3-2).
3. A COPY OF THIS CIVIL APPEALS DOCKETING STATEMENT WAS SERVED IN COMPLIANCE WITH FRAP 25.
4. I UNDERSTAND THAT FAILURE TO COMPLY WITH THESE FILING REQUIREMENTS MAY RESULT IN SANCTIONS, INCLUDING DISMISSAL OF THIS APPEAL.

_/s/ D. Clark_   3/25/08
Signature   Date

### COUNSEL WHO COMPLETED THIS FORM

| NAME: | David D. Clark |
|---|---|
| FIRM: | Law Office of David Clark |
| ADDRESS: | 101 East Ninth Ave., Suite 12-B, Anchorage, AK 99501 |
| E-MAIL: | dclark@lawddc.com |
| TELEPHONE: | 907 272-7989 |
| FAX: | 907 274-9829 |

✱**THIS DOCUMENT SHOULD BE FILED IN THE DISTRICT COURT WITH THE NOTICE OF APPEAL**✱
✱**IF FILED LATE, IT SHOULD BE FILED DIRECTLY WITH THE U.S. COURT OF APPEALS**✱

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK HIVELY and GALINA HIVELY )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BBA AVIATION BENEFIT PLAN )<br>and BBA AVIATION SHARED )<br>SERVICES, INC., )<br>)<br>Defendants. ) | <br><br><br><br><br><br><br>Case No.  3:05-cv-0214 TMB<br><br><br>**FINAL JUDGMENT** |

**Final Judgment** is entered in the above captioned case as follows:

1. **Count I, Payment of Medical Bills,** of Plaintiffs' Second Amended Complaint is hereby **DISMISSED WITH PREJUDICE** for the reason that the parties have fully settled this claim.

2. A **Final Judgment** is hereby entered in favor of Defendants dismissing with prejudice **Count II, Statutory Penalty,** of Plaintiffs' Second Amended Complaint pursuant to this Court's Order at Docket 56, dated June 28, 2007, granting Defendants' motion for partial summary judgment.  This is a **Final Judgment** from which Plaintiffs may appeal.

3. Pursuant to stipulation of the parties, each party shall bear his/her/its own costs and attorney's fees.

DATED at Anchorage, Alaska this 26th day of February, 2008.

/s/ Timothy M. Burgess
TIMOTHY M. BURGESS
UNITED STATES DISTRICT JUDGE

**LAW OFFICE OF DAVID CLARK**
**101 EAST NINTH AVE., SUITE 12-B**
**ANCHORAGE, AK  99501**
**Phone      (907) 272-7989**
**Fax        (907) 274-9829**
**Email      dclark@lawddc.com**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK HIVELY AND GALINA HIVELY )<br>)<br>         Plaintiff,    )<br>                            )<br>         v.             )<br>                            )<br>BBA AVIATION BENEFIT PLAN   )<br>AND BBA AVIATION SHARED     )<br>SERVICES, INC.              )<br>                            )<br>                            )<br>                            )<br>         Defendants.    )<br>_____) | CASE NO. A-05-214 CI (TMB) |

### REPRESENTATION STATEMENT
### SERVICE LIST

The parties to this action, and their attorneys, are as follows:

Appellants:    Jack Hively and Galina Hively


Attorney for Appellants Jack Hively and Galina Hively:


David D. Clark
Law Office of David Clark
101 E. Ninth, Suite 12-B
Anchorage, Alaska 99501
Phone:    (907) 272-7989
Fax:      (907) 274-9829




Representation Statement
Hively v. BBB Health Trust
Case No. 3AN-05-214 CI
Page 1 of 2

Appellees: BBA Aviation Benefit Plan and BBA Aviation Shared Services, Inc.

Attorney for Appellees BBA Aviation Benefit Plan and BBA Aviation Shared Services, Inc.:

Mr. David Devine
Groh Eggers, LLC
2600 Cordova Street, Suite 110
Anchorage, AK 99503-3967
Phone:    (907) 562-6474
Fax:      (907) 562-6044

      DATED this 25th day of March, 2007.

                LAW OFFICE OF DAVID D. CLARK
                Attorneys for Plaintiffs

                By:   s/ David Clark
                    David Clark
                    101 E. 9th Ave., Suite 12-B
                    Anchorage, AK 99501
                    Phone:    (907) 272-7989
                    Fax:      (907) 274-9829
                    E-Mail        dclark@lawddc.com
                    AK Bar No. 8310110

I HEREBY CERTIFY that on March 25, 2008
a copy of the foregoing was served electronically on :

David A. Devine
Groh Eggers, LLC

    s/ David Clark

Representation Statement
Hively v. BBB Health Trust
Case No. 3AN-05-214 CI
Page 2 of 2