```
           UNITED STATES
           DISTRICT COURT
           District of Alaska
           Anchorage Division

         #  00132544  -  NL
           March 25, 2008


   Code    Case #    Qty      Amount

  086900-F 05-214             105.00 CK
  510000-C 05-214             150.00 CK
  086400-R 05-214             200.00 CK


   TOTAL→                     455.00


  FROM: LAW OFFICE OF DAVID D CLARK
        APPEAL FILING FEE
        3:05-CV-000214-TMB
```