UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

**CASE INFORMATION:**
Short Case Title:  Hively v B.B.A. Aviation Benefit Plan et al
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.:  TIMOTHY M. BURGESS-3:05-cv-00214-TMB
Date Complaint Filed:  9/01/05
Date Appealed Judgment *entered*:  2/26/08
Date NOA *filed*:  3/25/08
COA Status (check one):
__granted in full (attach order)     __denied in full (send record)
__granted in part (send record)     __pending

Court Reporter(s) Name and Phone Number:   Linda Christensen - 907-677-6220.

Magistrate Judge's Order?  If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: 3/25/08      Date Docket Fee billed: __
Date FP granted: _                 Date FP denied: __
Is FP pending?  _no                Was FP Limited/Revoked?
US Government Appeal?   _no        Companion Cases?  Please list: __

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:**  (please include e-mail address and fax number)
Appellate Counsel:                  Appellee Counsel:

**David D. Clark**                  **David A. Devine**
Law Office of David Clark           Groh Eggers, LLC
101 E. 9th Avenue, Suite 12-B       2600 Cordova Street, Suite 110
Anchorage, AK 99501                 Anchorage, AK 99503

 X   retained     __CJA     __FPD     __FPD     __Other     Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: __          Address: __
Custody: __              Bail: __

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid:   $455.00  on 3/25/08           9th Circuit Docket Number: __

Name and phone number of person completing this form:   Nancy Lealaisalanoa-907-677-6122.