UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS
MAR 28 2008
FILED _____

**CASE INFORMATION:**
Short Case Title: <u>Hively v B.B.A. Aviation Benefit Plan et al</u>
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: <u>TIMOTHY M. BURGESS-3:05-cv-00214-TMB</u>
Date Complaint Filed: 9/01/05
Date Appealed Judgment *entered*: 2/26/08
Date NOA *filed*: <u>3/25/08</u>
COA Status (check one):
__granted in full (attach order)    __denied in full (send record)
__granted in part (send record)    __pending

08-35247

RECEIVED
APR 0 7 2008

Court Reporter(s) Name and Phone Number: <u>Linda Christensen - 907-677-6220</u>.

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: <u>3/25/08</u>     Date Docket Fee billed: __
Date FP granted: _                    Date FP denied: __
Is FP pending? _no                    Was FP Limited/Revoked?
US Government Appeal?  _no            Companion Cases? Please list: __

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:                    Appellee Counsel:

**David D. Clark**                    **David A. Devine**
Law Office of David Clark             Groh Eggers, LLC
101 E. 9th Avenue, Suite 12-B         2600 Cordova Street, Suite 110
Anchorage, AK 99501                   Anchorage, AK 99503

X_retained   __CJA   __FPD   __FPD   __Other    Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: __           Address: __
Custody: __               Bail: __

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: <u>$455.00 on 3/25/08</u>    9th Circuit Docket Number: __

Name and phone number of person completing this form: <u>Nancy Lealaisalanoa-907-677-6122</u>.